FILED
LORAIN COUNTY

2025 DEC 23 A 9: 48

COURT OF COMMON PLEAS
TOM ORLANDO

**IN THE COURT OF COMMON PLEAS**
**LORAIN COUNTY, OHIO**

| | |
|---|---|
| **VILLAGE OF WELLINGTON, OHIO** ) | Case No.: **25CV219327** |
| 115 Willard Memorial Square ) | |
| Wellington, Ohio 44090 ) | Judge: |
| ) | |
| Plaintiff, ) | |
| ) | **COMPLAINT** |
| v. ) | |
| ) | |
| **ARGONAUT INSURANCE COMPANY**, ) | **(Jury Demand Endorsed Hereon)** |
| 225 W. Washington Street, 24th Floor ) | |
| Chicago, IL 60606 ) | |
| ) | |
| and ) | |
| ) | |
| PO Box 469011 ) | |
| San Antonio, TX 78246 ) | |
| ) | |
| Defendant. ) | |

Plaintiff, the Village of Wellington, Ohio, ("Plaintiff" or "Wellington") for its Complaint against Defendant, Argonaut Insurance Company, ("Defendant" or "Argonaut") states and alleges as follows:

## NATURE OF THE ACTION

1.     This is a civil action brought by Wellington against Argonaut arising from Argonaut's failure to pay for a loss to Wellington's insured property under a commercial property insurance policy issued by Argonaut.

2.     Pursuant to the insurance policy at issue (as more fully described below), Argonaut agreed to insure Wellington against "direct physical loss of or damage to Covered Property" unless otherwise excluded by the policy's provisions.

<div style="border:1px solid black; text-align:center;">

**EXHIBIT**

**B**

</div>

3.     Despite undertaking this contractual duty, for three years Argonaut has failed to honor its obligations with respect to a fire loss at an insured service building owned and operated by Wellington. As a result, Wellington has sustained damages to its property in excess of $2.5 million. Wellington seeks recovery from Argonaut for these covered damages and asserts claims against Argonaut for breach of contract and declaratory judgment.

4.     Wellington also seeks compensatory damages, punitive damages, and attorneys' fees as a result of Argonaut's bad faith handling and partial denial of Wellington's insurance claim. For over three years after the loss, Argonaut has continued to delay acknowledgment of full indemnity, instead engaging in inconsistent claim handling, causing purposeful and repeated delays, and creating moving targets to their insured in an attempt to avoid its obligations.

## PARTIES, JURISDICTION, AND VENUE

5.     Plaintiff, the Village of Wellington, Ohio, is a municipality organized and existing under the laws of the State of Ohio and is located in Lorain County, Ohio.

6.     Upon information and belief, Defendant, Argonaut Insurance Company, is a corporation organized under the laws of the State of Illinois, with a principal place of business at 175 E. Houston Street, Suite 1300, San Antonio, TX 78205.

7.     Upon information and belief, Argonaut is authorized to transact, and transacts, substantial business in the State of Ohio. The Ohio Department of Insurance lists a service address for Argonaut of PO Box 469011, San Antonio, TX 78246.

8.     This Court has jurisdiction over the subject matter of this action pursuant to Sections 2305.01 and 2721.02(A) of the Ohio Revised Code ("O.R.C.").

9.      This Court has personal jurisdiction over Argonaut because within the time period relevant herein, Argonaut has been licensed to transact insurance business in Ohio, has in fact transacted business in Ohio, or has maintained a substantial presence in Ohio.

10.     Additionally, the Court has personal jurisdiction over Argonaut pursuant to O.R.C. Section 2307.382(A)(9), which provides that a court may exercise personal jurisdiction over parties "[c]ontracting to insure any person, property, or risk located within this state at the time of contracting."

11.     This Court has subject matter jurisdiction pursuant to Ohio Revised Code §2305.01.

12.     Venue in this County is proper pursuant to Rules 3(C)(3) and (6) of the Ohio Rules of Civil Procedure.

## BACKGROUND

13.     Wellington is the named insured under a commercial insurance program issued by Argonaut for the February 15, 2022 to February 15, 2023 policy period.

14.     On September 26, 2022, a fire occurred at Wellington's service building/water plant complex located at 23687 Pitts Road, Wellington, Ohio 44090 (the "Property"), affecting offices, laboratory space, a breakroom used as a computer control room, and the main-level garage/maintenance areas.

15.     Wellington immediately reported the loss to Argonaut the same day as the fire under Policy No. PE-4640484-01 (the "Policy") and Argonaut assigned the Claim Number 4A2209V8CYL0001.

16.     Wellington promptly stabilized operations and commenced remediation using ServiceMaster, whose work was approved by Argonaut's third-party administrator, Sedgwick

Claims Management Services, Inc., ("Sedgwick") with remediation costs totaling approximately $403,000.

17.     In early 2023, Wellington transitioned from emergency remediation to permanent reconstruction planning and engaged Morton Buildings, Inc., the original builder of the facility, to develop a reconstruction plan to restore the building to its pre-loss condition.

18.     During this time, Argonaut, through its consultant, J.S. Held (through Argonaut's adjuster Mark Tylicki), estimated the rebuilding cost of the Property at roughly three-quarters of a million dollars which completely omitted legally required and design-driven factors such as compliance with prevailing wage for a municipal project and compliance with ADA accessibility requirements.

19.     From January through April 2023, Wellington attempted to work in good faith with Argonaut, through Sedgwick, by contacting representatives James Sweeney and Kyle Fraley to align on an acceptable path to reconstruction.

20.     Argonaut, however, largely ceased substantive engagement during this roughly 90-day window, leaving Wellington without actionable guidance despite its continual outreach.

21.     This period of insurer inattention caused avoidable delay in the development of construction plans and procurement.

22.     In the months that followed, Sedgwick issued partial indemnity payments on Argonaut's behalf in approximately the following amounts: $354,079.62 and $114,719.46 on or about June 16, 2023, and $403,604.13 on or about September 5, 2023.

23.     These early indemnity advances confirmed coverage for the loss and demonstrated that there was no legitimate dispute as to the occurrence of a covered cause of loss or the need for repair.

4

24.     After these initial payments, progress slowed markedly as Sedgwick representatives James Sweeney and Kyle Fraley who had been working on the claim were replaced.

25.     Thereafter, responsibility for claim handling changed multiple times within Sedgwick, including assignment to Mark K. Ver, who advised Wellington that little to no substantive progress had been made under the prior handlers and that he effectively received a banker's box of materials with which to start anew.

26.     Wellington, in an attempt to orient Mr. Ver to the loss history, remediation, and preliminary rebuild concepts, continued to provide plans, documentation, and cost substantiation for reconstruction.

27.     In collaboration with its project team, in an attempt to lower costs for both parties and advance a claim that had seemingly remained stagnant for months, Wellington proposed a "Plan B" concept to Sedgwick and Argonaut to rebuild an alternative, single-story facility on its south lawn.  Construction of a single-story facility would have decreased the cost of the project because the existing structure was multi-story building, necessitating the inclusion of an elevator and requiring the expenditure of certain other ADA-related costs.  The alternative "Plan B" approach would have achieved functional equivalence in a shorter timeframe and at a lower cost.

28.     At Argonaut's request, through Sedgwick, Wellington and Morton invested roughly six months advancing this alternative "Plan-B," only for Argonaut and Sedgwick to ultimately reject the concept wholesale despite Wellington's detailed demonstrations of cost savings, schedule benefits, and functional parity. This reversal consumed additional months and forced Wellington to revert to "Plan A" — reconstruction within the existing footprint and multi-story configuration.

5

29.     Now well into 2024, after being constrained to Plan A, Wellington retained Morton to undertake full architectural and engineering design, including comprehensive mechanical, electrical, plumbing, and HVAC packages. Wellington's city engineer coordinated closely with Morton's team to deliver the level of detail Sedgwick said it needed.

30.     As the two-year replacement deadline proscribed by the Policy approached on September 26, 2024, Wellington, in an attempt to preserve both parties' rights and maintain a cooperative path to resolution, executed a tolling agreement with Argonaut extending the ordinance or law and suit limitation timelines to the end of June 2025.

31.     In mid-2024 through 2025, at Sedgwick's request, Wellington and its consultants repeatedly produced detailed architectural, engineering, mechanical, electrical, and plumbing packages and updated pricing to address serial information requests from Sedgwick.

32.     Each time Wellington produced enhanced drawings, narratives, or pricing support, Sedgwick requested even further detail. Wellington continued to meet these moving targets at significant expense — approximately $200,000 in professional services and related effort — only to be told that even its "full and final" submittals were inadequate.

33.     On June 19, 2025, Argonaut's consultant J.S. Held issued a revised estimate with a replacement cost value ("RCV") of $1,309,635.22 and an actual cost value ("ACV") of $1,196,131.49.

34.     Morton followed with an updated schedule of values and cost projection on August 21, 2025, totaling $2,553,289.00.

35.     Rather than expedite payment or reconcile differences, Argonaut and its consultants embarked on another round of Requests for Information between June 26 and August 5, 2025 seeking even further support for Morton's reasonable estimations.

6

36.     As delays persisted, notwithstanding Wellington's continued submissions, Wellington, again at its initiative, and Argonaut executed a second tolling agreement extending the deadline to file suit to December 31, 2025.

37.     Despite Wellington's thorough and iterative productions in response to Argonaut's repeated and often duplicative requests for information, on September 12, 2025, Sedgwick reiterated substantially the same categorical objections it had been making for many months — mislabeling necessary crew travel and construction supervision as overhead and profit, disputing prevailing wage despite its legal necessity, challenging concrete and metals repairs as supposed "improvements," insisting on a formalized MEP bid process not required by the Policy, and asserting a non-existent 20% cap on contractor overhead and profit.

38.     In response, Morton submitted its comprehensive construction proposal on September 24, 2025, confirming the total project cost of $2,553,289.00.

39.     On October 20, 2025, Sedgwick disregarded Morton's explanation for its estimate and, instead, issued a supplemental payment of only $178,447.74 — only representing amounts already acknowledged in the J.S. Held estimate — leaving the core disputes unresolved, and continuing to delay acknowledgment of full indemnity now three years after the loss.

## THE POLICY

40.     In early 2022, in consideration for premiums paid by Wellington, Argonaut issued Commercial Policy No. PE-4640484-01 to Wellington, effective February 15, 2022 to February 15, 2023, which includes a Commercial Property Coverage Part with a blanket Building and Personal Property limit of $31,463,649 and $5,000 deductible. A true and accurate copy of the Policy is attached hereto and incorporated herein as **Exhibit A**.

41.     The Commercial Property Declarations list coverage on a Special Causes of Loss basis and Replacement Cost valuation for buildings and business personal property.

42.     The Policy includes Ordinance or Law Coverage with Coverage B (Demolition Cost) and Coverage C (Increased Cost of Construction) each scheduled at $1,000,000 for all premises, including the Property.

43.     The Property located at 23687 Pitts Road, is scheduled on the Property Coverage Supplemental Declarations.

44.     Replacement Cost is an elected valuation option under the Policy, providing payment to repair or replace with comparable material and quality, subject to conditions for timely repair or replacement.

45.     The Causes of Loss – Special Form provides coverage for direct physical loss or damage caused by fire.

46.     Nothing in the Policy prohibits the construction of an alternative, single-story structure to replace the damaged Property.  To the contrary, the insured may "[r]epair, rebuild or replace the property with other property of like kind and quality."

47.     Nothing in the Policy imposes categorical prohibitions on reasonable and necessary direct job costs, including crew mobilization and travel, onsite supervision, prevailing wages where required for municipal projects, or code-required upgrades addressed by Ordinance or Law Coverages B and C.

48.     The Policy contains no provision capping or recharacterizing supervision costs as "overhead."

49.     The Policy's "Duties in the Event of Loss" provision requires prompt notice, protection of property, and making records available for inspection; it does not require competitive

8

bidding or "detailed bids from licensed mechanical contractors" as a condition precedent to coverage. Nor does it require Wellington to utilize specific subcontractors.

50.     The Policy does not impose a numerical cap on overhead and profit.

**ARGONAUT'S FAILURE TO FULLY INDEMNIFY WELLINGTON**

51.     Despite Wellington's timely notice, cooperation, and production of detailed repair scopes and pricing, Argonaut has not fully indemnified Wellington for the covered fire loss at the Property.

52.     On September 24, 2025, Morton Buildings, Inc. submitted a comprehensive construction proposal totaling $2,553,289.00 based on the permit set and addenda, inclusive of general conditions, crew mobilization, supervision, mechanical, electrical, and plumbing scopes, and allowances for testing.

53.     To date, Argonaut has refused to acknowledge the reasonableness and necessity of covered costs that must be incurred to repair or replace the damaged property, including but not limited to:

   a.   To date, Argonaut has refused to acknowledge the reasonableness and necessity of reasonable travel costs and crew travel allowances covered under the Policy.

   b.   To date, Argonaut has refused to acknowledge the reasonableness and necessity of reasonable construction supervision and on-site management costs covered under the Policy.

   c.   Despite being a legally required cost for a municipal project under Ohio law and covered under the Policy, Argonaut has refused to acknowledge coverage for prevailing wage costs.

d.  Argonaut has wrongfully refused to acknowledge coverage for covered concrete repairs that clearly reflect necessary repair and tie in work to restore the Property's pre-loss function and code compliance.

e.  Argonaut has wrongfully refused to acknowledge coverage for covered metal components necessary to meet minimum code standards.

f.  Argonaut has wrongfully refused to acknowledge coverage for covered legally required accommodations in compliance with ADA accessibility requirements.

g.  Argonaut has wrongfully refused to acknowledge coverage for covered plumbing, mechanical, and electrical work.

h.  In order to avoid its coverage obligations, Argonaut has intentionally and improperly attempted to impose an arbitrary 20% cap on all overhead and profit ("O&P") expenses related to the restoration of the Property while simultaneously attempting to categorize general job conditions as O&P in order to inflate the O&P percentage past its arbitrary 20% cap and make these cost seem excessive in order to avoid its coverage obligations and delay payment.

i.  Argonaut has wrongfully refused to acknowledge coverage for covered site and concrete testing.

54.  On November 24, 2025, Wellington, through coverage counsel, sent a written demand to Sedgwick for Argonaut to immediately tender the actual cash value of the building loss as calculated by Morton (less the $5,000 deductible) and to confirm in writing that Argonaut would remit the full replacement cost value upon completion, with covered Ordinance or Law increments paid when due.

55.     As of the filing of this Complaint, Argonaut has not responded to the November 24, 2025 demand letter and has not tendered the demanded actual cash value or confirmed payment of replacement cost upon completion pursuant to the Policy.

56.     On December 5, 2025, in a final attempt to resolve this matter amicably, counsel for Wellington requested an additional 45-day extension of the suit deadline in light of its November 24, 2025 letter.

57.     Sedgwick has ignored Wellington's tolling request.

58.     Argonaut's payments to date reflect only partial indemnity and do not address the fully covered rebuild costs documented by Wellington and its contractors.

59.     The continuing delay in acknowledging and paying fully covered restoration costs has extended the period of reconstruction, increased costs due to market conditions, and left Wellington without complete indemnity more than three years after the fire loss and no other choice than to file this lawsuit in order to obtain coverage.

60.     Argonaut's reliance upon excessive requests for duplicative and unnecessary information as well as fabricated explanations for its failure to honor its obligations under the Policy is unreasonable and wrong, as it is contrary to the plain terms of the Policy and controlling law.

61.     As a result of Argonaut's failure to fully and fairly investigate the claim and its wrongful refusal to fully compensate Wellington for its fire loss in violation of the terms of the Policy, Wellington has incurred and will continue to incur investigation, professional service, and legal expenses that should be borne by Argonaut.

11

## COUNT ONE
### (Breach of Contract)

62.     Wellington incorporates by reference all of the above allegations as if fully rewritten herein.

63.     The Policy constitutes a contract for insurance between Argonaut and Wellington.

64.     Wellington has paid all premiums and other amounts due under the Policy and has otherwise substantially performed all of its obligations under the Policy.

65.     The Policy obligates Argonaut to pay Wellington on claims submitted for covered losses, such as the losses described herein.

66.     No exclusion to coverage in the Policy applies to the claims being made by Wellington.

67.     Argonaut has failed to acknowledge and honor its full obligations under the Policy.

68.     Argonaut's failure to acknowledge and honor its full obligations to Wellington under the Policy constitutes a breach of contract which has caused harm to the Wellington.

69.     As a direct and proximate result of Argonaut's breaches of the Policy, Wellington has suffered damages in an amount to be proven at trial, but believed to be in excess of $25,000.

## COUNT TWO
### (Declaratory Judgment)

70.     Wellington incorporates by reference all of the above allegations as if fully rewritten herein.

71.     Wellington seeks a judicial determination of its rights and Argonaut's duties under the Policy.

72.     An actual and justiciable controversy exists between Wellington and Argonaut with respect to Argonaut's obligations under the Policy relating to the losses sustained to the Property.

73.    The Policy obligates Argonaut to pay Wellington on claims submitted for covered losses, such as the losses described herein.

74.    The issuance of declaratory relief by this Court will terminate some or all of the existing controversy between Argonaut and Wellington with respect to the availability of coverage under the Policy, and the dispute between the parties over Argonaut's coverage obligations under the Policy is of sufficient immediacy to justify the issuance of declaratory relief by this Court.

75.    Wellington is entitled to a declaration by this Court of its rights, and Argonaut's obligations, under the Policy relating to the losses described herein.

## COUNT THREE
### (Bad Faith)

76.    Wellington incorporates by reference all of the above allegations as if fully rewritten herein.

77.    At all relevant times, Argonaut owed Wellington a duty to act in good faith in in the investigation, evaluation, and payment of Wellington's first-party property claim under the Policy. Specifically, Argonaut has a duty to act in good faith when deciding whether or not the damages calculated by Wellington are covered under the Policy.

78.    Under Ohio law, an insurer breaches its duty of good faith when it refuses to pay an insured's claim without circumstances furnishing reasonable justification. Good faith requires an even-handed, timely, and thorough claims process grounded in the policy's actual terms and the facts of the loss.

79.    Under Ohio law, Argonaut failed to maintain minimum standards for fair claim practices, including prompt acknowledgment of communications, timely investigation and decision-making, full and accurate disclosure of pertinent coverages and benefits, avoidance of misrepresentations of policy provisions, and payment of undisputed amounts without delay.

80.     Confirmation of coverage was made plain through Argonaut's partial payments as far back as November 2022, eliminating any genuine dispute as to cause of loss, location, and the need to repair, and therefore removing any reasonable basis to delay resolution on the remaining categories of rebuilding costs well-documented by Wellington and its contractors.

81.     Argonaut has failed to exercise good faith in the handling and processing of Wellington's property claim because it has caused unreasonable delays, refused to provide coverage for damages covered under the terms of the Policy, fabricated requirements and provisions not contained in the Policy, and failed to cooperate with Wellington without reasonable justification therefore.

82.     From early 2023 through late 2025, Argonaut repeatedly delayed the claim by changing handlers, restarting its review, and imposing shifting documentation demands even after receiving: comprehensive architectural, engineering, mechanical, electrical, and plumbing packages; updated schedules of values; and fixed-price trade scopes tied to the permitted plans.

83.     Argonaut failed to exercise good faith in the handling and processing of Wellington's property claim because it failed to maintain claim data and documentation appropriate for the type and size of Wellington's claim such that subsequent claims handlers were unable to reconstruct what claims handling had already been performed.

84.     Argonaut's continued refusal to recognize as covered reasonable and necessary direct job costs—such as crew mobilization to a rural site, full-time onsite supervision, legally required prevailing wage, and code-driven concrete and metals work reflected in the permitted plans—ignored the policy's replacement cost valuation, which pays the cost to repair or replace with comparable material and quality, as well as the policy's additional coverages for ordinance or law increments.

85.     Argonaut's demand for a particular competitive bidding process for MEP trades, not required by the policy, and its outcome-oriented relabeling of general conditions as "overhead and profit" to support a non-existent percentage cap, reflect a pattern of misstatements of policy requirements and shifting goalposts that impeded prompt, fair resolution.

86.     Argonaut's delays and refusals materially prolonged the reconstruction, increased costs due to market inflation and extended timelines, and caused Wellington to incur additional professional services and administrative expenses that would have been avoided had Argonaut timely funded covered repair costs in accordance with the policy and fair claims-handling standards.

87.     Argonaut's actions are arbitrary, capricious, and in bad faith.

88.     Argonaut's wrongful and bad faith claims handling and denial of coverage to Wellington has caused Wellington to suffer damages including but not limited to increased construction costs, extended disruption and loss of use of municipal facilities, additional professional fees and administrative burdens to respond to serial requests, coverage counsel expenses and legal fees, and other consequential losses flowing from Argonaut's conduct in an amount to be proven at trial in excess of $25,000.

**WHEREFORE**, Plaintiff the Village of Wellington, Ohio prays for judgment against Defendant, Argonaut Insurance Company, as follows:

A.      With respect to Count One, a monetary judgment against Argonaut in an amount to be proven at trial, but believed to be in excess of $25,000 plus pre- and post-judgment interest on such amounts;

B.      With respect to Count Two, a declaratory judgment declaring the parties' respective rights and obligations under the Policy with respect to the losses associated with the damage to the Property;

C.      With respect to Count Three, an award of all direct and indirect compensatory damages, punitive damages, and attorneys' fees as a result of Argonaut's bad faith claims handling and/or denial in an amount to be proven at trial, but believed to be in excess of $25,000 plus pre- and post-judgment interest on such amounts; and

D.      As to all Counts, for any such other relief, legal or equitable, to which Plaintiff is entitled and that this Court deems just and necessary under the circumstances.

Respectfully Submitted,

*/s/ Amanda M. Leffler*
Amanda M. Leffler (0075467)
Michael J. Class (0100010)
Shumaker, Loop & Kendrick, LLP
121 S. Main Street, Suite 575
Akron, OH 44308
Telephone: (330) 572-7320
Facsimile: (330) 572-7321
aleffler@shumaker.com
mclass@shumaker.com

*Attorneys for Plaintiff,*
*Village of Wellington, Ohio*

## JURY DEMAND

Pursuant to Civil Rule 38, Plaintiff, the Village of Wellington, Ohio, hereby demands a trial by jury on all counts so triable in this action by the maximum number of jurors permitted by law.

*/s/ Amanda M. Leffler*
Amanda M. Leffler (0075467)
Michael J. Class (0100010)

*Attorneys for Plaintiff,*
*Village of Wellington, Ohio*

 

# Public Entity Claim Reporting

As a leading public entity insurance program, Trident Public Risk Solutions (Trident) has partnered with Sedgwick to provide specialized claim handling and oversight. The claim management professionals at Sedgwick are experts in handling the unique risks faced by public entities. Trident and Sedgwick understand the types of claims faced by our clients and research cases thoroughly to help assure timely and fair resolution. Our objective is to provide services that will justify the trust you have shown by placing your business with Trident Public Risk Solutions.

To serve you most efficiently, please use the following rules as a guide:

## Report a Claim 24/7

Phone (Toll-Free):
866-231-7512

Email:
9545argotrident@sedgwick.com

Fax:
844-928-3130

- All claims should be reported as soon as possible via an ACORD claim form in accordance with the policy conditions.

- Due to the limited time available to respon[d] a lawsuit, every effort should be made to p[ro] vide a copy of the lawsuit within 24 hours o[f re] ceipt by the insured.

- Any claim involving death or severe injuries (brain damage, paralysis, dismemberment[,] serious burns, amputations, and multiple fra[c] tures, permanent disabilities, or sexual mole[s] tation) must be reported as soon as you be[come] aware of them.

Liability deductibles are important features of the insured's policy. Periodically, a billing invoice will be generated with supporting documentation for deductible amounts paid on behalf of the insured. Your assistance in ensuring prompt reimbursement for those deductible amounts is greatly appreciated.

We take claims seriously and consider communication the key to a successful relationship. Please feel free to contact your claim adjuster should you have any questions regarding this process or specific claims.

Exhibit
A

Learn more about our claims philosophy at:

# COMMUNICABLE DISEASE, VIRUS OR BACTERIA EXCLUSION ENDORSEMENT ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new mandatory endorsement, which applies to your renewal policy being issued by us:

**Exclusion – Communicable Disease, Virus Or Bacteria IL5002-0520**

When a Communicable Disease, Virus or Bacteria Exclusion endorsement is attached to your policy, coverage is excluded for liability arising out any actual or alleged communicable disease, virus or bacteria.

The attachment of this endorsement may result in a reduction of coverage.

## Notice of Insurance Information Practices

Argo Group US, Inc., and each of its subsidiaries ("Argo Group") recognizes the importance of maintaining the privacy of our customers and their personal information. We take seriously the responsibility that accompanies our collection and use of your personal information. Argo Group protects the privacy and security of our customers and their personal information as required by applicable privacy and security laws.

This Notice of Insurance Information Practices ("Insurance Privacy Notice") provides notice of our information practices to all applicants, policyholders, and where applicable claimants, in connection with our insurance transactions. It supplements the privacy and security provisions contained in Argo Group's Global Privacy Notice (which is located at *www.argolimited.com/privacy-policy*).

This Insurance Privacy Notice applies to all companies and business produced or underwritten within Argo Group, and complies with the requirements of the Gramm-Leach-Bliley Act (GLBA), and any federal and state privacy and security laws and regulations applicable to insurance transactions. You are receiving this Insurance Privacy Notice with respect to your relationship with Argo Group* and one or more of the subsidiaries listed below.

### Information Collection and Use

To conveniently and effectively provide and service the insurance products we sell, we may collect and use your personal information, including information that may be considered nonpublic personal information, under applicable privacy and security laws. This personal information may include identifiers, financial and insurance underwriting information, financial and account information, and information considered protected classifications under applicable privacy and security laws. More information on the specific personal information we may collect and how we might use it is available in our Global Privacy Notice referenced above.

### Information Sharing and Disclosure

Applicable laws impose certain obligations upon third parties and organizations with which we share personal information. Accordingly, we prohibit the unauthorized disclosure of personal information, except as legally required or permitted.

Argo Group does not rent, sell or share your personal information with nonaffiliated third parties except that Argo Group may share personal information with nonaffiliated third parties to the extent necessary in furtherance of the applicable insurance transaction, including third party contractors. These third parties are prohibited from using the information for purposes other than performing services for Argo Group. Argo Group may disclose your information to third parties when obligated to do so by law and to investigate, prevent, or act regarding suspected or actual prohibited activities, including but not limited to fraud and situations involving the security of our operations and employees. In certain instances, you may share your information with a third party directly and that information may be subject to that party's applicable security and privacy policies.

Finally, Argo Group may transfer your personal information to a successor entity in connection with a corporate merger, consolidation, sale of all or a portion of its assets, bankruptcy, or other corporate change.

### Security

We implement technical and organizational security measures designed to secure and protect personal information. Please note, however, we cannot fully eliminate security risks associated with the storage and transmission of personal information.

To protect the confidentiality and integrity of your personal information, we limit access to personal information by only allowing authorized personnel to have access to such information. We maintain physical, electronic and procedural security protections to safeguard the nonpublic personal information in our records. Documents that contain an individual's personal information are appropriately destroyed or deleted before disposal; Argo Group maintains security measures to protect the loss, misuse and alteration of the information under our control. Our hardware infrastructure is housed in a controlled access facility that restricts access to authorized individuals. The network infrastructure is protected by a firewall and traffic is monitored and logged on the firewall and servers. Sensitive administrative activities are carried out over secure, encrypted links between our offices and hosting

facility. Administrative access is limited to authorized employees including specific remote administration protocols and IP addresses. All employees with access to personal information have been advised of Argo Group's security policies and practices and receive regular training regarding these policies and practices.

Any Argo Group employee who becomes aware of the inappropriate use or disclosure of your nonpublic personal information is expected and required to immediately report such behavior to Argo Group's Data Protection Officer.

**<u>Contact Us</u>**

If you have any questions about this Insurance Privacy Notice, our Global Privacy Notice, or our privacy and security practices, please contact:

> Data Protection Officer privacy@argogroupus.com
> Argo Group International Holdings Ltd.
> P.O. Box 469011
> San Antonio, TX 78246
> 800-470-7958

*Note: Argo Group is the parent of Argonaut Insurance Company; Argonaut-Midwest Insurance Company; Argonaut Great Central Insurance Company; ARIS Title Insurance Corporation; Colony Insurance Company; Colony Specialty Insurance Company; Peleus Insurance Company; Rockwood Casualty Insurance Company; Somerset Casualty Insurance Company; Central Insurance Management, Inc.; Alteris Insurance Services, Inc.; Trident Insurance Services, LLC; and Argonaut Management Services, Inc. This Privacy Policy applies to all companies and business produced or underwritten within Argo Group.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

**NOTICE TO POLICYHOLDER  –  COMMERCIAL  PROPERTY  COVERAGES**

This policy of insurance is issued based on the information you provided to us.  We recommend you review, with your agent, the specific items covered under this policy to insure that the appropriate amount and type of coverage is afforded to protect your property investments.



*Member of the FM Global Group*

# Inspection Hotline

---

*For our customer's convenience, Trident in conjunction with Mutual Boiler Re, has set up an Inspection Hotline to receive inspection requests. Requests for boiler and pressure vessel inspections can be made through this single Inspection Hotline nationwide.  Please include the following information with your request:*

---

**Telephone:**   1-866-594-1257
**E-mail:**   inspections@mutualboilerre.com

Insured Name:   Village of Wellington
Policy No.   PE-4640484-01
Location Address:
Contact Name:
Phone No.
Request:

*Inspections will be scheduled promptly!*

# COMMUNICABLE DISEASE, VIRUS OR BACTERIA EXCLUSION ENDORSEMENT ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new mandatory endorsement, which applies to your renewal policy being issued by us:

**Exclusion – Communicable Disease, Virus Or Bacteria CM5046-0520**

When a Communicable Disease, Virus or Bacteria Exclusion endorsement is attached to your policy, coverage is excluded for loss or damage arising out any actual or alleged communicable disease, virus or bacteria.

The attachment of this endorsement may result in a reduction of coverage.

# EXCLUSION – CYBER INJURY, ELECTRONIC DATA, AND CONFIDENTIAL OR PERSONAL INFORMATION

## ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your renewal policy being issued by us:

**U1284-1120 – EXCLUSION – CYBER INJURY, ELECTRONIC DATA, AND CONFIDENTIAL OR PERSONAL INFORMATION**

When this endorsement is attached to your policy, coverage is excluded for damages, loss, costs and expenses arising out of any actual, alleged, or suspected "cyber injury" (as defined in the endorsement), access to or disclosure of confidential or personal information, loss of, damage to, or the inability to access or manipulate electronic data, or any subsequent claim, suit or legal proceeding. This may result in a reduction in coverage.

## COMMON POLICY DECLARATIONS

**Policy No.**   <u>**PE-4640484-01**</u>          **Renewal of:**   <u>**PE-4640484-00**</u>

### 1. NAMED INSURED AND MAILING ADDRESS

Village of Wellington

115 Willard Memorial Sq.

Wellington, OH  44090

Argonaut Insurance Company
225 W. Washington Street
24th Floor
Chicago, IL 60606

### 2. POLICY PERIOD

From   <u>02/15/2022</u>          To   <u>02/15/2023</u>

12:01 A.M. Standard Time at the mailing address shown above.

### 3. BUSINESS DESCRIPTION  Municipality

4. In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to   provide the insurance as stated in this policy.  This policy consists of the following Coverage Parts for which a premium is indicated.  This premium may be subject to adjustment.

| Coverages | Premium |
|---|---|
| Commercial Property | $34,957 |
| Commercial Inland Marine | $3,053 |
| Commercial General Liability | $38,013 |
| Commercial Automobile | $15,925 |
| Law Enforcement Liability | $6,827 |
| Public Officials | $10,331 |
| Employment Practices Liability | $9,034 |
| Commercial Excess Liability | $22,787 |
| **Total Policy Premium Payable At Inception** | **$140,927** |

### 5. FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS:

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

Policy Number:  PE-4640484-01

# SCHEDULE OF FORMS AND ENDORSEMENTS

Named Insured   Village of Wellington          Effective Date:  02/15/2022
                                                          12:01 A.M., Standard Time

Interline
ILDEC-0119  - Common Policy Declarations
FORM SCHED-0621 - Schedule Of Forms And Endorsements
SIGAIC 0416 - Signature Page
IL100-0315  - Common Policy Conditions
IL414-0918 - Multiple Deductible Endorsement
IL5002-0520 - Exclusion Communicable Disease, Virus or Bacteria
IL 00 21 TIS (01/02) - Nuclear Energy Liability Exclusion
IL101-0315 - Sovereign Immunity Non-Waiver Endorsement
IL-102 (01/02) - Two or More Policies or Coverage Parts or Coverage Forms
IL-301 (01/02) - Year 2000 Exclusion
IL-411 (01/02) - Building Related Illness Exclusion
AG MP 0105 01 02/09 - Additional Exclusions - Pollution and Asbestos
IL 09 85 01 15 - Disclosure Pursuant To Terrorism Risk Insurance Act
IL 09 52 01 15 - Cap on Losses from Certified Acts of Terrorism
IL0244OH-0907 - Ohio Changes - Cancellation and Nonrenewal
AG MP 0107 0115 - Exclusion of Certified Acts of Terrorism And Exclusion of Other Acts of Terrorism Committed Outside The United States
IL5001-0220 - Exclusion - Cyber Injury, Electronic Data, And Confidential Or Personal Information

Property
CPDEC-0918  - Commercial Property Declarations
CP-SD (07/00)  - Commercial Property Coverage Part Supplemental Coverages
EBSCH-0918 - Equipment Breakdown Coverage Schedule
CP 00 90 07 88 - Commercial Property Conditions
CP 01 23 04 08 - Ohio Changes
CP 00 10 10 12 - Building And Personal Property Coverage Form
CP 10 30 09 17 - Causes Of Loss - Special Form
CP 00 30 10 12 - Business Income (And Extra Expense) Coverage Form
CP360-0918 - 360 Coverage Modifications - Commercial Property
CP 04 05 09 17 - Ordinance Or Law Coverage
EBCOV-0918 - Equipment Breakdown Coverage
CP5026-0918 - Earthquake - Volcanic Eruption Coverage Schedule
CP5024-0918 - Earthquake And Volcanic Eruption Endorsement (Sub-Limit Form)
CP5028-0918 - Flood Coverage Schedule
CP5027-0918 - Flood Coverage Endorsement
CP 01 40 07 06 - Exclusion of Loss Due to Virus or Bacteria
CP5031-0918 - Historic Property Valuation
U1021-0919 - Exclusion - Cyber Event

Inland Marine
CM5025-0918 - Computer Systems Declarations
CM5026-0918 - Computer Systems Coverage Form
CM5027-0918 - Contractors' Equipment Declarations
CM5029-0918 - Contractors' Equipment Coverage Form
CM5032-0918 - Miscellaneous Property Declarations
CM5033-0918 - Miscellaneous Property Blanket Coverage
CM5034-0918 - Miscellaneous Property Coverage Form
CM 00 01 09 04 - Commercial Inland Marine Conditions
CM5047-0520 - Exclusion - Communicable Disease, Virus or Bacteria
U1021-0919 - Exclusion - Cyber Event

General Liability
  GL-DEC (07/00) - Commercial General Liability Coverage  Part Declarations
  CG 00 01 (07/98) TIS - Commercial General Liability Coverage  Form (Occurrence Form)
  GL-PE-2 (07/00) - Additional Exclusions
  GL-310 (07/00) - Exclusion - Coverage  C - Medical Payments
  CG 21 47 (07/98) TIS - Employment - Related Practices Exclusion
  GL-201 (07/00) - Sexual Abuse or Molestation Liability Sublimit
  GL-300 (07/00) - Exclusion - Pollution
  GL-301 (07/00) - Exclusion - Asbestos
  GL-215 (07/00) - Governmental  Subdivisions
  GL-203 (07/00) - Cemetery  Professional Liability Endorsement
  GL-250 (07/00) - Employee Benefits Liability
  GL-360 PE (01/02) - Additional Coverage  Modifications
  GL-211 (07/00) - Sublimit - Failure to Supply
  GL230-0717 - Coverage  A - Limited Coverage  For Unmanned  Aircraft
  GL-210 (07/00) - Limited Pollution Liability Coverage
  GL-217 (01/02) - Sewer Backup Aggregate Limit
  CG 20 26 (11/85) TIS - Additional Insured - Designated Person or Organization
  CG 21 71 01 15 - Exclusion of Other Acts of Terrorism  Committed Outside the United States; Cap on Losses from Certified
  Acts of Terrorism
  GL-600 (12/02) - Employers Liability

Auto
  CA DS 03 10 13 - Business Auto Declarations
  PF 70082.1(6/89) - Schedule Of Automobiles
  CA 00 01 10 13 - Business Auto Coverage  Form
  CA 99 54 10 13 - Covered  Auto Designation Symbol
  CA360-0315 - Additional Coverage  Modifications - Business Auto
  CA 20 15 10 13 - Mobile Equipment
  CA 99 03 10 13 - Auto Medical Payments Coverage
  CA 20 18 10 13 - Professional Services Not Covered
  CA 20 30 10 13 - Emergency Services - Volunteer Firefighters And Workers Injuries Excluded
  CA 23 84 10 13 - Exclusion of Terrorism
  U1284-1120 - Exclusion - Cyber Injury, Electronic Data, And Confidential Or Personal Information
  AG7114-0315 - Exclusion - Airport Runways & Landing Strips
  CA 21 33 08 17 - Ohio Uninsured And Underinsured Motorists Coverage-Bodily Injury
  CA 31 17 10 13 - Ohio Uninsured Motorists Coverage - Property Damage
  CA 99 15 12 93 - Governmental Bodies Amendatory Endorsement

Law Enforcement Liability
  AG LE D003 01 (02/09) - Law Enforcement Liability Coverage  Part Declarations
  AG LE 0003 01 02/09 - Law Enforcement Liability Coverage  Part
  LE106-0320 - Definition Of Wrongful Act
  LE103-1116 - Exclusion-Unmanned  Aircraft
  AG LE 0007 01 02-09 - Line of Duty Death Benefit Coverage  Amendment

Public Officials
  AG PO D001 01 (02/09) - Public Officials' Liability Coverage  Part Declarations
  AG PO 0001 01 (02/09) - Public Officials Liability Coverage  Part
  AG PO PE02 01 02/09 - Additional Exclusions

Employment Practices Liability
  AG EP D001 01 (02/09) - Employment Practices Liability Coverage  Part Declarations
  AG EP P001 01 02/09 - Employment Practices Liability Coverage  Part - Public Entity Employees
  AG EP PES2 01 02/09 - Additional Exclusions
  AG EP 0005 01 02/09 - Equal Employment Opportunity  Commission (EEOC) And Similar State Agency or Commission
  Hearing Expense Limit

Excess Liability
   XS-DEC (01/09) - Commercial Excess Liability Policy Declarations
   XS-SCH (01/09) - Excess Following Form - Schedule of Underlying Coverage
   XS-CP (07/00) - Commercial Excess Liability Policy
   XS113-0717 - Limited Coverage For Unmanned Aircraft
   XS-101 (01/10) - Exclusions
   XS-110 02 (04/10) - Amendment - Insuring Agreement
   AG CX 2131 0115 - Exclusion of Other Acts of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts of Terrorism
   AG CX 2156 0908 - Auto Coverage - Exclusion of Terrorism
   XS5001-0220 - Exclusion - Cyber Injury, Electronic Data, And Confidential Or Personal Information

# SIGNATURE PAGE

IN WITNESS WHEREOF, the company issuing this policy has caused this policy to be signed by its President and its Secretary and countersigned (if required) on the Declarations page by a duly authorized representative of the company. This endorsement is executed by the company stated in the Declarations.

Argonaut Insurance Company

**President**          **Secretary**

# COMMON POLICY CONDITIONS

All Coverage  Parts included in this policy are subject to the following conditions.

**A.  Application**

By acceptance of this policy, you agree that the statements in the application are true and correct representations, that each shall be deemed material, that this policy is issued in reliance upon the truth of such representations, and that this policy embodies all agreements existing between you and us or any of our representatives, in connection with this policy.

**B.  Calculation Of Premium**

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**C.  Cancellation**

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2.  We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a.  10 days before the effective  date of cancellation if we cancel for nonpayment of premium; or

   b.  30 days before the effective  date of cancellation if we cancel for any other reason,

3.  We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4.  Notice of cancellation will state the effective  date of cancellation.  The policy period will end on that date.

5.  If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  The cancellation will be effective  even  if we have  not made or offered  a refund.

6.  If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.  Changes**

This policy contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.  This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**E.  Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**F.  Governmental Immunity**

Because you are a public institution, you may be entitled to governmental immunity.  This policy does not constitute a waiver of any governmental  immunity to which you are entitled.

**G.  Inspections And Surveys**

We have the right but are not obligated to:

1.  Make inspections and surveys at any time;

2.  Give you reports on the conditions we find; and

3.  Recommend changes.

Any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged.  We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  And we do not warrant that conditions:

1.  Are safe or healthful; or

2.  Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**H.  Premiums**

The first Named Insured shown in the Declarations:

1.  Is responsible for the payment of all premiums; and

2.  Will be the payee for any return premiums we pay.

**I.  Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**J.  Unintentional Errors Or Omissions**

Any error, misstatement or mistake in information given by you to us will not invalidate the insurance provided by this policy unless it was intentional.  However, we are entitled to premium based upon the correct information.

with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MULTIPLE DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART

The following is added to the DEDUCTIBLE section:

**A.** In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause of Loss will apply.

**B.** The terms of this endorsement do not apply to any Earthquake Deductible or to any Windstorm or Hail Deductible provided elsewhere in this policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COMMUNICABLE DISEASE, VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE PART
LAW ENFORCEMENT LIABILITY COVERAGE PART
PUBLIC OFFICIALS LIABILITY COVERAGE PART
EDUCATORS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following **Exclusion** is added:

This insurance does not apply to:

**Communicable Disease, Virus Or Bacteria**

"Bodily injury," "property damage", "personal and advertising injury", "employee benefits wrongful acts", "law enforcement wrongful acts", "public officials wrongful acts", "employment practices wrongful acts", "educator's legal wrongful acts", "injury or damage", "loss" arising out of any actual or alleged:

**a.** Communicable disease; or

**b.** Virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**(1)** Supervision, hiring, employment, training or monitoring of others;

**(2)** Testing for any communicable disease, virus, bacterium or other microorganism;

**(3)** Failure to prevent the spread of any communicable disease, virus, bacterium or other microorganism; or

**(4)** Failure to report any communicable disease, virus, bacterium or other microorganism to authorities.

This exclusion does not apply to any bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PUBLIC OFFICIALS' LIABILITY COVERAGE PART
EDUCATORS LEGAL LIABILITY COVERAGE PART
LAW ENFORCEMENT OFFICERS' LIABILITY COVERAGE PART
BUSINESS AUTO COVERAGE FORM

1. The insurance does not apply:

   A. Under any liability Coverage, to "bodily injury", "personal injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" or "personal injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury", "personal injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury", "personal injury" or "property damage" arises out of the furnishings by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"nuclear material" means "source material", "special nuclear material" or "by-products material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" in-

IL 00 21 TIS (01/02)       Copyright, Argonaut Group Inc., 2001.  All rights reserved.                    Page 1 of 2
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)
Copyright, Insurance Services Office Inc., 1984

cluded under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SOVEREIGN IMMUNITY NON-WAIVER ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LAW ENFORCEMENT LIABILITY  COVERAGE PART
PUBLIC OFFICIALS' LIABILITY  COVERAGE PART
EDUCATORS LEGAL LIABILITY  COVERAGE PART
EMPLOYMENT PRACTICES  LIABILITY COVERAGE PART

We will not pay for any "loss", "occurrence", "accident", "wrongful act",  "wrongful employment act", claim or s uit for which any insured would otherwise have an exemption or have no liability because of sovereign immunity, any governmental tort claims act or laws, or any other state or federal law.  Nothing in this policy, coverage part or coverage form waives sovereign immunity for any insured.

The limit of liability of any policy(ies), coverage part(s) or coverage form(s) issued by us, either individually, in conjunction with each other or in conjunction with other policy(ies), coverage part(s) or coverage form(s) of other companies, do not, in any manner, waive the limits of liability established in any governmental tort claim act applicable to any "loss", "occurrence", "accident", "wrongful  act", "wrongful  employment act", claim or suit.

ALL OTHER TERMS AND CONDITIONS  OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TWO OR MORE POLICIES OR COVERAGE PARTS OR COVERAGE FORMS

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL AUTO COVERAGE FORM
      LAW ENFORCEMENT LIABILITY COVERAGE PART
      PUBLIC OFFICIALS' LIABILITY COVERAGE PART
      EDUCATORS LEGAL LIABILITY COVERAGE PART

In consideration of the premium charged, it is hereby agreed and understood that if this and any other policy, coverage part, coverage form or endorsement issued to any insured by Argonaut Great Central Insurance Company, Argonaut Insurance Company or any company affiliated with Argonaut Group, Inc. apply to the same "occurrence", "offense", "accident", "wrongful act", claim or suit the aggregate maximum limit of insurance under all the policy(ies), coverage part(s), coverage form(s) or endorsement(s) shall not exceed the highest applicable limit of insurance under any one policy, coverage part, coverage form or endorsement.  The deductible applicable to any such "occurrence", "offense", "accident", "wrongful act", claim or suit will be the deductible applicable, if any, to such policy, coverage part, coverage form or endorsement which has the lowest applicable deductible.

All other terms and conditions remain the same.

 © Copyright Argonaut Group, Inc. 2001.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# YEAR 2000 EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LAW ENFORCEMENT LIABILITY COVERAGE PART
PUBLIC OFFICIALS' LIABILITY COVERAGE PART
EDUCATORS LEGAL LIABILITY COVERAGE PART

The following exclusion is added to the **"Exclusions"** section(s) of the above referenced policy(ies):

**"Year 2000 Computer-Related or Other Electronic Problem":**

We will not cover any "bodily injury," "personal injury", "advertising injury", "property damage" or "wrongful act" arising directly or indirectly from:

1. Any actual, alleged, or potential "Year 2000 Computer-Related or Other Electronic Problem"; or
2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, or supervision done or provided by or for you to determine, rectify, or test any such problem.

   "Year 2000 Computer-Related or Other Electronic Problem" means any inadequacy, failure, or malfunction of any of the following which is or was caused by the inability to correctly accept, distinguish, interpret, process, or recognize the year 2000 and beyond:

   a. Any "computer component, equipment, program, or system", whether belonging to any insured or any other person or organization.
   b. Any other product, or any data, function, or service, that in any manner directly or indirectly uses or relies on such "computer component, equipment, program, or system".

   "Computer component, equipment, program, or system" means any:

   a. computer application software;
   b. computer hardware, including any microprocessor;
   c. computer network;
   d. computer operating system and related software;
   e. microprocessor or computer chip that isn't part of a computer system; or
   f. other computerized or electronic component or equipment.

IL-301 (01/02)                Copyright Argonaut Group Inc., 2001. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUILDING RELATED ILLNESS EXCLUSION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PUBLIC OFFICIALS' LIABILITY COVERAGE PART
    EDUCATORS LEGAL LIABILITY COVERAGE PART
    LAW ENFORCEMENT OFFICERS' LIABILITY COVERAGE PART
    BUSINESS AUTO COVERAGE FORM
    COMMERCIAL PROPERTY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL EXCESS LIABILITY COVERAGE POLICY

The following exclusion is added to the policy, coverage part or coverage form:

**BUILDING RELATED ILLNESS**

This insurance does not apply

1.    to any "bodily injury", "personal and advertising injury", "property damage", "accident", "occurrence", "wrongful act", damage, claim, suit, loss, cost or expense flowing from or originating out of, either directly or indirectly, any "building related illness" or "sick building syndrome".  This exclusion applies regardless of any other cause or event that in any way contributes concurrently or in any sequence to the "bodily injury", "personal and advertising injury", "property damage", "accident", "occurrence", "wrongful act", damage, claim, suit, loss, cost or expense.

2.    to any obligation of any insured to indemnify any party because of "bodily injury", "personal and advertising injury", "property damage", "accident", "occurrence", "wrongful act", damage, claim, suit, loss, cost or expense flowing from or originating out of, either directly or indirectly, any "building related illness" or "sick building syndrome".

3.    to any obligation to defend any suit or claim against any insured alleging "bodily injury", "personal and advertising injury", "property damage", "accident", "occurrence", "wrongful act", damage, claim, suit, loss, cost or expense flowing from or originating out of, either directly or indirectly, any "building related illness" or "sick building syndrome".

"Building related illness" means when symptoms of a diagnosable illness or injury are identified or attributed to the conditions or quality of a structure or building's environment.  This includes, but is not limited to, airborne building contaminants, inadequate ventilation or air quality, carbon dioxide, carbon monoxide, nitrogen dioxide, emissions from building materials, adhesives, carpeting, flooring, upholstery, furnishings, equipment, machines or occupants, tobacco smoke, pesticides, cleaning agents, radon, mold, pollen, viruses, bacteria or other organic or toxic compounds and respirable particle matters.  Other potentially harmful building related conditions subject to this exclusion include, but are not limited to, lighting and lighting sources, audio transmissions or frequencies, problems with building temperature or humidification control or plumbing, dust and dust mites, long-term or multiple exposures to sensitizing chemicals or biogenic particles, poor building design or occupant activities.

""Sick building syndrome" means situations or claims in which building occupants experience discomfort, injury, illness or adverse health effects that appear to be linked to time spent in a building and a "building related illness", but no specific cause or diagnosable illness or injury can be identified.

Copyright, Argonaut Group Inc., 2001

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL EXCLUSIONS - POLLUTION AND ASBESTOS

This endorsement modifies insurance provided under the following:

LAW ENFORCEMENT LIABILITY COVERAGE PART
PUBLIC OFFICIALS LIABILITY COVERAGE PART
EDUCATORS LEGAL LIABILTIY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART

The following Exclusions are added to **B. Exclusions** of **SECTION 1 – COVERAGES:**

## ASBESTOS:

Any claim directly or indirectly caused by arising out of, resulting from or in any way involving exposure to "asbestos", including but not limited to:

    a.  The mining, processing, manufacturing, use, testing, ownership, sale or removal of "asbestos"; or

    b.  Any error or omission in the supervision, instructions, recommendations, notices, warnings, or advice given, or which should have been given, in connection with "asbestos".

Any loss, cost or expense arising out of any:

    a.  Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of "asbestos"; or

    b.  Claim or "suit" by or on behalf of any person, organization or governmental authority for "damages" because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of "asbestos".

As used in this endorsement, the term "asbestos" refers to "asbestos" in any form, including but not limited to "asbestos" fibers or material(s) containing "asbestos".

## POLLUTION:

1.  Any claim which would not have occurred in whole, or in part, but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

2.  Any loss, cost or expense arising out of any:

    a.  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants";

    b.  Claim or "suit" by or on behalf of a governmental authority for damages because of, or costs incurred by you to perform, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants"; or

    c.  "Wrongful act" of any insured in complying with, enforcing or enacting any rule, ordinance, law or regulation having to do with prevention, mitigation, monitoring, clean-up, removal, containment, treatment, detoxification, or neutralization of "pollutants", or in the assessment of the effects of "pollutants".

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

POLICY NUMBER: PE-4640484-01

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RE-
SPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSUR-
ANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE
THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)    $ 2,878** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| **Commercial Property**<br>**Commercial Inland Marine**<br>**Commercial General Liability**<br>**Commercial Excess Liability** |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses    80%      Year:  02/15/2022-02/15/2023**<br>(Refer to Paragraph **B.** in this endorsement.) |
| **Federal share of terrorism losses    N/A      Year:          N/A**<br>(Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk In-
surance Act, we are required to provide you with a
notice disclosing the portion of your premium, if
any, attributable to coverage for terrorist acts certi-
fied under the Terrorism Risk Insurance Act. The
portion of your premium attributable to such cov-
erage is shown in the Schedule of this endorse-
ment or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © Insurance Services Office, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO CHANGES – CANCELLATION AND NONRENEWAL

All Coverage Parts included in this policy are subject to the following condition:

The Cancellation provision of this policy is amended to add the following:

**A.  Cancellation**

With respect to a policy which has been in effect for more than 90 days, or is a renewal of a policy we issued, the following applies:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy only for one or more of the following reasons, except as provided in Paragraph **6.** below:

   **a.** Nonpayment of premium;

   **b.** Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

   **c.** Discovery of a moral hazard or willful or reckless acts or omissions on your part which increases any hazard insured against;

   **d.** The occurrence of a change in the individual risk which substantially increases any hazard insured against after the insurance coverage has been issued or renewed except to the extent the insurer could reasonably have foreseen the change or contemplated the risk in writing the contract;

   **e.** Loss of applicable reinsurance or a substantial decrease in applicable reinsurance, if the Superintendent has determined that reasonable efforts have been made to prevent the loss of, or substantial decrease in, the applicable reinsurance, or to obtain replacement coverage;

   **f.** Failure of an insured to correct material violations of safety codes or to comply with reasonable written loss control recommendations; or

   **g.** A determination by the Superintendent of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public.

3. We will mail written notice of cancellation to the first Named Insured, and agent if any, at the last mailing addresses known to us. Proof of mailing will be sufficient proof of notice.

4. We will mail the notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation, if we cancel for a reason stated in **2.b.** through **2.g.** above.

5. The notice of cancellation will:

   **a.** State the effective date of cancellation. The policy period will end on that date.

   **b.** Contain the date of the notice and the policy number, and will state the reason for cancellation.

6. Policies written for a term of more than one year or on a continuous basis may be cancelled by us for any reason at an anniversary date, upon 30 days' written notice of cancellation.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**B. Nonrenewal**

1. If we elect not to renew this policy, we will mail written notice of nonrenewal to the first Named Insured, and agent if any, at the last mailing addresses known to us. The notice will contain the date of the notice and the policy number, and will state the expiration date of the policy.

2. We will mail the notice of nonrenewal at least 30 days before the expiration date of the policy.

3. Proof of mailing will be sufficient proof of notice.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided  under the following:

DIRECTORS  AND OFFICERS  LIABILITY  COVERAGE PART
EDUCATORS  LEAGL LIABILITY  COVERAGE PART
EMPLOYMENT PRACTICES  LIABILITY  COVERAGE PART
LAW ENFORCEMENT  LIABILITY  COVERAGE PART
PUBLIC OFFICIALS  LIABILITY  COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves  a substantial risk of death; or

    **b.** Protracted and obvious  physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

AG MP 0107 0115

Argo Group
Includes copyrighted material of Insurance Service Office, Inc.,
with its permission.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

    **b.** The act resulted in damage:

        **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

        **(2)** Outside of the United States in the case of:

            **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

            **(b)** The premises of any United States mission; and

    **c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

    Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INJURY, ELECTRONIC DATA, AND CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EDUCATORS LEGAL LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
LAW ENFORCEMENT LIABILITY COVERAGE PART
PUBLIC OFFICIALS LIABILITY COVERAGE PART

A. The exclusion below is added for all coverages, with the exception of any Medical Payments coverage, and replaces any existing exclusions related to electronic data and/or confidential or personal information.

This insurance does not apply to:

**Cyber Injury, Electronic Data, And Confidential Or Personal Information**

Damages, loss, costs and expenses, including all fines and penalties, arising out of:

**(1)** "Cyber injury";

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data";

**(3)** Any access to, or loss, destruction, disclosure, disruption, inspection, modification, recording, release, review, use, collection, processing, or storage of, any person's or organization's confidential or "personal information", including but not limited to patents, trade secrets, processing methods, customer lists, financial information, credit card information, biometric or health information or any other type of nonpublic information; or

**(4)** Any claim, "suit", or other legal proceeding, administrative action or hearing arising out of Paragraphs **(1)** through **(3)** above, including but not limited to those initiated prior to, or pending as of, the inception date of this policy.

B. The following definitions are added with respect to the provisions of this endorsement:

"Cyber injury" means any actual, alleged or suspected, intentional or unintentional, breach of or unauthorized access to any data, software, hardware, or computer system, wherever located, that results in:

    **a.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **b.** Inability to access any website or any computer system;

    **c.** Release, introduction, transmission or facilitation of any "malicious code";

    **d.** Forensic or investigative expenses;

    **e.** Extortion or terrorism acts or threats;

    **f.** Monitoring or notification costs or expenses;

    **g.** Crisis management or public relations expenses;

    **h.** Data or system recovery, repair, replacement or restoration expenses;

    **i.** Business interruption-related losses or expenses; or

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**j.** Losses arising out of fraudulent instructions transmitted by electronic means, including through social engineering.

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

"Malicious code" means, but is not limited to, any virus, Trojan horse, worm, spyware, logic bomb, adware, malware or other similar software program.

"Personal information" means any personally identifying information or data about an individual, as defined by foreign, federal, state or local laws, statutes or regulations.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

# COMMERCIAL PROPERTY DECLARATIONS

**Policy No.** PE-4640484-01

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction & Occupancy |
|---|---|---|
| All | All | As per the Statement of Values on file with us |

**COVERAGE PROVIDED** - Insurance at the Described Premises applies only for coverages for which a limit of insurance is shown.

| PREM./ BLDG. NO. | COVERAGE | CO-INSURANCE | LIMIT OF INSURANCE | DEDUCTIBLE (If other than $250) | COVERED CAUSE OF LOSS (Form and Edition Date) |
|---|---|---|---|---|---|
| All | Blanket Building and Personal Property | 100% | $31,463,649 | $5,000 | CP 10 30 09 17 |
| All | Business Income and Extra Expense | | $1,000,000 | | CP 10 30 09 17 |

**COVERAGE  OPTIONS** - The following coverage options are provided when designated by an [x] and an entry under the Premises listed below.

**COVERAGE:**

| | | Prem. | Bldg. | Prem. | Bldg. | Prem. | Bldg. |
|---|---|---|---|---|---|---|---|

**BUILDING**

Replacement Cost (x) — [X] (Bldg.)

Inflation Guard — ___ %

[X] Agreed Value (expiration date) — 02-15-2023

**PERSONAL PROPERTY**

Replacement Cost (x) — [X] (Bldg.)

Replacement Cost (incl. stock)

Inflation Guard — ___ %

[X] Agreed Value (expiration date) — 02-15-2023

**BUSINESS INCOME**

Monthly Limit of Indemnity (fraction)

Maximum Period of Indemnity

Agreed Value (expiration date)

Business Income Period Of Restoration 72-Hour Time Period Is Replaced By _ Hours

Business Income Civil Authority 72-Hour Time Period Is Replaced By ___ Hours

[ ] Other (describe)

**MORTGAGE HOLDER(S)**

| Prem. No. | Bldg. No. | Mortgage Holder Name and Mailing Address |
|---|---|---|

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

Applicable to All Coverages

Applicable to Specific Premises/Coverages
Prem./Bldg. No.    Coverages    Form(s)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# COMMERCIAL PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS
Policy Number: PE-4640484-01

| PREM #<br>1 | Occupancy | | Address | Const. |
|---|---|---|---|---|
| | Town Hall | | 115 Willard Memorial Square | MNC |
| BLDG #<br>1 | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| | $7,950,652 | | $262,678 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM #<br>1 | Occupancy | | Address | Const. |
|---|---|---|---|---|
| | Gazebo & antenna | | 115 Willard Memorial Square | Frame |
| BLDG #<br>2 | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| | $98,519 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM #<br>1 | Occupancy | | Address | Const. |
|---|---|---|---|---|
| | Monument #1 | | 115 Willard Memorial Square | FR |
| BLDG #<br>3 | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| | $58,964 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 1 | Monument #2 | | 115 Willard Memorial Square | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 4 | $18,374 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 2 | Municipal Utility Garage | | 98 Johns Street | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $801,892 | | $321,359 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 2 | Electric Dept office and garage | | 98 Johns Street | Masonry Non Comb |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 2 | $447,714 | | $9,134 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 2 | New Service Bldg 1-Pole barn | | 98 Johns Street | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 3 | $151,103 | | $9,317 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 2 | Elevated Water Tank | | 98 Johns Street | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 4 | $452,894 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 2 | 1000 gallon above ground diesel tank with pump | | 98 Johns Street | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 5 | $5,827 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 2 | Generator & Enclosure | | 98 Johns Street | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 6 | $32,072 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 3 | Street Dept Building | | 641 W Herrick St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $789,097 | | $117,022 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 3 | Street Dept Bldg-Pole Barn | | 641 W Herrick St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 2 | $38,952 | | $180,870 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 3 | Salt Shed | | 641 W Herrick St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 3 | $117,526 | | $25,744 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 3 | Cold Storage Building | | 641 W Herrick St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 4 | $55,609 | | $102,978 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 3 | 1000 gallon above ground diesel tank with pump, S# FS007321 | | 641 W Herrick St | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 5 | $5,827 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 4 | Electrical dept Utility Shed | | 641 Herrick Ave W | | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 1 | $22,386 | | $16,789 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 4 | Public Works Dirt Barn | | 641 Herrick Ave W | | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 2 | $5,708 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 4 | Various Transformers | | 641 Herrick Ave W | | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 3 | $199,734 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 5 | Pavilion #1-Recreation Park | | 145 N Mill St | | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 1 | $36,377 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 5 | Pavilion #2-Recreation Park | | 145 N Mill St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 2 | $36,377 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 5 | Pavilion #3-Recreation Park | | 145 N Mill St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 3 | $36,377 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 5 | Concession Stand at park | | 145 N Mill St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 4 | $108,521 | | $10,032 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 5 | 2 large Storage buildings | | 145 N Mill St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 5 | $67,157 | | $1,119 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 5 | 2 Small storage buildings | | 145 N Mill St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 6 | $17,908 | | $1,119 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 5 | Various Bleachers/Playground Equipment, Lightning, and equipment | | 145 N Mill St | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 7 | $234,009 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 6 | Pumping Station | | 9000 Pitts Rd (north of plant) | Masonry Non Comb |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $904,347 | | $8,695 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Filter/ Turbine Office | | 23687 Pitts Rd | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $1,718,265 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Garage | | 23687 Pitts Rd | JM |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 2 | $90,434 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Settling Tank | | 23687 Pitts Rd | FR |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 3 | $142,244 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Misc. Tanks & Conveyor | | 23687 Pitts Rd | FR |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 4 | $56,609 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Valve Pit Building | | 23687 Pitts Rd | JM |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 5 | $14,106 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Pipe fitting for Pit | | 23687 Pitts Rd | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 6 | $80,305 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Culligan Treatment Plant | | 23687 Pitts Rd | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 7 | $271,306 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Concrete Ground Storage incl. Cent. Pumps and control | | 23687 Pitts Rd | MNC |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 8 | $633,045 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Turbine Pumps for Tank | | 23687 Pitts Rd | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 9 | $105,628 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Elevated Water Tank | | 23687 Pitts Rd | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 10 | $630,513 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | Megawatt Stationary Generator Steel, Switch gear and control house | | 23687 Pitts Rd | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 11 | $633,045 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | 1000 gallon above ground diesel tank with pump | | 23687 Pitts Rd | FR |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 12 | $5,827 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 7 | (3) 1000 gallon above ground diesel tanks with pumps | | 23687 Pitts Rd | Masonry Non Comb |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 13 | $17,484 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 8 | Substation #1 -Electric | | Maple St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $1,712,509 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 9 | Lift Station/ pump | | Jones Rd & Kent St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $108,522 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Diversion  Manhold #1,250 | | Jones St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $3,401 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Combinutor  Building | | Jones St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 2 | $15,009 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Pump for combinutor Building | | Jones St | | FR |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 3 | $0 | | $68,367 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Conveyor  for grit chamber | | Jones St | | JM |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 4 | $20,797 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Division Chamber #1,250 | | Jones St | | FR |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 5 | $18,629 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Primary clarifier | | Jones St | | JM |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 6 | $78,677 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Scum skimmer for clarifier | | Jones St | | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 7 | $142,978 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Blower & pump house | | Jones St | | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 8 | $97,042 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Blowers, reducers, pipe | | Jones St | | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 9 | $141,622 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 10 | Aerobic Digester #1 | | Jones St | | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 10 | $93,692 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Aerobic Digester #2 | | Jones St | JM |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 11 | $93,692 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Sludge drawoff | | Jones St | JM |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 12 | $3,878 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Sludge Drying Beds | | Jones St | FR |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 13 | $51,187 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Trickling Filter #1 | | Jones St | MFR |
| BLDG # | Building Limit of Insurance | | Personal Property Limit of Coverage | |
| 14 | $272,211 | | $0 | |
| | Cause of Loss | Co Insurance Percentage | | |
| | Special | Agreed Amount | | |
| | Value Option | Deductible | Mortgage | |
| | RC | $5,000 | No | |
| | Agreed Value Expiration Date | | Inflation Guard % | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Trickling Filter #2 | | Jones St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 15 | $332,437 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Division Chamber #2 | | Jones St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 16 | $16,276 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Final Settling Tank/ Valve | | Jones St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 17 | $382,900 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Sludge Pump Filter/ Pipe | | Jones St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 18 | $107,799 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Office/ Garage | | Jones St | JM |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 19 | $119,917 | | $96,041 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 10 | Overflow Effluent Tank | | Jones St | MFR |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 20 | $143,970 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 11 | Grit chamber Building | | 1R 250 Jones St | JM |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $30,447 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 12 | Sludge pump house & pump | | 5R 250 Jones St | JM |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $74,880 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 13 | Lab, pump house & pump | | 3R 250 Jones S | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $408,772 | | $23,516 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 14 | Chlorination Building/ Pipe | | 6R 250 Jones St | JM |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $153,557 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 15 | Records Storage | | 110 Kelly St | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $232,468 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 16 | Substation #2 -Include structure and switch gear | | Cemetery & Hawley Rd | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $1,712,509 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 17 | Mausoleum, with Stained Glass Windows | | 101 Cemetery Road | Masonry Non Comb |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $483,445 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 17 | Small Chapel House | | 101 Cemetery Road | Masonry Non Comb |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 2 | $72,620 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 17 | Maintenance Barn | | 101 Cemetery Road | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 3 | $48,097 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 17 | Shed | | 101 Cemetery Road | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 4 | $64,198 | | $2,855 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 17 | Garage | | 101 Cemetery Road | | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 5 | $56,740 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 18 | Maintenance Garage | | 510 Courtland Street | | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 1 | $118,182 | | $2,855 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 19 | Substation | | 207 Erie Street | | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 1 | $2,194,680 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | | Const. |
|---|---|---|---|---|---|
| 20 | Generator | | 211 Erie Street | | Frame |
| BLDG # | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | | |
| 1 | $107,582 | | $0 | | |
| | **Cause of Loss** | **Co Insurance Percentage** | | | |
| | Special | Agreed Amount | | | |
| | **Value Option** | **Deductible** | **Mortgage** | | |
| | RC | $5,000 | No | | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | | |
| | 02/15/2023 | | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 21 | Pump Station | | 133 Dewolf Street | MNC |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $2,821,557 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

| PREM # | Occupancy | | Address | Const. |
|---|---|---|---|---|
| 22 | Leased building | | 147-149 Herrick Ave East | JM |
| **BLDG #** | **Building Limit of Insurance** | | **Personal Property Limit of Coverage** | |
| 1 | $573,546 | | $0 | |
| | **Cause of Loss** | **Co Insurance Percentage** | | |
| | Special | Agreed Amount | | |
| | **Value Option** | **Deductible** | **Mortgage** | |
| | RC | $5,000 | No | |
| | **Agreed Value Expiration Date** | | **Inflation Guard %** | |
| | 02/15/2023 | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

Equipment Breakdown is subject to the Limits of Insurance shown in the Commercial Property Coverage Part Declarations except as specifically shown below.

These coverages apply to all locations covered on the policy, unless otherwise specified.

## SCHEDULE

| Coverage | Limit Of Insurance | Deductible:<br>(Dollar, Time, ADV or %) |
|---|---|---|
| Property Damage | $ _____ | _____ |
| Business Income and Extra Expense | $ _____ | _____ |
| Pollutant Clean Up and Removal | $ _____ | _____ |
| Refrigerant Contamination | $ _____ | _____ |
| Spoilage | $ _____ | _____ |
| Other: _____ | $ _____ | _____ |

EBSCH-0918

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 01 23 04 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraphs **c.** and **g.** of the **Loss Payment** Loss Condition are replaced by the following, except as provided in Paragraph **B.:**

 **c.** We will give you notice, within 21 days after we receive a properly executed proof of loss, that we:

  **(1)** Accept your claim;

  **(2)** Deny your claim; or

  **(3)** Need more time to investigate your claim.

  If we need more time to investigate your claim, we will provide an explanation for our need for more time. We will continue to notify you again in writing, at least every 45 days, of the status of the investigation and of the continued time needed for the investigation.

 **g.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within:

  **(1)** 10 days after we accept your claim if such acceptance occurs within the first 21 days after we receive a properly executed proof of loss, unless the claim involves an action by a probate court or other extraordinary circumstances as documented in the claim file; or

  **(2)** Five days after we accept your claim if such acceptance occurs more than 21 days after we receive a properly executed proof of loss, and

   **(a)** An appraisal award has been made; or

   **(b)** We have reached an agreement with you on the amount of loss that was in dispute.

**B.** Paragraph **A.** does not apply to the **Loss Payment** Loss Condition in the following forms:

 **1.** Business Income (And Extra Expense) Coverage Form;

 **2.** Business Income (Without Extra Expense) Coverage Form;

 **3.** Extra Expense Coverage Form;

 **4.** Leasehold Interest Coverage Form; and

 **5.** Mortgageholders Errors And Omissions Coverage Form.

In the forms listed above, the **Loss Payment** Loss Condition is replaced by the following:

**LOSS PAYMENT**

 **a.** We will give you notice, within 21 days after we receive a properly executed proof of loss, that we:

  **(1)** Accept your claim;

  **(2)** Deny your claim; or

  **(3)** Need more time to investigate your claim.

  If we need more time to investigate your claim, we will provide an explanation for our need for more time. We will continue to notify you again in writing, at least every 45 days, of the status of the investigation and of the continued time needed for the investigation.

 **b.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within:

  **(1)** 10 days after we accept your claim if such acceptance occurs within the first 21 days after we receive a properly executed proof of loss, unless the claim involves an action by a probate court or other extraordinary circumstances as documented in the claim file; or

© ISO Properties, Inc., 2007

**(2)** Five days after we accept your claim if such acceptance occurs more than 21 days after we receive a properly executed proof of loss, and

**(a)** An appraisal award has been made; or

**(b)** We have reached an agreement with you on the amount of loss that was in dispute.

© ISO Properties, Inc., 2007

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

  **(1)** Completed additions;

  **(2)** Fixtures, including outdoor fixtures;

  **(3)** Permanently installed:

    **(a)** Machinery; and

    **(b)** Equipment;

  **(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

    **(a)** Fire-extinguishing equipment;

    **(b)** Outdoor furniture;

    **(c)** Floor coverings; and

    **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

  **(5)** If not covered by other insurance:

    **(a)** Additions under construction, alterations and repairs to the building or structure;

    **(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

  **(1)** Furniture and fixtures;

  **(2)** Machinery and equipment;

  **(3)** "Stock";

  **(4)** All other personal property owned by you and used in your business;

  **(5)** Labor, materials or services furnished or arranged by you on personal property of others;

  **(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove;

  **(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

  **(1)** In your care, custody or control; and

  **(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

 © Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

 © Insurance Services Office, Inc., 2011

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---:|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

| | |
|---:|---:|
| $ 60,100 | |
| – 250 | |
| $ 59,850 | Loss Payable – Building 1 |

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---:|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

Step **(1)**:  $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**:  $100,000 ÷ $200,000 = .50

Step **(3)**:  $40,000 x .50 = $20,000

Step **(4)**:  $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:

| | | |
|---|---|---|
| The value of the property is: | | |
| Building at Location 1: | $ | 75,000 |
| Building at Location 2: | $ | 100,000 |
| Personal Property at Location 2: | $ | 75,000 |
| | $ | 250,000 |
| The Coinsurance percentage for it is: | | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ | 180,000 |
| The Deductible is: | $ | 1,000 |
| The amount of loss is: | | |
| Building at Location 2: | $ | 30,000 |
| Personal Property at Location 2: | $ | 20,000 |
| | $ | 50,000 |

Step **(1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

   **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

        **(1)** On or after the effective date of this Optional Coverage; and

        **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

    **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

    **b.** This Optional Coverage does not apply to:

        **(1)** Personal property of others;

        **(2)** Contents of a residence;

        **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

        **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

    Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    **d.** We will not pay on a replacement cost basis for any loss or damage:

        **(1)** Until the lost or damaged property is actually repaired or replaced; and

        **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

    With respect to tenants' improvements and betterments, the following also apply:

        **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

        **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

    **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

        **(1)** The Limit of Insurance applicable to the lost or damaged property;

        **(2)** The cost to replace the lost or damaged property with other property:

            **(a)** Of comparable material and quality; and

            **(b)** Used for the same purpose; or

        **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

    If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL PROPERTY
CP 10 30 09 17

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2016

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

f. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

  **(1)** You do your best to maintain heat in the building or structure; or

  **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

  This exclusion:

  **(1)** Applies whether or not an act occurs during your normal hours of operation;

  **(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

  **(1)** An abrupt falling down or caving in;

  **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

  **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

  But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

  **(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

  **(b)** To collapse caused by one or more of the following:

    **(i)** The "specified causes of loss";

    **(ii)** Breakage of building glass;

    **(iii)** Weight of rain that collects on a roof; or

    **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

  This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

  **(1)** Planning, zoning, development, surveying, siting;

  **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

  **(3)** Materials used in repair, construction, renovation or remodeling; or

  **(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

   (a) Damage or destruction of "finished stock"; or

   (b) The time required to reproduce "finished stock".

   This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

   (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

   (a) Your cancelling the lease;

   (b) The suspension, lapse or cancellation of any license; or

   (c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

   (a) Paragraph **B.1.a.** Ordinance Or Law;

   (b) Paragraph **B.1.c.** Governmental Action;

   (c) Paragraph **B.1.d.** Nuclear Hazard;

   (d) Paragraph **B.1.e.** Utility Services; and

   (e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

   (a) **Contractual Liability**

   We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

   (i) Your assumption of liability was executed prior to the accident; and

   (ii) The building is Covered Property under this Coverage Form.

   (b) **Nuclear Hazard**

   We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

  **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

  **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

  **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

  **d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

    **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

    **(2)** Business Income Coverage or Extra Expense Coverage.

  **e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

  **f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

  **g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

    **(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

    **(2)** Changes in or extremes of temperature;

    **(3)** Disease;

    **(4)** Frost or hail; or

    **(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

  **a.** Animals, and then only if they are killed or their destruction is made necessary.

  **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

    **(1)** Glass; or

    **(2)** Containers of property held for sale.

  **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

    **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

    **b.** Awnings, gutters and downspouts;

    **c.** Yard fixtures;

    **d.** Outdoor swimming pools;

    **e.** Fences;

    **f.** Piers, wharves and docks;

    **g.** Beach or diving platforms or appurtenances;

    **h.** Retaining walls; and

    **i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

    **b.** The personal property which collapses is inside a building; and

    **c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

    **a.** A "specified cause of loss" other than fire or lightning; or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into manmade underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2016

COMMERCIAL PROPERTY
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

a. Civil Authority

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

© Insurance Services Office, Inc., 2011

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

© Insurance Services Office, Inc., 2011

(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

## 6. Coverage Extension

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

      (1) The Net Income of the business before the direct physical loss or damage occurred;

      (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

      (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      (4) Other relevant sources of information, including:

         (a) Your financial records and accounting procedures;

         (b) Bills, invoices and other vouchers; and

         (c) Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

      (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

         (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      (2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   c. **Resumption Of Operations**

      We will reduce the amount of your:

      (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

      (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

D. **Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

   a. The Net Income (Net Profit or Loss before income taxes), and

   b. Operating expenses, including payroll expenses,

   that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $100,000 ÷ $200,000 = .50

Step **(2)**: .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

## F. Definitions

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

© Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# 360 COVERAGE MODIFICATIONS - COMMERCIAL PROPERTY

This endorsement modifies insurance provided under the following.

BUILDING AND PERSONAL PROPERTY COVERAGE PART
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE PART
CAUSES OF LOSS – SPECIAL FORM

**I. Building And Personal Property Coverage Part Modifications**

  **A.** Section **A. Coverage** is amended as follows:

    **1.** Any references to 100 feet within this Section are deleted and replaced with 1,000 feet.

    **2.** Part **1. Covered Property**, **a. Building** is amended by the addition of the following:

      **(6)** Portable classrooms, wherever located, or in transit.

    **3.** Part **1. Covered Property**, **b. Your Business Personal Property** is amended by the addition of the following:

      **(8)** Your musical instruments, band uniforms, athletic equipment, theatrical equipment, and related equipment and accessories, including similar property of others while in your care, custody and control, located anywhere in the world, including while in the course of transit.

    **4.** Part **2. Property Not Covered** is amended by the addition of the following:

      **a.** Item **b.** is deleted and replaced with the following:

        **b.** Animals, except as otherwise covered in **A. Coverage**, **5. Coverage Extensions**, **k. Animals** of this endorsement;

      **b.** Item **d.** is deleted and replaced with the following:

        **d.** Bridges, roadways, walks, patios, or other paved surfaces, except as otherwise covered in **A. Coverage**, **5. Coverage Extensions**, **j. Additional Covered Property** of this endorsement;

      **c.** Item **l.** is deleted and replaced with the following:

        **l.** Retaining walls that are not part of a building, except as otherwise covered in **A. Coverage**, **5. Coverage Extensions**, **j. Additional Covered Property** of this endorsement;

      **d.** Item **m.** is deleted and replaced with the following:

        **m.** Underground pipes, flues or drains, except as otherwise covered in **A. Coverage**, **5. Coverage Extensions**, **j. Additional Covered Property** of this endorsement;

      **e.** The following is added:

        **r.** "Computer equipment". This exclusion does not apply to the extent that coverage is provided under the Additional Coverage, "computer equipment".

    **5.** Part **4. Additional Coverages** is amended as follows:

      **a.** The following is added:

Limits for each Additional Coverage are in addition to Limits of Insurance for Covered Property shown in the Declarations.  Unless otherwise indicated, the property deductible shown in the Declarations applies to the Additional Coverages.

**b.** Item **(4)** of part **a. Debris Removal** is deleted and replaced with the following:

    **(4)** We will pay up to an additional $250,000 for debris removal expense, unless a higher limit is available and shown in the Declarations, for each location in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

        **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

        **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

    However, the most we will pay for your expense to remove debris (including trees) blown onto your premises, as shown on the Declarations, from the premises of others is $10,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**c.** Item **b. Preservation Of Property**, **(2)** is deleted and replaced with the following:

    **(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

**d.** Item **c. Fire Department Service Charge** is deleted and replaced with the following:

    **c. Fire Department Service Charge**

    When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for service at each premises described in the Declarations, unless a higher limit is available and shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

    This Additional Coverage applies to your liability for fire department service charges:

    **(1)** Assumed by contract or agreement prior to loss; or

    **(2)** Required by local ordinance.

    No Deductible applies to this Additional Coverage.

**e.** Item **d. Pollutant Clean-up And Removal** is deleted and replaced with the following:

    **d. Pollutant Clean-up And Removal**

    We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

    This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

    The most we will pay under this Additional Coverage for each described premises is $500,000 unless a higher limit is available and shown in the Declarations for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**f.** Item **(4)** of part **f. Electronic Data (4)** is deleted and replaced with the following:

(4) The most we will pay under this Additional Coverage, for loss or damage to electronic data, excluding loss resulting from virus, harmful code or similar instruction, is $100,000 unless a higher limit is available and shown in the Declarations for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved.

The most we will pay for loss resulting from virus, harmful code or similar instruction under this Additional Coverage is $25,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved.

If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**g.** The following are added:

**g. Appurtenant Structures**

We will pay for loss or damage to incidental appurtenant buildings and structures located at the described premises but not specifically described in the Declarations when such loss or damage is a result of a Covered Cause of Loss.  The most we will pay for this Additional Coverage is $100,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**h. "Audio Visual Equipment and Communication Equipment"**

We will pay for loss of or damage to "audio visual equipment and communication equipment" while located anywhere in the world, including while in the course of transit when such loss or damage is a result of a Covered Cause of Loss.  The most we will pay for this Additional Coverage is $100,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

An each loss deductible of $250 applies to this Additional Coverage.

**i. Commandeered Property**

We will pay for loss of or damage to "commandeered property" when direct physical loss or damage is caused by or results from any Covered Cause Of Loss:

The most we will pay for loss or damage under this Additional Coverage is $250,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

An each loss deductible of $250 applies to this Additional Coverage.

"Commandeered property" means personal property of others, other than automobiles, that is requisitioned with or without the consent of the property owner, while in your care, custody and control, but only when such "commandeered property" is used during a police, fire or rescue emergency to protect persons or property from injury or damage.

**j. Computer Equipment.**

We will pay for the cost to replace or restore "computer equipment" which has been destroyed damaged by a Covered Cause of Loss.

The most we will pay under this Additional Coverage, for loss or damage to "computer equipment", excluding portable "computer equipment", is $250,000 unless a higher limit is available and shown in the Declarations for all loss or damage sustained in any one

policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved.

The most we will pay for your portable "computer equipment", such as laptops, note-books, and tablets, while in transit or at a location away from your premises is $1,500 for any one portable computer, but not more than $15,000 in any one policy period.

**k. Inventory and Appraisal**

We will pay up to $20,000 in any one occurrence for your costs related to inventory and appraisal, which we require when loss or damage occurs to Covered Property, resulting from a Covered Cause of Loss, unless a higher limit is available and shown in the Declarations.

However, we will not be liable under this Additional Coverage for expenses incurred by you in utilizing the services of a public adjuster.

**l. Key/Card Coverage**

We will pay for loss or damage to, or the cost to reprogram "alternative key systems" when such loss or damage is the result of a Covered Cause of Loss.

"Alternative key systems" means electronically coded key cards, card programmers, card readers and related alarms, transceivers, power supplies and any other mechanical or electronic apparatus necessary for the proper function of electronic card keys.

Regardless of the number of claims, the most we will pay for the total of all loss or damage for this Alternative Key/Card Coverage in any one policy year is $25,000, unless a higher limit is available and shown in the Declarations.

**m. Lock Replacement**

**(1)** We will pay your necessary expense incurred to replace locks or lock cylinders only after:

    **(i)** A covered theft of property from any building or structure described in the Declarations; or

    **(ii)** Theft of a key to any building or structure described in the Declarations.

**(2)** The following additional conditions apply to lock replacement coverage:

    **(i)** You must notify us and the appropriate law enforcement authority of the theft as soon as practicable; and

    **(ii)** You must replace locks and lock cylinders within 72 hours of the discovery of the theft.

**(3)** Under this Additional Coverage, we will not pay for:

    **(i)** Disappearance of a key, or keys, without evidence of theft; or

    **(ii)** Lock replacement as respects locks or lock cylinders of any motor vehicle, motorized land vehicle, or any other building, structure, room, vault, or other property which is not a part of a building or structure described in the Declarations.

    The most we will pay under this Additional Coverage is $10,000 in any one policy year, unless a higher limit is available and shown in the Declarations.

No Deductible applies to this Additional Coverage.

**n. Money And Securities**

**(1)** We will pay for the loss of "money" and "securities" at a described premises, at a bank or savings institution prior to deposit with that institution, or in transit between any of these places and results directly from:

**(a)** Theft, meaning the unlawful taking of property to your deprivation;

**(b)** Disappearance; or

**(c)** Destruction.

**(2)** With respect to this Additional Coverage, we will not pay for loss:

**(a)** Resulting from accounting or arithmetical errors or omissions;

**(b)** Due to the giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(3)** A loss caused by one or more persons, or involving a single act or series of related acts, is considered one occurrence.

**(4)** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**(5)** In the event of loss or damage we will determine the value as follows:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(6)** "Money" means:

**(a)** Currency, coins and bank notes in current use and having a face value; and

**(b)** Travelers checks, register checks and money orders held for sale to the public.

**(7)** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or property and includes:

**(a)** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

The insurance provided by this endorsement is extended to cover "money" and "securities" used in your business that are lost, damaged, or destroyed as a result of a Covered Cause of Loss if:

**(1)** On your described premises or in a federally or state regulated savings or banking institution; or

**(2)** Away from your described premises while in transit by a person authorized by you, or within the living quarters of someone to whom you have entrusted the Covered Property.

The most we will pay under this Additional Coverage in any one occurrence is $20,000 on your premises, and $10,000 away from your premises, unless a higher limit is available and shown in the Declarations.

**o.  Recharge Of Fire Protection Equipment**

We will pay your expense to recharge your fire protection equipment:

**(1)** If you use your equipment, or the equipment automatically discharges, to protect your Covered Property as a result of a Covered Cause of Loss; or

**(2)** Due to accidental discharge.

However, we will not pay for:

**(1)** Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device, or fire fighting suppressing or controlling substance;

**(2)** Halon;

**(3)** Recharge of any device used for demonstration or testing purposes; or

**(4)** Recharge due to maintenance of any device or system.

No deductible applies to this Additional Coverage.

The most we will pay under this Additional Coverage is $10,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**p.  Reward Payments**

In the event of covered loss or damage to Covered Property we will reimburse you for a reward you have incurred leading to:

**(1)** the successful return to a law enforcement agency of undamaged stolen articles; or

**(2)** the arrest and conviction of a person(s) that has damaged or stolen your Covered Property.

This reward reimbursement must be documented and does not apply to you, your officers, partners, directors, or any family member(s) of such individuals, or any employee of a law enforcement agency or any employee of a business engaged in property protection, or any person(s) involved in the crime.

No deductible applies to this Additional Coverage.

The most we will pay under this Additional Coverage is 25% of the covered loss (prior to the application of any applicable deductible and recovery of undamaged stolen articles) up to a maximum of $15,000 unless a higher limit is available and shown in the Declarations.

**6.**  Section **A. Coverage**, **5. Coverage Extensions** is amended as follows:

**a.**  The first and second paragraphs are deleted and replaced with the following:

**Coverage Extensions**

Except as otherwise provided, the following Coverage Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.  Limits for each Coverage Extension are included in, and not in addition to, the Limits of Insurance as shown in the Declarations.

Unless otherwise indicated, the property deductible shown in the Declarations applies to the Coverage Extensions.

**b.**  Part **a. Newly Acquired Or Constructed Property** is amended as follows:

**(1)** Item **(1) Buildings** is amended to change the most we will pay for loss or damage under this Coverage Extension to $1,000,000 at each building, unless a higher limit is available and shown in the Declarations.

**(2)** Item **(2) Your Business Personal Property**, **(a)** is amended by the addition of the following:

**(iii)** Business personal property that you newly acquire, at the location described in the Declarations.

(3) Item **(2) Your Business Personal Property** is amended to change the most we will pay for loss or damage under this Coverage Extension to $1,000,000 at each building, unless a higher limit is available and shown in the Declarations.

(4) Item **(3) Period Of Coverage, (b)** is deleted and replaced with the following:

    **(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**c.** Part **b. Personal Effects And Property Of Others** is deleted and replaced with the following:

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or your employees, including volunteers and individuals as volunteers, that are located on a premises you own or occupy and while those employees or volunteers are acting within the scope of their duties for you.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Coverage Extension is $1,500 for the personal effects or personal property of any one employee or volunteer or $50,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

However, no coverage will be afforded for loss or damage caused by theft to personal effects from an unattended automobile unless:

**(1)** the automobile is equipped with a fully enclosed body or compartment; and

**(2)** the loss is a direct result of forcible entry (of which there is visible evidence) into a fully enclosed body, the doors and windows of which shall have been securely locked, or from a compartment which shall have been locked.

**d.** Part **c. Valuable Papers And Records (Other Than Electronic Data)** is deleted and replaced with the following:

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to research, replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Coverage Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

However, if such property is located in or on loan from your libraries, we will not pay for:

    **(a)** Loss or damage to property away from your premises while in the care, custody or control of any borrower or renter.

    **(b)** Loss or damage caused by or resulting from:

        **(i)** Failure of any borrower or renter to return the property to you;

        **(ii)** Vandalism or mutilation by anyone using the property within your premises; or

        **(iii)** Unexplained disappearance.

**(2)** Coverage under this Coverage Extension includes Collapse as set forth in the Causes Of Loss form.

**(3)** Under this Coverage Extension, the most we will pay to research, replace or restore the lost information is $100,000 at each described premises, unless a higher limit is available and shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**e.** Part **d. Property Off-premises** is amended to change the most we will pay for loss or damage under this Coverage Extension is $50,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**f.** Part **e. Outdoor Property** is deleted and replaced with the following:

   **e. Outdoor Property**

   **(1)** You may extend the insurance provided by this Coverage Form to apply to your outdoor property, if no other provision of this policy applies, caused by or resulting from any Covered Causes of Loss.

   The most we will pay for loss or damage under this Coverage Extension, item **(1)**, is $100,000 unless a higher limit is available and shown in the Declarations. This limit applies to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

   **(2)** You may extend the insurance provided by this Coverage Form to apply to your sod, trees, shrubs and plants (other than sod, trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

     **(a)** Fire;

     **(b)** Lightning;

     **(c)** Explosion;

     **(d)** Riot or Civil Commotion; or

     **(e)** Aircraft.

   The most we will pay for loss or damage under this Coverage Extension, item **(2)**, is $10,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence, unless a higher limit is available and shown in the Declarations.

   Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**g.** Part **f. Non-owned Detached Trailers** is amended to change the most we will pay for loss or damage under this Coverage Extension to $20,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**h.** The following are added:

   **h. Accidental Classroom Chemical Spills**

   You may extend the insurance provided by your Covered Property to include your expense to clean up accidental classroom chemical spills. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which such accidental chemical spill occurs.

   This Coverage Extension does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of clean up of the accidental classroom chemical spill.

   The most we will pay under this Coverage Extension for each described premises is $50,000 for the sum of all covered expenses arising out of accidental classroom chemical spills occurring during each separate 12 month period of this policy.

   **i. Accounts Receivable Records**

**(1)** You may extend the insurance provided by Your Business Personal Property to apply to your accounts receivable records.  Accounts receivable records will be limited to:

   **(a)** All amounts due from your customers that you are unable to collect;

   **(b)** Interest charges on any loans required to offset amounts you are unable to collect pending our payment of these amounts;

   **(c)** Reasonable collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

   **(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

**(2)** This Coverage Extension does not apply to:

   **(a)** Bookkeeping, accounting or billing errors or omissions; or

   **(b)** Loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

The most we will pay for loss or damage under this Coverage Extension is $100,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**(3)** Accounts receivable loss payment will be determined as follows:

   **(a)** When there is proof that a loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the amount of the loss will be based on your latest monthly statements and will be computed as follows:

      **(i)** Determine the amount of all outstanding accounts receivable at the end of the same fiscal month in the year immediately preceding the year in which the loss occurs;

      **(ii)** Calculate the percentage of increase or decrease in your gross sales of goods and services for the 12 fiscal months immediately preceding the month in which the loss occurred against the 12 months prior to the period determined in step **(a)**;

      **(iii)** The total amount of accounts receivable as of the last day of the fiscal month in which the loss occurs will be the amount determined in step **(a)** increased or decreased by the percentage determined in step **(b)**; and

      **(iv)** The established monthly amount of accounts receivable will be adjusted for the normal fluctuation in the amount of accounts receivable in the fiscal month in which the loss occurs;

   **(b)** We will deduct from the established total amount of accounts receivable:

      **(i)** The amount of any accounts evidenced by records not lost or damaged;

      **(ii)** Any other amounts you are able to establish or collect; and

      **(iii)** An amount to allow for probable bad debts which you normally would have been unable to collect;

   **(c)** If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss.  You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

**j.  Additional Covered Property**

**(1)** You may extend the insurance provided by your Covered Property to include your underground property consisting of pipes, flues, drains, tanks, or pilings located at the premises described in the Declarations.

Coverage includes the cost to excavate such underground or buried pipes, flues, drains, tanks, or pilings during repair or replacement.

**(2)** You may extend the insurance provided by your Covered Property to include your roadways, walks, patios, running tracks, parking lots or other paved surfaces, bridges, playgrounds and athletic fields both artificial and natural turf  located at the premises described in the Declarations

We will not pay for loss or damage caused by or resulting from freezing or thawing, nor from flood or earth movement, if such causes of loss are otherwise provided in this policy.

Natural turf athletic fields will be covered solely as respects loss or damage by a "specified cause of loss".

The most we will pay for loss or damage under this Coverage Extension for the total of items **(1)** and **(2)** above is $250,000.  This limit applies to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**(3)** You may extend the insurance provided by your Covered Property to include "penstock".

"Penstock" means a conduit constructed of manmade materials built for the purpose of conveying water to a hydroturbine.  "Penstock" does not include tunnels, canals, aqueducts or similar excavations.

The most we will pay for loss or damage to "penstock" is $100,000 in any one policy period.

**(4)** You may extend the insurance provided by your Covered Property to include "SCADA" upgrades.

Covered "SCADA" upgrades under this Coverage Extension include:

**(a)** The cost to upgrade to wireless systems;

**(b)** The cost to upgrade to ENERGY STAR certified systems;

**(c)** The cost to replace undamaged telemetry units with units compatible with new control system.

The following costs are excluded under this Coverage Extension:

**(a)** Security cameras;

**(b)** Replacement of undamaged sensors;

**(c)** The cost to move permanently installed undamaged equipment;

**(d)** Any property or cost covered elsewhere in this policy.

"SCADA" means the Supervisory Control And Data Acquisition system used in water and wastewater treatment and distribution  to monitor leaks, waterflow, water analysis, and other measurable items necessary to maintain operations.

The most we will pay for loss or damage under this Coverage Extension for the total of all costs attributable to "SCADA" upgrades is $100,000 in any one policy period, unless a higher limit is available and shown in the Declarations. In the event of covered direct physical loss or damage, we will determine the amount payable for the total of all costs attributable to "SCADA" upgrades as follows:

**(a)** Determine the amount otherwise payable for scheduled "SCADA" system due to the covered direct physical loss or damage in accordance with the terms of this policy, excluding any increased cost attributable to the coverage that would be provided under this Coverage Extension.

(b) Add the amount of the applicable Deductible to the amount determined in **(a)** above, and multiply the sum by the 25%;

(c) We will pay the least of the following amounts for the total of all costs attributable to "SCADA" upgrades:

    **i.** The actual cost of covered "SCADA" upgrades as determined in accordance with all applicable provisions of this Coverage Extension;

    **ii.** The amount determined in Paragraph **(b)** above;

    **iii.** $100,000, unless a higher limit is available and shown in the Declarations.

**k. Animals**

**(1)** You may extend the insurance provided by Your Business Personal Property to apply to the accidental death or necessary humane destruction of service animals used in your operations, caused by or resulting from the any of the following Causes of Loss:

    **(a)** Fire, lightning, windstorm, hail (except snowstorm, blizzard, freezing or smothering), explosion, riot, riot during a strike, civil commotion, smoke, aircraft, watercraft and falling objects;

    **(b)** Earthquake, earth movement, mudslide, mudflow, drowning or other water related causes, total or partial collapse of any buildings or other physical structures;

    **(c)** Accident to any type of conveyances that are transporting the animal(s);

    **(d)** Being hit or run over by an automobile or other vehicle, not owned or operated by you or your employee;

    **(e)** Attack by another animal;

    **(f)** Gunshot or stabbing, except when inflicted by you or your employee;

    **(g)** Being hit by any other object, except when inflicted by you or your employee;

    **(h)** Breaking into your kennel or other place where your animal(s) may be kept, or into a conveyance in which they are being transported.  There must be visible signs of break-in;

    **(i)** Theft when on exhibition at any show, trial or otherwise, provided the animal(s) are constantly in the charge of an attendant or watchman; or

    **(j)** Poisoning except by you or your employee.

**(2)** As used in this Coverage Extension, service animal means:

    **(a)** Police dogs or police horses;

    **(b)** Search and rescue dogs;

    **(c)** Other service animals, such as guide dogs, signal dogs or other animals that have been individually trained to perform a specific task for individuals who have disabilities.

**(3)** Your service animals are covered while located within the coverage territory of this policy.

The most we will pay per animal in any one occurrence is $10,000.  The most we will pay for the total of all covered loss to animals is $50,000 during each separate 12 month period of this policy.  These limits are in addition to the Limits of Insurance for Covered Property shown in the Declarations.

**l. Changes In Temperature Or Humidity**

When direct physical loss or damage which results from physical damage by a Covered Cause of Loss occurs to Your Business Personal Property, we will extend the insurance that applies to Your Business Personal Property to ensuing loss or damage by changes in temperature or humidity. This Coverage Extension does not apply to "perishable goods".

The most we will pay under this Coverage Extension is $50,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**m. Course Of Construction**

**(1) Building**

If this policy covers Buildings, you may extend this insurance to apply to Buildings under Construction, while in the course of construction, at locations other than the described premises, including:

**(a)** Foundations;

**(b)** Fixtures and machinery;

**(c)** Equipment used to service the building; and,

**(d)** Cribbing, scaffolding, and construction forms.

The most we will pay for loss or damage under this Coverage Extension is $25,000 for each building under construction, and $100,000 in any one policy year, regardless of the number of premises, locations, or buildings involved. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.

**(2) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Buildings under Construction, coverage will end when one of the following first occurs:

**(a)** The policy expires or is cancelled.

**(b)** Your interest in the property ceases.

**(c)** You abandon the construction with no intention to complete it.

**(d)** 30 days after the building is occupied in whole or in part, or put to its intended use.

**(e)** 30 days after construction is complete.

**(f)** You report the values to us.

We will charge you additional premium for values reported, from the date you begin construction of that part of the building that would qualify as covered property.

**n. Electrical Damage**

You may extend the insurance provided by Your Business Personal Property to include loss or damage to electrical equipment caused by electricity other than electrical arcing and lightning.

The most we will pay under this Coverage Extension is $50,000 in any one occurrence.

**o. Fine Arts**

You may extend the insurance provided by Your Business Personal Property to apply to your fine arts at the described premises. Fine arts means antiques, rare articles, and other works of art of every nature and description, including etchings, drawings, pictures, sculptures, statuary, marbles, bronzes, porcelains, bric-a-brac and other items of historical value or artistic merit that you own or are in your care, custody or control.

The most we will pay for loss or damage under this Coverage Extension is $100,000 in any one occurrence, unless a higher limit is available and shown in the Declarations. Fine arts will be valued at market value at time of loss or damage.

**p. Fraud and Deceit**

You may extend the insurance provided by your Business Personal Property to include theft of Covered Property when you, your agents, customers or consignees are fraudulently induced to part with the Covered Property:

**(1)** By persons who falsely represent themselves as the proper persons to receive the property; or

**(2)** By acceptance of fraudulent shipping documents.

With respect to the insurance provided by this Coverage Extension, Covered Property does not include "money" and "securities".

**q. Glass Display Or Trophy Cases**

You may extend the insurance provided by your Covered Property to include loss or damage to glass display or trophy cases.

The most we will pay for loss or damage under this Coverage Extension is $5,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

An each loss deductible of $500 applies.

**r. Off-premises Utility Failure**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property caused by the interruption of service to the described premises which results from direct physical loss of or damage, by a Covered Cause of Loss, to the following services not on the described premises:

**(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the described premises, such as:

**(a)** Communication transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

This will not include overhead transmission lines unless otherwise indicated in the Declarations for such Coverage Extension.

**(3)** Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to each described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

This will not include overhead transmission lines unless otherwise indicated in the Declarations for such Coverage Extension.

As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

The most we will pay for loss or damage under this Coverage Extension is $100,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**s. Retaining Walls**

You may extend the insurance provided by your Covered Property to include retaining walls that are not a part of a building, located at each described premises.

The most we will pay for loss or damage under this Coverage Extension is $5,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**t. Salesperson's Samples**

You may extend the insurance provided by Your Business Personal Property to apply to property used only for sample purposes that is in the care, custody, and control of any salesperson, located anywhere within the coverage territory.

The most we will pay for loss or damage under this Coverage Extension is $10,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**u. Undamaged Leasehold Improvements**

If your lease is canceled in accordance with a valid lease provision as the result of direct physical loss or damage by a Covered Cause of Loss to property at the location in which you are a tenant, and you cannot legally remove your Tenants Improvements and Betterments, we will extend Your Business Personal Property coverage to apply to the unamortized value of such Tenants Improvements and Betterments.

The most we will pay for loss or damage under this Coverage Extension is $50,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**v. Underground Fiber Optic Cable**

You may extend the insurance provided by your Covered Property to include underground fiber optic cable located within your municipality's limits and owned by you, or leased by you from others and for which you are contractually required to obtain property damage insurance.

Coverage includes the cost to excavate such underground fiber optic cable during repair or replacement.

The most we will pay for loss or damage to Covered Property is $10,000. This limit applies to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence. The most we will pay for all loss occurring during each separate 12 month period of this policy is $50,000.

**B.** Section **C. Limits Of Insurance** is deleted and replaced with the following:

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $5,000 per sign in any one occurrence.

**C.** Section **E. Loss Conditions** is amended as follows:

1. Part **6. Vacancy**, item **b. Vacancy Provisions** is amended to change the number of consecutive days to 180.

2. Part **7. Valuation** is amended as follows:

   **a.** Item a. is deleted and replaced with the following:

       **a.** At actual cash value as of the time of loss or damage, except as provided in **b.** through **g.** below.

   **b.** The following are added:

       **f.** Labor, materials, and services that you furnish or arrange on property of others are valued based on the actual cost of the labor, materials, and services.

The following are added:

8. **Consequential Damages**

   We will pay for consequential damages resulting from a partial loss by a Covered Cause of Loss to your Covered Property.

   Consequential damages means the loss of value of a part or parts of your product that are not physically damaged and are unmarketable as a complete product.

9. **Pair or Sets**

   We will pay for loss or damage to a Pair or Set.

   In case of loss to any part of a pair or set we may:

   **a.** Repair or replace any part to restore the pair or set to its value before the loss; or

   **b.** Pay the difference between the value of the pair or set before and after the loss.

D. Section **H. Definitions** is amended by the addition of the following:

   4. "Audio visual equipment and communication equipment" means:

      **a.** Projectors, VCR and DVD player/recorders, video conferencing equipment, video cameras, cameras, palm tops, smart boards and similar or related equipment; and

      **b.** Communication equipment including but not limited to telephone equipment, cell phones, facsimile transmission equipment, and radio equipment

   5. "Computer equipment" means:

      **a.** Your programmable electronic equipment that is used to store, retrieve and process data. It includes their component parts and air conditioning, fire suppression equipment and electrical equipment used exclusively in your computer operations; and

      **b.** Associated peripheral equipment that provides communication including input and output functions such as printing or auxiliary functions such as data transmission.

      "Computer equipment" does not mean electronic data.

   6. "Money" means:

      **a.** Currency, coins and bank notes in current use and having a face value; and

      **b.** Travelers checks, register checks and money orders held for sale to the public.

   7. "Securities" means: negotiable and non-negotiable instruments or contracts representing either "money" or property and includes:

      **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

      **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

      but does not include "money".

## II. Causes Of Loss Modifications

**A.** Section **B. Exclusions** is amended as follows:

**1.** Part **1.** Item **g.(3)** is deleted.

**2.** Item **a.**, of part **4. Special Exclusions** is amended by the addition of the following:

**(6)** Any loss caused by or resulting from the failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power, communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

This exclusion does not apply to the extent that coverage is provided herein in Coverage Extensions, Off-premises Utility Failure of the Business Income (and Extra Expense) Coverage Form.

**B.** Section **C. Limitations**, is amended as follows:

**1.** Item **2.c.(1)** is deleted and replaced with the following:

However, this limitation does not apply:

**(1)** If the property is located on or within 1000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**2.** Item **3. Furs, Jewelry, Stamps and Other Specified Items** is deleted and replaced with the following:

**3. Furs, Jewelry, Stamps and Other Specified Items**

The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence unless higher limits are available and shown in the Declarations.

The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $2,500 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

The most we will pay in any one occurrence is $10,000 unless a higher limit is available and shown in the Declarations.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

**C.** Item **3. Of Section E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**, is deleted and replaced with the following:

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000 unless a higher limit is available and shown in the Declarations. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12 month period (starting with the beginning of the present annual policy period).

With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**D.** Section **F. Additional Coverage Extensions** is amended as follows:

1. Item **1. Property In Transit** is deleted and replaced with the following:

   **1. Property In Transit**

   This Coverage Extension applies only to your personal property to which this form applies.

   **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   **b.** Loss or damage must be caused by or result from:

      **(1)** A Covered Cause Of Loss.

      **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   **c.** The most we will pay for loss or damage under this Coverage Extension is $50,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.

2. The following are added:

   **4. Accumulation of Surface Water**

   We will pay for direct physical loss or damage due to water that accumulates on the surface of the ground at the described premises as a result of rain, snow, sleet or hail.

   The most we will pay for coverage under this Coverage Extension is $25,000 in any one occurrence.

   **5. Spoilage**

   We will pay for loss of or damage to your "perishable goods", caused by a power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

   **a.** The following Exclusions are applicable to this Additional Coverage Extension:

      **(1)** Earth Movement;

      **(2)** Governmental Action;

      **(3)** Nuclear Hazard;

      **(4)** War And Military Action; and

      **(5)** Water.

In addition, we will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**(3)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(a)** Lack of fuel; or

**(b)** Governmental order.

**(4)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**b.** The most we will pay for loss or damage under this Coverage Extension is $25,000 in any one occurrence, unless a higher limit is available and shown in the Declarations.

**E.** Section **G. Definitions** is amended by the addition of the following:

"Perishable Goods" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

## III. Business Income (And Extra Expense) Coverage Part Modifications

**A.** Section **A. Coverage** is amended as follows:

**1.** Any references to 100 feet within this Section are deleted and replaced with 1,000 feet.

**2.** Part **5. Additional Coverages** is amended as follows:

**a.** Item **(1)(b)(ii)** of part **c. Extended Business Income** is deleted and replaced with the following:

**(ii)** 180 consecutive days after the date determined in **(1)(a)** above.

**b.** Item **(2)(b)(ii)** of part **c. Extended Business Income** is deleted and replaced with the following:

**(ii)** 180 consecutive days after the date determined in **(2)(a)** above.

**c.** Item **c. Extended Business Income** is amended to add the following:

**(3) Tuition**

We will pay for the actual loss of Business Income you incur during the school term following the date the property is actually repaired, rebuilt or replaced, if that date is 180 days or less before the scheduled opening of the next school term. Loss of Business Income must be due to direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

**d.** Item **(4)** of part **d. Interruption Of Computer Operations** is deleted and replaced with the following:

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $10,000, unless a higher limit is available and shown in the Declarations, for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**3.** Part **6. Coverage Extension** is deleted and replaced with the following:

**6. Coverage Extensions**

Unless otherwise indicated, limits for each Coverage Extension are included in, and not in addition to, the Limits of Insurance as shown in the Declarations.

The Additional Condition, Coinsurance, does not apply to these Coverage Extensions.

**a. Dependent Property**

We will pay for the actual loss of your Business Income caused by or resulting from:

**(1)** The necessary "suspension" of your "operations" during the "period of restoration"; and

**(2)** Direct physical loss or damage by a Covered Cause of Loss to your dependent property.

Dependent Property means property operated by others which you depend on to:

**(1)** Deliver materials or services to you, or to others for your account (Contributing Locations).  These services shall not include water, communication, or power supply services;

**(2)** Accept your products or services (Recipient Locations);

**(3)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

**(4)** Attract customers to your business (Leader Locations).

The most we will pay for loss or damage under this Coverage Extension is $100,000, unless a higher limit is available and shown in the Declarations.

**b. Ingress Or Egress**

**(1)** You may extend the insurance provided by this Coverage Form for:

**(a)** The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

**(b)** The actual Extra Expense you incur during the "period of restoration";

To apply to the actual amount of such loss of Business Income and Extra Expense that you incur when ingress to or egress from the described premises is prevented (other than as provided in the Civil Authority Additional Coverage).

**(2)** The prevention of ingress to or egress from the described premises must be caused by direct physical loss or damage by a Covered Cause of Loss to property that is away from, but within 1 mile of the described premises, unless a different number of miles is shown in the Declarations. This coverage will apply for up to 30 consecutive days from the date when the ingress or egress is first prevented.

**(3)** The most we will pay under this Coverage Extension for the sum of Business Income loss and Extra Expense incurred in any one occurrence is $25,000, unless a higher limit is available and shown in the Declarations.

**c. Lease Cancellation Moving Expense**

Extra Expense coverage is extended to include any moving expenses incurred by you that result from the cancellation of a lease at your premises described in the Declarations, provided that such lease cancellation occurs as a result of direct physical loss or damage to such premises by a Covered Cause of Loss.

The most we will pay for loss or damage under this Coverage Extension is $5,000, unless a higher limit is available and shown in the Declarations.

**d. Newly Acquired Locations**

**(1)** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**(2)** The most we will pay under this Coverage Extension, for the sum of Business Income loss and Extra Expense incurred, is $500,000 at each location, unless a higher limit is available and shown in the Declarations.

**(3)** Insurance under this Coverage Extension for each newly acquired location will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire or begin to construct the property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**e. Off-premises Utility Failure**

We will pay for the actual loss of your Business Income and Extra Expense caused by or resulting from:

**(1)** The necessary "suspension" of your "operations" during the period of "restoration":

**(2)** Direct physical loss or damage by a Covered Cause of Loss to property not on your premises but used to supply you with services by the following utilities:

**(a)** Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

**(i)** Pumping stations; and

**(ii)** Water mains.

**(b)** Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

**(i)** Communication transmission lines;

**(ii)** Coaxial cables; and

**(iii)** Microwave radio relays, except satellites.

This will not include overhead transmission lines unless otherwise indicated in the Declarations for such Coverage Extension.

**(c)** Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

      **(i)** Utility generating plants;

      **(ii)** Switching stations;

      **(iii)** Substations;

      **(iv)** Transformers; and

      **(v)** Transmission lines.

      This will not include overhead transmission lines unless otherwise indicated in the Declarations for such Coverage Extension.

      As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

The most we will pay is $50,000, unless a different limit is available and shown in the Declarations, for loss you incur after the first 24 hours following direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above.

**f.  Pollutant Clean-up And Removal**

  **(1)** You may extend the insurance provided by this Coverage Form for:

    **(a)** The actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration"; and

    **(b)** The actual Extra Expense you incur during the "period of restoration";

    to apply to the actual amount of such loss of Business Income and Extra Expense that you incur during the increased period of time necessarily required to extract "pollutants" from land or water at the described premises.

  **(2)** The insurance provided under this Coverage Extension applies only if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" into the land or water is caused by or results from direct physical loss or damage by a Covered Cause of Loss:

    **(a)** To property at a described premises; and

    **(b)** Occurs during the Policy Period.

  **(3)** The most we will pay under this Coverage Extension for the sum of Business Income loss and Extra Expense incurred arising out of all Covered Causes of Loss occurring during each separate 12 month period of this policy is $25,000, unless a higher limit is available and shown in the Declarations. The limit for this Coverage Extension is in addition to the Limits of Insurance for Covered Property shown in the Declarations.

**B.** Section **B. Limits Of Insurance** is deleted and replaced with the following:

**B.  Limits Of Insurance**

Unless otherwise indicated, the most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Civil Authority;

**2.** Extra Expense; or

**3.** Extended Business Income.

**C.** Section **E. Optional Coverages** is amended as follows:

Part **4. Extended Period Of Indemnity** is deleted and replaced with the following:

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 180 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**D.** Item **3.a(1)** of Section **F.  Definitions** is amended to add the following:

If a different time period is available, it will be shown in the Declarations.


ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

POLICY NUMBER: PE-4640484-01

**COMMERCIAL PROPERTY**
CP 04 05 09 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Building Number/ Premises Number | Coverage A | Coverage B Limit Of Insurance | Coverage C Limit Of Insurance | Coverages B And C Combined Limit Of Insurance |
|---|---|---|---|---|
| All / All | [X] | $ 1,000,000 | $ 1,000,000 | $ * |
| / | [ ] | $ | $ | $ * |
| / | [ ] | $ | $ | $ * |

| Post-Loss Ordinance Or Law Option:   Yes [ ]   No [X] |
|---|

| *Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable. |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Each Coverage – Coverage **A,** Coverage **B** and Coverage **C** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement applies with respect to an ordinance or law that regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises, subject to the following:

**1.** The requirements of the ordinance or law are in force at the time of loss. But if the Post-Loss Ordinance Or Law Option is indicated in the Schedule as being applicable, then Paragraph **B.2.** applies instead of this Paragraph **B.1.**

**2.** The requirements of the ordinance or law are in force at the time of loss; or the ordinance or law is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

**3.** Coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

 © Insurance Services Office, Inc., 2016

4. Coverage under this endorsement applies only if:

   **a.** The building sustains only direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

   **b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

However, there is no coverage under this endorsement if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, even if the building has also sustained covered direct physical damage.

5. If coverage applies under this endorsement based on the terms of Paragraph **B.4.b.,** we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Paragraph **F.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

6. We will not pay under this endorsement for:

   **a.** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **b.** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

7. We will not pay under this endorsement for any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

**C. Coverage**

  **1. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. Coverage **A** does not increase the Limit of Insurance.

  **2. Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

  **3. Coverage C – Increased Cost Of Construction Coverage**

   **a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

    **(1)** Repair or reconstruct damaged portions of that building; and/or

    **(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

   However:

    **(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with Paragraph **C.3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in Paragraph **C.3.a.:**

(1) The cost of excavations, grading, backfilling and filling;

(2) Foundation of the building;

(3) Pilings; and

(4) Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **3.b.**

## D. Loss Payment

**1.** All following loss payment provisions, **D.2.** through **D.5.,** are subject to the apportionment procedures set forth in Paragraph **B.5.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**a.** If the Replacement Cost Coverage Option applies and such building is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(1) The amount you would actually spend to repair, rebuild or reconstruct such building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**b.** If the Replacement Cost Coverage Option applies and such building is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

(1) The actual cash value of such building at the time of loss; or

(2) The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**3.** Unless Paragraph **D.5.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit Of Insurance shown for Coverage **B** in the Schedule.

4. Unless Paragraph **D.5.** applies, loss payment under Coverage **C** – Increased Cost Of Construction Coverage will be determined as follows:

   **a.** We will not pay under Coverage **C**:

      **(1)** Until the building is actually repaired or replaced, at the same or another premises; and

      **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   **b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

      **(1)** The increased cost of construction at the same premises; or

      **(2)** The applicable Limit Of Insurance shown for Coverage **C** in the Schedule.

   **c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

      **(1)** The increased cost of construction at the new premises; or

      **(2)** The applicable Limit Of Insurance shown for Coverage **C** in the Schedule.

5. If a Combined Limit Of Insurance is shown for Coverages **B** and **C** in the Schedule, Paragraphs **D.3.** and **D.4.** do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit Of Insurance shown for Coverages **B** and **C** in the Schedule. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   **a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   **b.** With respect to the Increased Cost of Construction:

      **(1)** We will not pay for the increased cost of construction:

         **(a)** Until the building is actually repaired or replaced, at the same or another premises; and

         **(b)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      **(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

      **(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**E.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**F.** Example of proportionate loss payment for Ordinance Or Law Coverage Losses (procedure as set forth in Paragraph **B.5.**).

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

**Step 1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

**Step 2:** Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

 © Insurance Services Office, Inc., 2016

**G.** The following definition is added:

"Fungus" means any type or form of fungus, in-
cluding mold or mildew, and any mycotoxins,
spores, scents or by-products produced or re-
leased by fungi.

 © Insurance Services Office, Inc., 2016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** The following is added as an Additional Coverage to the Causes of Loss – Special Form.

**Additional Coverage – "Equipment Breakdown"**

The term Covered Cause of Loss includes the Additional Coverage "Equipment Breakdown" as described and limited below.

**1.** We will pay for direct physical loss or damage to Covered Property at the premises shown in the Declarations caused by or resulting from an "Equipment Breakdown".

"Equipment Breakdown" loss or damage must be caused by, resulting from, or consisting of:

**a.** Mechanical breakdown;

**b.** Electrical or electronic breakdown and "electronic equipment deficiency";

**c.** Rupture, bursting, bulging, implosion, or steam explosion; or

**d.** Artificially generated electrical current, including electrical arcing, that disturbs electrical devices, appliances or wires.

If covered electrical equipment requires drying out as a result of flood, we will pay for the direct expenses of such drying out.

**2.** "Equipment Breakdown" does not include:

**a.** Physical loss or damage caused by or resulting from any of the following:

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

**(6)** Any accident, loss, damage, cost, claim or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of "electronic data" by any computer system including any hardware, programs or software; or

**(7)** Marring or scratching.

However, if loss or damage not otherwise excluded results, then we pay for such resulting damage.

**b.** Any loss, damage cost or expense directly caused by, contributed to by, resulting from or arising out of the following Covered Causes of Loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

3. The following coverages also apply for loss resulting from an "Equipment Breakdown." These coverages are part of and not in addition to the Limits of Insurance shown in the Schedule.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay for the reasonable extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or permanent replacement.

**b. Pollutant Clean Up and Removal**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, which is addressed in **i.** below.

As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage is $250,000 unless a higher limit is available and shown in the Schedule.

**c. Spoilage**

**(1)** We will pay:

**(a)** For physical damage to "perishable goods" due to spoilage;

**(b)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods at the time of the "Equipment Breakdown", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition of this policy.

The most we will pay for loss, damage or expense under this coverage is $250,000 unless a higher limit is available and shown in the Schedule.

**d. Computer Equipment**

We will pay for loss, damage or expense caused by or resulting from an "Equipment Breakdown" to "computer equipment."

**e. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore the lost "electronic data".

The most we will pay for loss, damage or expense under this coverage is $100,000.

**f. Service Interruption**

Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, "cloud computing" or data transmission. The equipment must meet the definition of an "Equipment Breakdown" except that it is not Covered Property.

The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense, Data Restoration or Spoilage.

**g. Business Income, Extra Expense and Tuition & Fees**

Any insurance provided under this coverage part for Business Income or Extra Expense or is extended to the coverage provided by this endorsement. The most we will pay for loss of Business Income you sustain or necessary Extra Expense you incur is the limit shown in the Schedule for that coverage.

**h. Demolition and ICC (Increased Cost of Construction)**

If an "Equipment Breakdown" to Covered Property damages a building that is Covered Property and the loss is increased by enforcement of any ordinance or law in force at the time of the "Equipment Breakdown" that regulates the construction or repair of buildings, or establishes zoning or land use requirements, we will pay for the following additional costs to comply with such ordinance or law:

**(1)** Your actual expenditures for the cost to demolish and clear the site of undamaged parts.

**(2)** Your actual expenditures for increased costs to repair, rebuild or construct the building. If the building is repaired or rebuilt, it must be intended for similar use or occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

**(3)** Your loss as described in Business Income or Extra Expense if shown as covered, caused by loss covered in **(1)** or **(2)** above.

We will not pay for:

**(4)** Any fine;

**(5)** Any liability to a third party;

**(6)** Any increase in loss due to a "hazardous substance"; or

**(7)** Increased construction costs until the building is repaired or replaced.

The most we will pay for loss or damage under this coverage is $500,000. No other ordinance or law coverages will apply to this Equipment Breakdown Coverage.

**i. Refrigeration Contamination**

**(1)** We will pay for loss to "perishable goods" due to contamination by refrigerant used in refrigerating, cooling or humidity control equipment.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "Equipment Breakdown," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition of this policy.

The most we will pay for loss, damage or expense under this coverage is $250,000 unless a higher limit is available and shown in the Schedule.

**j. CFC Refrigerants**

We will pay for the additional costs to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

As used in this coverage, additional costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved.

We also pay for additional loss, as described under the Spoilage or Business Income coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following:

    **(1)** The cost to repair the damaged property and replace any lost CFC refrigerant;

    **(2)** The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

    **(3)** The cost to replace the system with one using a non-CFC refrigerant.

**k. Temperature Fluctuation**

We will pay for loss of "perishable goods" caused by or resulting from any condition or event to Covered Property that can be resolved by calibrating, resetting, tightening, adjusting or cleaning.

However, we will not pay for loss of "perishable goods" as a result of resetting the power supply to the Covered Property containing the "perishable goods".

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain or necessary Extra Expense you incur is $5,000.

**l. Unauthorized Instruction**

We will pay for loss or damage to your "computer equipment" caused by an "unauthorized instruction" which results in an "Equipment Breakdown".

**m. Risk Improvement**

If Covered Property suffers direct physical loss or damage due to an "Equipment Breakdown", we will pay for the insured to improve the "power quality" of the electrical system or equipment at the loss location where the "Equipment Breakdown" occurred.

We will pay the reasonable extra cost to improve "power quality" for the following electrical systems and/or equipment improvements:

    **(1)** Installation of surge protection devices (SPD's) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification

    However, SPD's do not include and SPD's which are cord-connected surg strips, direct plug-in SPD's or receptacle SPD's;

    **(2)** An upgrade or replacement of; electrical panels, switchgear or circuit breakers; or

    **(3)** Electrical wire and wiring improvements which include installation of; flexible conduit, junction boxes or ground wiring.

We will not pay more than 10%, to a maximum limit of $10,000, of the loss amount paid. An invoice for implementation must be sent to us within 180 Days after the payment of the loss is received.

**n. Off-Premises Coverage**

We will pay for loss or damage to Covered Property while temporarily at a premises that is not the premises shown in the Declarations.

The most we will pay for loss, damage or expense under this coverage is $25,000.

**o. Ice Rink Buried Vessels and Piping**

    **(1)** We will pay for loss or damage to buried vessels or piping that are part of an ice rink refrigeration and under floor heating system.

    **(2)** We will also pay the cost to excavate vessels or piping that are part of an ice rink refrigeration and under floor heating system when loss or damage results from an "Equipment Breakdown" to Covered Property.

    **(3)** The most we will pay for loss or damage for the buried vessel or piping, including actual loss of Business Income you sustain or necessary Extra Expense you incur is $250,000.

(4) The most we will pay for excavation costs under this coverage is $50,000. This limit is in addition to the limit stated in **(3)** above.

(5) As used in this coverage, Covered Property includes vessels or piping that are part of an ice rink refrigeration and under floor heating system that are buried belowground and require the excavation of materials to inspect, remove, repair or replace.

## 4. EXCLUSIONS

All exclusions in the Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage, Equipment Breakdown.

**a.** As respects this endorsement only, the last paragraph of Exclusion **B.2.a.** is deleted and replaced with the following:

But if an "Equipment Breakdown" results, we will pay for the loss or damage caused by that "Equipment Breakdown".

**b.** As respects this endorsement only, Exclusion **B.2.d.(6)** and **B.2.e** do not apply.

**c.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from your failure to use all reasonable means to protect Covered Property from damage following an "Equipment Breakdown".

**d.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

(1) Loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

(2) Any increase in loss resulting from an agreement between you and your customer or supplier.

**e.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "Equipment Breakdown": Any mold, "fungus", mildew or yeast, including any spores or toxins produced by or emanating from such mold, "fungus", mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, "fungus", mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under Spoilage coverage.

## 5. LIMITATIONS

As respects this endorsement only, Limitations **C.1.a.** and **C.1.b** do not apply.

## 6. DEFINITIONS

The following are added to **G. DEFINITIONS**

**a.** "Cloud computing" means on-demand network access to a shared pool of computing resources via networks, servers, storage, applications and services provided by an organization with whom you have a contract with using the following service models: Software as a Service (Saas), Platform as a Service (Paas) and Infrastructure as a Service (IaaS) on the following deployment models: public cloud, community cloud, hybrid cloud and private cloud.

**b.** "Computer equipment" means:

(1) Your programmable electronic equipment that is used to store, retrieve and process data. It includes their component parts and air conditioning, fire suppression equipment and electrical equipment used exclusively in your computer operations; and

(2) Associated peripheral equipment that provides communication including input and output functions such as printing or auxiliary functions such as data transmission.

"Computer equipment" does not mean electronic data.

c. "Electronic equipment" means devices which operate using many small electrical parts such as, but not limited to, microchips, transistors or circuits.

d. "Electronic equipment deficiency" means the quality or condition inside of "electronic equipment" which renders this equipment unexpectedly inoperable and which is operable again once a piece of "electronic equipment" has been replaced.

However, "electronic equipment deficiency" does not include replacement of "electronic equipment" for any condition that could have been resolved without replacement of the "electronic equipment" including but not limited to "computer equipment" maintenance or the reinstallation or incompatibility of software.

e. "Equipment Breakdown" means:

(1) Physical loss or damage, both originating within:

(a) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure of contents, excluding:

(i) Waste disposal piping;

(ii) Any piping forming part of a fire protective system;

(iii) Furnaces; and

(iv) Any water piping other than:

1) Boiler feed water piping between the feed pump and the boiler;

2) Boiler condensate return piping; or

3) Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

(2) All mechanical, electrical, "electronic equipment" or fiber optic equipment.

f. "Green" means products, materials, methods and processes certified by a "green authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

g. "Green authority" means an authority on "green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized "green" rating system.

h. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

i. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

j. "Power quality" means the conditions that allow electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance and/or reduce the reliability, or the life-span of the electrical system.

k. "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

l. "Unauthorized instruction" means a virus, harmful code or similar instruction introduced into or enacted on a computer system or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

B. The Building and Personal Property Coverage Form is modified as follows.

The definitions stated above also apply to section **B.** of this endorsement.

1. **DEDUCTIBLE**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is available and shown in the Schedule.  If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D. DEDUCTIBLE** is deleted and replaced with the following:

**a. Deductibles for Each Coverage**

**(1)** Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any one loss.

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount shown for that coverage in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of Covered Property and more than one type of Covered Property is involved in any one loss, only the highest deductible for each coverage will apply.

**b. Direct and Indirect Coverages**

**(1)** Direct Coverages Deductibles and Indirect Coverages Deductibles may be shown in the Schedule.

**(2)** Unless more specifically shown in the Schedule:

**(a)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

**(b)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**c. Application of Deductibles**

**(1) Dollar Deductibles**

We will not pay for loss, damage or expense resulting from any one loss until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2) Time Deductible**

If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "Equipment Breakdown." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3) Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned had no "Equipment Breakdown" occurred during the period of interruption of business divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "Equipment Breakdown" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the period of restoration.

The number shown in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(4) Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

## 2. CONDITIONS

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form and the Common Policy Conditions.

### a. Suspension

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "Equipment Breakdown" to that Covered Property. This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Covered Property is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that Covered Property. If we suspend your insurance, you will get a pro rata refund of premium for that Covered Property for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

### b. Jurisdictional Inspections

If any Covered Property requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

### c. Environmental, Safety and Efficiency Improvements

If Covered Property requires replacement due to an "Equipment Breakdown" we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 150% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

### d. Green Environmental and Efficiency Improvements

**(1)** If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay:

**(a)** The lesser of the reasonable and necessary additional cost incurred by the insured to repair or replace physically damaged Covered Property of like kind and quality which qualifies as "green".

As used in the coverage, like kind and quality means similar size and capacity.

**(b)** The additional reasonable and necessary fees incurred by the insured for an accredited professional certified by a "green authority" to participate in the repair or replacement of the physically damage Covered Property as "green."

**(c)** The additional reasonable and necessary cost incurred by the insured for certification or recertification of the repaired or replaced Covered Property as "green."

**(d)** The additional reasonable and necessary cost incurred by the insured for "green" in the removal, disposal or recycling of physically damaged Covered Property.

**(e)** The Business Income loss, if shown as covered, during the additional time required for repair or replacement of Covered Property, consistent with "green", in the coverages above.

**(2)** We will not pay more than 150%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with Covered Property of like kind and quality inclusive of fees, costs and any Business Income loss incurred as stated above.

**(3)** Green Environmental and Efficiency Improvements does not cover any of the following:

**(a)** Covered Property does not include "stock", raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of he real property, process water, molds and dies, property in the open, property of others for which the insured is legally liable for or personal property of others.

**(b)** Any loss adjusted on any valuation basis other than repair or replacement basis as per the Valuation section of the policy.

**(c)** Any loss covered under any other section of the policy.

**(d)** Any cost incurred due to any law or ordinance with which the insured was legally obligated to comply with prior to the time of the "Equipment Breakdown".

**e. Coinsurance**

If a coinsurance percentage is shown in the Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss.  Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage or expense under this endorsement arising from any one loss is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

**C.** The Commercial Property Conditions is modified as follows.

As respects this endorsement only, the paragraph under **C.** Insurance Under Two Or More Coverages is deleted and replaced with:

If more than one coverage of this policy insures the same loss, we pay no more than the actual claims, loss or damage sustained.

The insurance provided under this endorsement shall be considered primary insurance and any similar insurance offered under this policy, shall be considered excess.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EARTHQUAKE – VOLCANIC ERUPTION COVERAGE SCHEDULE

This endorsement modifies insurance provided under the following:

EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT (SUB-LIMIT FORM)

## SCHEDULE

| Description of Premises or Location(s) | Property Damage Deductible (Flat or Percentage) |
|---|---|
| As per the Statement of Values on schedule with us | $50,000 |

| | | | |
|---|---|---|---|
| **"Including Masonry Veneer" Option** | ☐ Yes | ☒ No | |
| **Earthquake – Sprinkler Leakage Only** | ☐ | | |
| **Minimum Deductible Per Occurrence: $** | | | |
| Information required to complete this SCHEDULE, if not shown above, will be shown on the Declarations | | | |

**Earthquake – Volcanic Eruption Limit(s) of Insurance** The Limit(s) of Insurance shown in Section **A** and/or **B** of this Schedule is an annual aggregate limit(s). Refer to the Limit of Insurance Provisions in the Earthquake And Volcanic Eruption Endorsement (Sub-Limit Form) for an explanation.

**A.** Blanket Limit $  1,000,000

(The Blanket Limit applies to all Premises and Locations listed on this page of the Schedule. If a separate Blanket Limit(s) applies at other Premises or Locations, then a separate page(s) of this Schedule will be used to enter the Blanket Limit(s) for such Premises or Locations.)

Check applicable Covered Property/Coverage(s) for Blanket Limit:

| | | | | |
|---|---|---|---|---|
| [X] | Bldg | ☐ | BI (CP 00 32) | |
| [X] | BPP | ☐ | EE (CP 00 50) | |
| ☐ | BI (CP 00 30) | [X] | Other | BI/EE (CP 00 30) |

The Blanket Limit does not apply separately to the Premises, Locations, Covered Property or Coverages listed. The Blanket Limit is the most we will pay for all loss or damage to the indicated Covered Property/ Coverages at the Premises and Locations listed, subject to all other applicable provisions of the Limit of Insurance section in the Earthquake And Volcanic Eruption Endorsement (Sub-Limit Form).

**B.** Separate Limits (If a separate Limit of Insurance is entered in this section of the Schedule, **B.,** for a particular Covered Property/Coverage, that Covered Property/Coverage should NOT be included under a Blanket Limit.)

| Premises #1 | | Premises #2 | | Premises #3 | |
|---|---|---|---|---|---|
| Bldg. | $ _____ | Bldg. | $ _____ | Bldg. | $ _____ |
| BPP | $ _____ | BPP | $ _____ | BPP | $ _____ |
| BI (CP 00 30) | $ _____ | BI (CP 00 30) | $ _____ | BI (CP 00 30) | $ _____ |
| BI (CP 00 32) | $ _____ | BI (CP 00 32) | $ _____ | BI (CP 00 32) | $ _____ |
| EE (CP 00 50) | $ _____ | EE (CP 00 50) | $ _____ | EE (CP 00 50) | $ _____ |
| Other | $ _____ | Other | $ _____ | Other | $ _____ |

**Increased Annual Aggregate Limit Option:** ☐ **Yes**    ☒ **No**

Bldg. = Building; BPP = Business Personal Property; BI = Business Income Coverage Form; EE = Extra Expense Coverage Form

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT (SUB-LIMIT FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

B. This endorsement applies to the Covered Property and Coverages for which an Earthquake – Volcanic Eruption Limit Of Insurance is shown in the Earthquake – Volcanic Eruption Coverage Schedule or in the Declarations.

C. **Additional Covered Causes Of Loss**

   **1.** The following are added to the Covered Causes of Loss:

   **a.** Earthquake.

   **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

   All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

   **2.** If the Earthquake – Volcanic Eruption Coverage Schedule or the Declarations indicate that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph C.**1.** of this endorsement do not apply, and the following apply instead:

   **a.** Sprinkler Leakage resulting from Earthquake.

   **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

   All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

D. **Exclusions, Limitations And Related Provisions**

   **1.** The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in D.**2.** and D.**3.** below.

   **2.** To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

   **3.** The exclusion of collapse, in the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

   **4.** The Additional Coverage – Collapse, in the Causes Of Loss – Broad Form, Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

   **5.** We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

   **6.** We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

7. The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

   This limitation, D.**8.,** does not apply if:

   **a.** The Earthquake – Volcanic Eruption Coverage Schedule or the Declarations indicate that the "Including Masonry Veneer" option applies; or

   **b.** Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

### E. **No Coinsurance**

The Coinsurance Condition in this policy, if any, does not apply to the coverage provided under this endorsement.

Various Coverage Extensions, in the Coverage Form to which this endorsement is attached, require coinsurance. The coinsurance requirement for such Coverage Extensions is eliminated with respect to coverage provided under this endorsement.

### F. **Limit Of Insurance**

1. **General Information**

   The term Limit of Insurance means the Limit of Insurance applicable to Earthquake – Volcanic Eruption for the Covered Property or Coverage under which loss or damage is sustained.

   The Earthquake – Volcanic Eruption Coverage Schedule or the Declarations provide information on the Limit of Insurance applicable to Covered Property and Coverages for Earthquake – Volcanic Eruption.

2. **Annual Aggregate Limit**

   The Limit of Insurance for Earthquake – Volcanic Eruption is an annual aggregate limit and as such is the most we will pay for the total of all loss or damage that is caused by Earthquake or Volcanic Eruption in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one Earthquake or Volcanic Eruption during that period of time. Thus, if the first Earthquake or Volcanic Eruption does not exhaust the Limit of Insurance, then the balance of that Limit is available for a subsequent Earthquake(s) or Volcanic Eruption(s).

   If a single Earthquake or Volcanic Eruption (as defined in Section C. of this endorsement) begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance applicable to the following annual policy period will **not** apply to such Earthquake or Volcanic Eruption.

3. **Increased Annual Aggregate Limit Option**

   If the Earthquake – Volcanic Eruption Coverage Schedule or the Declarations indicate that the Increased Annual Aggregate Limit Option applies, then the following applies instead of Paragraph F.**2.** above:

   The Limit of Insurance for Earthquake – Volcanic Eruption is the most we will pay in a single Earthquake or Volcanic Eruption (as defined in Section C. of this endorsement) for loss or damage caused by the Earthquake or Volcanic Eruption. If there is more than one Earthquake or Volcanic Eruption in a 12-month period (starting with the beginning of the present annual policy period), the most we will pay for the total of all loss or damage sustained during that period of time and caused by Earthquake or Volcanic Eruption is two times the Limit of Insurance.

If a single Earthquake or Volcanic Eruption (as defined in Section C. of this endorsement) begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance applicable to the following annual policy period will **not** apply to such Earthquake or Volcanic Eruption.

**4. Additional Coverages And Coverage Extensions**

Amounts payable under an Additional Coverage or Coverage Extension, as set forth in the applicable Coverage Form, do not increase the Limit of Insurance for Earthquake – Volcanic Eruption.

**5. Limitation**

For property or coverage that is subject to a Blanket Limit on Earthquake – Volcanic Eruption (as shown in the Earthquake – Volcanic Eruption Coverage Schedule or in the Declarations), we will not pay more than we would pay in the absence of such Blanket Limit. Therefore, the maximum amount payable for any such item of property or coverage is the Limit of Insurance or stated value (as shown in a Statement of Values on file with us) specific to that item of property or coverage for Covered Causes of Loss other than Earthquake – Volcanic Eruption.

**6. Ensuing Loss**

If a Cause of Loss (such as fire) is covered by means of an exception to the Earth Movement Exclusion, in the Causes Of Loss Form, we will also pay for the loss or damage caused by that other Covered Cause of Loss. But the most we will pay, for the total of all loss or damage caused by the Earthquake, Volcanic Eruption and other Covered Cause of Loss, is the Limit of Insurance applicable to such other Covered Cause of Loss. We will **not** pay the sum of the two Limits.

## EXAMPLES – ENSUING LOSS

Two examples follow using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes Of Loss – Basic Form (which covers fire) and this Earthquake – Volcanic Eruption Endorsement. A building is damaged by Earthquake, and by Fire which is caused by the Earthquake. The value of the damaged building is $1,000,000. The Limit of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit of Insurance for Earthquake – Volcanic Eruption is $400,000. The Earthquake Deductible amount is $50,000.

**Example 1**

The damage due to Earthquake is $500,000.

The damage due to Fire is $500,000.

Payment for Earthquake damage is $400,000 ($500,000 damage minus $50,000 Earthquake deductible = $450,000; Limit is $400,000).

Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Earthquake Limit).

Total Loss Payment is $800,000.

**Example 2**

The damage due to Earthquake is $800,000.

The damage due to Fire is $100,000.

Payment for Earthquake damage is $400,000 ($800,000 damage minus $50,000 Earthquake deductible = $750,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**G. Property Damage Deductible**

**1.** The provisions of Section G.**3.** of this endorsement are applicable to all Coverage Forms except:

**a.** Business Income (And Extra Expense) Coverage Form;

**b.** Business Income (Without Extra Expense) Coverage Form;

**c.** Extra Expense Coverage Form.

**2.** If the Declarations indicate that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Deductible set forth in Section G.**3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

**3.** The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

**a. All Policies**

**(1)** The Deductible provisions apply to each Earthquake or Volcanic Eruption.

**(2)** Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

**(a)** Two or more buildings sustain loss or damage;

**(b)** Personal property at two or more buildings sustains loss or damage; and/or

**(c)** A building and the personal property in that building sustain loss or damage.

**(3)** We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible shown in the Earthquake – Volcanic Eruption Coverage Schedule, subject to the minimum deductible per occurrence. We will then pay the amount of loss or damage in excess of that Deductible or the minimum per occurrence deductible, whichever is greater, up to the applicable Limit of Insurance.

**(4)** In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to:

**(a)** A percentage of the value of the property at the time of loss, if a Deductible percentage is shown in the Earthquake – Volcanic Eruption Coverage Schedule at the described premises, subject to the minimum deductible per occurrence; or

**(b)** The flat (dollar) Deductible shown in the Earthquake – Volcanic Eruption Coverage Schedule at the described premises, subject to the minimum deductible per occurrence.

**(5)** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, the applicable Deductible is the highest percentage or flat (dollar) shown in the Earthquake – Volcanic Eruption Coverage Schedule for any described premises, subject to a minimum deductible per occurrence.

**(6)** If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b. Calculation Of The Deductible – Specific Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Property Damage Deductible (as shown in the Earthquake – Volcanic Eruption Coverage Schedule) from the property that has sustained loss or damage, subject to a minimum deductible per occurrence. The value to be used is the latest value shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Property Damage Deductible (as shown in the Earthquake – Volcanic Eruption Coverage Schedule) from the property that has sustained loss or damage, subject to a minimum deductible per occurrence. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

    **(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount based on the full value as of the report dates.

    **(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount based on the value shown in the most recent Statement of Values on file with us.

**c. Calculation Of The Deductible – Blanket Insurance Other Than Builders Risk**

  **(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Property Damage Deductible (as shown in the Earthquake – Volcanic Eruption Coverage Schedule) from the property that has sustained loss or damage, subject to the minimum deductible per occurrence. The value to be used is that shown in the most recent Statement of Values on file with us.

  **(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the Property Damage Deductible (as shown in the Earthquake – Volcanic Eruption Coverage Schedule) from that property as of the time of loss or damage subject to the minimum deductible per occurrence.

**d. Calculation Of The Deductible – Builders Risk Insurance**

  **(1) Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the Property Damage Deductible (as shown in the Earthquake – Volcanic Eruption Coverage Schedule) from the actual cash value of that property as of the time of loss or damage, subject to the minimum deductible per occurrence.

  **(2) Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Property Damage Deductible (as shown in the Earthquake – Volcanic Eruption Coverage Schedule) from the property that has sustained loss or damage, subject to the minimum deductible per occurrence. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

    **(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount based on the actual cash value as of the report date.

    **(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount based on the actual cash value of the property as of the time of loss or damage.

**H. Example – Application Of Deductible In** G.3.b.(1) **And** G.3.c.(1) **– For Specific Or Blanket Insurance Other Than Builders Risk (Not Subject To Value Reporting Forms)**

The values, as shown in the most recent Statement of Values on file with us, are:

Building 1 $500,000

Building 2 $500,000

Business Personal Property at Building 1 $250,000

Business Personal Property at Building 2 $250,000

For this example, assume that the amounts of loss do not exceed the applicable Limits of Insurance (for specific insurance). Also assume that the total amount of loss does not exceed the applicable Blanket Limit of Insurance (for blanket insurance).

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building

Step **(1):** $500,000 x 10% = $50,000

Step **(2):** $95,000 – $50,000 = $45,000

Business Personal Property

Step **(1):** $250,000 x 10% = $25,000

The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

I. **Business Income And Extra Expense Period Of Restoration**

This Section **I.** is applicable only to the Coverage Forms specified below:

**1.** Business Income (And Extra Expense) Coverage Form;

**2.** Business Income (Without Extra Expense) Coverage Form;

**3.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Section C. of this endorsement.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLOOD COVERAGE SCHEDULE

This endorsement modifies insurance provided under the following:

FLOOD COVERAGE ENDORSEMENT

## SCHEDULE

| |
|---|
| **Inception Date Of Flood Coverage Endorsement:**   02/15/2022 |
| **Note:** There is no coverage for a Flood that begins before or within 72 hours after this date, subject to a limited exception. Refer to Section **D.5.a.** of the endorsement for additional information. |
| **Description Of Premises Or Location(s):** As per Schedule of Locations on file with Company, except: |
| We will not pay for any loss or damage arising out of "flood" that occurs in the following FEMA identified Zone(s), regardless of how the Zone may be named: |

    ☒ Zones A, AO, AH, A1-A30, AE, A99, AR, AR/AE, AR/AO, AR/A1-A30, AR/A

    ☒ Zone B or any Zone that begins with the letter B of the zoning classification

    ☐ Zone C

    ☒ Zone V, VE, V1-V30

    ☐ Zone X or Zone X (Shaded)

| |
|---|
| **Description Of Premises Or Location(s) Not Covered For Flood:** |
| **Description Of Personal Property In The Open, If Covered For Flood:** |
| **Flood Deductible**   $   50,000 |
| **No-Coinsurance Option**   ☒ |
| **Other Flood Insurance, If Any** (identify insurer and policy number):<br>      Primary (NFIP)<br>      Other |

**Underlying Insurance Waiver** ☐
**Note:** Refer to Section **I.1.** of the endorsement for an explanation of this option.

If the Underlying Insurance Waiver applies only to certain premises or locations, specify such premises or locations: (If premises or locations are not specified, the Underlying Insurance Waiver applies to all premises and locations.)

**Annual Aggregate Limit – Flood Coverage Endorsement** **$** 1,000,000
**Note:** Refer to the Limit of Insurance provisions in the endorsement for an explanation.

**Flood Limit Of Insurance – Single Occurrence:** Enter the Limit(s) in Section **A** and/or **B** of this Schedule. Refer to the Limit of Insurance provisions in the endorsement for an explanation.

**A.  Blanket Limit  $  1,000,000**

   **Check applicable Covered Property/Coverage(s) for Blanket Limit:**

| | | | |
|---|---|---|---|
| **X** | Bldg. | ☐ | BI (CP 00 32) |
| **X** | BPP | ☐ | EE (CP 00 50) |
| ☐ | BI | **X** | Other  BI/EE (CP 00 30) |

   The Blanket Limit does not apply separately to the Premises, Locations, Covered Property or Coverages listed. The Blanket Limit is the most we will pay for all loss or damage to the indicated Covered Property/Coverages at the Premises and Locations listed, subject to all other applicable provisions of the Limit of Insurance section in the Flood Coverage endorsement.

**B.  Separate Limits** (If a separate Limit of Insurance is entered in this section of the Schedule, **B.,** for a particular Covered Property/Coverage, that Covered Property/Coverage should NOT be included under a Blanket Limit.)

| Premises #1 | | Premises #2 | | Premises #3 | |
|---|---|---|---|---|---|
| Bldg. | $ | Bldg. | $ | Bldg. | $ |
| BPP | $ | BPP | $ | BPP | $ |
| BI (CP 00 30) | $ | BI (CP 00 30) | $ | BI (CP 00 30) | $ |
| BI (CP 00 32) | $ | BI (CP 00 32) | $ | BI (CP 00 32) | $ |
| EE (CP 00 50) | $ | EE (CP 00 50) | $ | EE (CP 00 50) | $ |
| Other | $ | Other | $ | Other | $ |

   Bldg. = Building; BPP = Business Personal Property; BI = Business Income Coverage Form; EE = Extra Expense Coverage Form

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLOOD COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

B. This endorsement applies to the Covered Property and Coverages for which a Flood Limit of Insurance is shown in the Flood Coverage Schedule or in the Declarations.

C. **Additional Covered Cause Of Loss**

The following is added to the Covered Causes of Loss:

Flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas due to:

1. The overflow of inland or tidal waters;

2. The unusual or rapid accumulation or runoff of surface waters from any source; or

3. Mudslides or mudflows which are caused by flooding as defined in C.**2.** above. For the purpose of this Covered Cause of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

All flooding in a continuous or protracted event will constitute a single flood.

D. **Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes Of Loss form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement except as provided in D.**2.** and D.**3.** below.

2. To the extent that a part of the Water Exclusion might conflict with coverage provided under this endorsement, that part of the Water Exclusion does not apply.

3. To the extent that a tsunami causes the overflow of tidal waters, the exclusion of earthquake, in the Earth Movement Exclusion, does not apply.

4. The **Ordinance Or Law** Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

5. The following exclusions and limitations are added and apply to coverage under this endorsement:

   a. We will not pay for any loss or damage caused by or resulting from any Flood that begins before or within 72 hours after the inception date of this endorsement. However, this limitation does not apply to a particular location if Flood coverage was in effect for that location for at least 72 hours immediately prior to the inception date of this endorsement, under a policy issued by us or by another insurer, and this policy replaces the previous policy without a lapse in coverage. If you request and we provide an increase in the stated Limit of Insurance for Flood during the term of this policy, with the exception of an increase at the time of renewal of the policy, the increase will not apply to loss or damage from any Flood that begins before or within 72 hours after your request was made.

   If the Flood is due to the overflow of inland or tidal waters, then the Flood is considered to begin when the water first overflows its banks.

   b. We will not pay for loss or damage caused by or resulting from destabilization of land arising from the accumulation of water in subsurface land areas.

**c.** Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land due to the collapse or sinking of land caused by or resulting from Flood. However, coverage under this endorsement includes damage to the covered portions of the building and to covered personal property, caused by collapse or sinking of land along the shore of a body of water as the result of erosion or undermining caused by waves or currents of water which exceed the cyclical levels and cause Flood.

**d.** We do not cover loss or damage by Flood to personal property in the open except to the extent that such coverage, if any, is specified in the Flood Coverage Schedule or in the Declarations.

**e.** Property Not Covered, in the Coverage Form to which this endorsement is attached, is amended and supplemented as follows with respect to Flood Coverage:

**(1)** Property Not Covered includes any building or other property that is not eligible for flood insurance pursuant to the provisions of the Coastal Barrier Resources Act, 16 U.S.C. 3501 *et seq.* and the Coastal Barrier Improvement Act of 1990, Pub. L. 101-591, 16 U.S.C. 3501 *et seq.*

**(2)** Property Not Covered includes boat houses and open structures, and any property in or on the foregoing, if the structure is located on or over a body of water.

**(3)** If bulkheads, pilings, piers, wharves, docks, or retaining walls which are not part of a building, have been removed from Property Not Covered and added as Covered Property by separate endorsement, this Flood Coverage Endorsement does not apply to such property.

**(4)** The following are removed from Property Not Covered and are therefore Covered Property:

**(a)** Foundations below the lowest basement floor or the subsurface of the ground; and

**(b)** Underground pipes, flues and drains.

**f.** We will not pay for loss or damage caused by discharge of water or waterborne material from a sewer, drain or sump unless such discharge results from Flood and occurs within 72 hours after the Flood recedes.

**g.** We will not pay for loss or damage arising out of Flood that occurs in FEMA identified Zone(s) as shown in the Flood Coverage Schedule.

**h.** We will not pay for loss or damage arising out of Flood at the premises or location(s) shown on the Flood Coverage Schedule as Description Of Premises Or Location(s) Not Covered For Flood.

**E. Additional Coverages And Coverage Extensions**

**1.** With respect to Flood Coverage, the Debris Removal Additional Coverage (and any additional limit for Debris Removal under a Limit of Insurance clause or an endorsement) is not applicable and is replaced by the following:

**Debris Removal**

**a.** We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from Flood. However, we will not pay to remove deposits of mud or earth from the grounds of the described premises.

**b.** We will also pay the expense to remove debris of Covered Property that has floated or been hurled off the described premises by Flood.

**c.** This coverage for Debris Removal, as set forth in E.**1.a.** and E.**1.b.** above, does not increase the applicable Limit of Insurance for Flood. Therefore, the most we will pay for the total of debris removal and loss or damage to Covered Property is the Limit of Insurance for Flood that applies to the Covered Property at the affected described premises covered under this endorsement.

**2.** With respect to Flood Coverage, the Coverage Extension for Newly Acquired or Constructed Property is amended by adding the following:

**a.** With respect to Flood Coverage, this Coverage Extension does not apply to any building or structure that is not fully enclosed by walls and roof.

    **b.** With respect to a building or structure covered under this Coverage Extension, the amounts of coverage stated in the Coverage Extension do not apply to Flood Coverage. Instead, the most we will pay for all loss or damage to property covered under this Coverage Extension is 10% of the total of all Limits of Insurance for Flood Coverage as provided under this endorsement. Such coverage does not increase the Limit of Insurance for Flood.

  **3.** With respect to any applicable Additional Coverages and Coverage Extensions in the Coverage Form to which this endorsement is attached, other than those addressed in E.**1.** and E.**2.** above, amounts payable under such other provisions, as set forth therein, do not increase the Limit of Insurance for Flood.

**F. Coinsurance**

  **1.** The **Coinsurance** Condition, if any, in the applicable Coverage Form applies to the coverage provided under this endorsement, unless the No-Coinsurance Option, in the Flood Coverage Schedule or in the Declarations, is specified as being applicable.

  **2.** Various Coverage Extensions, in the Coverage Form to which this endorsement is attached, require coinsurance. If the No-Coinsurance Option applies, then the coinsurance requirement for such Coverage Extensions is eliminated.

**G. Limit Of Insurance**

  **1. General Information**

    Flood Coverage may be written at a Limit of Insurance that is equal to or less than the Limit of Insurance which applies to other Covered Causes of Loss (e.g., Fire) under this Commercial Property Coverage Part.

    The Limit of Insurance for Flood is shown in the Flood Coverage Schedule or in the Declarations. If such Limit is not shown, then the Limit applicable to Fire also applies to Flood.

  **2. Application Of Limit And Aggregate**

    The Limit of Insurance for Flood is the most we will pay in a single occurrence of Flood for loss or damage caused by the Flood. If there is more than one Flood in a 12-month period (starting with the beginning of the present annual policy period), the most we will pay for the total of all loss or damage sustained during that period of time and caused by Flood is the amount that is identified as the Annual Aggregate for Flood as shown in the Flood Coverage Schedule or the Declarations.

    If the Limit of Insurance and the Annual Aggregate amount are the same, or if there is no amount stated as an Annual Aggregate, then the Limit of Insurance is the most we will pay for the total of all loss or damage that is caused by Flood in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one occurrence of Flood during that period of time. Thus, if the first Flood does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for a subsequent Flood(s).

    If a single occurrence of Flood begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance or Annual Aggregate applicable to the following annual policy period will **not** apply to that Flood.

  **3. Ensuing Loss**

    In the event of covered ensuing loss, for example, loss caused by Fire, Explosion and/or Sprinkler Leakage which results from the Flood, the most we will pay, for the total of all loss or damage caused by flood, fire, explosion and sprinkler leakage, is the Limit of Insurance applicable to Fire. We will **not** pay the sum of the Fire and Flood Limits.

**EXAMPLES – ENSUING LOSS**

Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes Of Loss – Basic Form (which covers fire) and this Flood Coverage Endorsement. A building is damaged by Flood and by Fire which is caused by the Flood. The value of the damaged building is $1,000,000. The Limit of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit of Insurance for Flood is $400,000. The Flood Deductible amount is $5,000.

**EXAMPLE 1**

The damage due to Flood is $500,000. The damage due to Fire is $500,000.

Payment for Flood damage is $400,000 ($500,000 damage minus $5,000 Flood deductible = $495,000; Limit is $400,000).

Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Flood Limit).

Total Loss Payment is $800,000.

**EXAMPLE 2**

The damage due to Flood is $800,000. The damage due to Fire is $100,000.

Payment for Flood damage is $400,000 ($800,000 damage minus $5,000 Flood deductible = $795,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**Note:** These examples are given only to illustrate the situation of Flood and ensuing loss. Therefore, the loss payment stated for Flood damage does not address the situation where another policy also covers the Flood damage.

H. **Deductible**

   **1.** The Deductible for coverage provided under this endorsement is the Deductible applicable to Flood as shown in the Flood Coverage Schedule or in the Declarations.

   **2.** We will not pay that part of the loss that is attributable to any Deductible(s) in the National Flood Insurance Program policy.

   **3.** If Flood results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies (e.g., the Flood deductible or the Fire deductible).

I. **Other Insurance**

   The **Other Insurance** Commercial Property Condition is replaced by the following with respect to the coverage provided under this endorsement:

   **1.** If the loss is also covered under a National Flood Insurance Program (NFIP) policy, or if the property is eligible to be written under an NFIP policy but there is no such policy in effect, then we will pay only for the amount of loss in excess of the maximum limit that can be insured under that policy. This provision applies whether or not the maximum NFIP limit was obtained or maintained, and whether or not you can collect on the NFIP policy. We will not, under any circumstances, pay more than the applicable Limit of Insurance for Flood as stated in the Flood Coverage Schedule or the Declarations of this Coverage Part.

   However, this Provision I.**1.** does not apply under the following circumstances:

   **a.** At the time of loss, the property is eligible to be written under an NFIP policy but such policy is not in effect due solely to ineligibility of the property at the time this Flood Coverage Endorsement was written; or

   **b.** An NFIP policy is not in effect because we have agreed to write this Flood Coverage Endorsement without underlying NFIP coverage. There is such an agreement only if the Flood Coverage Schedule or the Declarations indicate that the Underlying Insurance Waiver applies.

   **2.** If there is other insurance covering the loss, other than that described in I.**1.** above, we will pay our share of the loss. Our share is the proportion that the applicable Limit of Insurance under this endorsement bears to the total of the applicable Limits of Insurance under all other such insurance. But we will not pay more than the applicable Limit of Insurance stated in the Flood Coverage Schedule or the Declarations of this Coverage Part.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HISTORIC PROPERTY VALUATION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

### SCHEDULE

| Premises No.: | Building No.: | Location Description: | Historic Replacement Cost Limit of Insurance: |
|---|---|---|---|
| 1 | 1 | Town Hall – 115 Willard Memorial Sq | $7,950,652 |

A. Section **G. Optional Coverages. 3. Replacement Cost** is amended by the addition of the following:

Historic Property Valuation applies only to direct loss or damage to covered buildings with "historic value" arising out of peril covered by a form attached to this policy. It does not apply to other valuation provisions, nor does it apply to Covered Property other than buildings.

**Valuation**

Existing buildings and structures will be valued at Historic Replacement Cost, subject to the following:

1. If you contract, in writing, for repair or replacement of the loss or damage to the building or structure within 180 days of the loss, unless we and you otherwise agree, we will pay the least of:

   a. The cost to repair or replace with the same materials, workmanship and architectural features used for the same purpose without deduction for depreciation provided they are reasonably available. In the event that such materials, workmanship and architectural features are not reasonably available, we will pay the cost to repair or replace with materials, workmanship and architectural features that most closely resemble those that existed before the loss or damage occurred;

   b. The Historic Replacement Cost Limit of Insurance applicable to the damaged buildings or structures as shown in the SCHEDULE above; or

   c. The amount you actually spend that is necessary to repair or replace Covered Property which sustains a Covered Cause of Loss.

2. If you do not contract, in writing, for repair or replacement of the loss to the building or structures within 180 days of the loss, we will pay the actual cash value of the property.

B. Section **H. Definitions** is amended by the addition of the following:

"Historic value" means that the property depicts or represents a designated period of history of human activity in the community where the property is situated, and that such property was originally built or produced during the period that it depicts or represents. Later representations built or produced to depict or represent such a period are not considered to have "historic value" and will not be considered as "historic property".

"Historic property" means any property listed in a Federal, State, County or Municipal Historic Register.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER EVENT

Except as stated in Paragraph B., the exclusion in Paragraph A. applies to all coverage under all forms and endorsements that comprise the Coverage Part or Policy to which this endorsement is attached, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, rental value, extra expense, action of civil authority, or utility services, whether on a direct or indirect damage basis.

**A. Cyber Event Exclusion**

We will not pay for loss, damage, costs or expense caused directly or indirectly by any of the following.  Such loss, damage, costs and expenses are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**1. Computer Virus or Software**

Including but not limited to any software, program, instructions, code or data that:

**a.** Infiltrates and disrupts computer operations;

**b.** Accesses, acquires, collects, gathers, transmits, alters or damages instructions, information or data, including but not limited to personally identifiable information or other personal data, confidential information or "electronic data";

**c.** Gains access to "computer systems"; or

**d.** Affects the operation or functionality of "computer systems", "computer networks" or "electronic data".

Computer virus or software also includes but is not limited to any computer code, worm, logic bomb, smurf attack, malware, Trojan horse, spyware, rootkits, ransomware, adware, keyloggers, rogue security software, destructive program, or malicious browsers, whether or not self-propagating.

**2. Cyber Extortion**

Including but not limited to a threat or series of threats made to:

**a.** Prevent access of authorized users to "computer systems", "computer networks" or "electronic data";

**b.** Introduce any computer virus or software as described in A.**1.** above into "computer systems", "computer networks" or "electronic data";

**c.** Conduct a cyber attack as described in A.**3.** below;

**d.** Gain access that otherwise would be unauthorized to "computer systems", "computer networks" or "electronic data"; or

**e.** Release, disclose, misuse, alter or destroy instructions, information or data, including but not limited to personally identifiable information or other personal data, confidential information or "electronic data".

Cyber extortion also includes any illegal demand for payment, including but not limited to payment in money or cryptocurrency, to unlock any computer, "computer systems" or "computer network", or to not do, undo or mitigate A.**2.a.**, A.**2.b.**, A.**2.c.**, A.**2.d.**, or A.**2.e.** above.  However, a threat to do any of the above that is not accompanied by a demand for payment also is considered to be cyber extortion.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**3.  Cyber Attack**

Attack on or vandalism of "computer systems", "computer networks" or "electronic data", including but not limited to a "denial-of-service attack".

**B.  Exceptions**

The following exception to the exclusion in Paragraph A. applies:

**1.**  To the extent that any part of the exclusion in Paragraph A. conflicts with an Additional Coverage, Coverage Extension or sublimited coverage granted elsewhere under this Coverage Part or Policy, that part of the exclusion does not apply.  The preceding reference to an Additional Coverage, Coverage Extension and sublimited coverage does not mean that any of these have been included with this Policy.  Additional Coverages, Coverage Extensions, or sublimited coverages are provided under this Coverage Part or Policy only as stated in and documented by one of the Coverage Forms or Endorsements included with this Coverage Part or Policy.

**C.  Definitions**

The following definitions are added with respect to the provisions of this endorsement:

**1.**  "Computer systems" means Information Technology (IT), data processing, industrial process control and communication systems, as well as any other item or element of hardware or associated software, including but not limited to IT infrastructure, software or equipment used for the purpose of creating, accessing, processing, protecting, monitoring, storing, backing up, retrieving, displaying or transmitting data.  "Computer systems" also includes but is not limited to IT and mobile devices such as mobile phones, tablet devices, laptops, external drives, CD-ROMs, DVD-ROMs, magnetic tapes, magnetic disks or USB sticks that process, record, transmit or store data, as well as network equipment and associated input and output devices.

**2.**  "Computer network" means a group of "computer systems" and other computing hardware devices or network facilities connected by a form of communication technology, including but not limited to those connected to or by the internet, any intranet and virtual private networks (VPNs), allowing the networked computing devices to, among other things, exchange data.

**3.**  "Denial-of-service attack" means any attack leading to a total or partial deprivation, disruption or unavailability of "computer systems" or "computer networks" temporarily or permanently, such that they are non-functional in whole or in part, or otherwise unavailable to anticipated users of such "computer systems" or "computer networks".  The term "denial-of-service attack" includes but is not limited to a distributed attack in which multiple compromised systems are used to deluge or overload "computer systems" or "computer networks" with an incoming stream or requests or data, volumetric and application-specific attacks, and attacks targeting specific "computer systems", entities or individuals.

**4.**  "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software that are used with electronically controlled equipment.  The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions that direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

POLICY NUMBER: PE-4640484-01

# COMPUTER SYSTEMS DECLARATIONS

| COMPANY NAME AREA | PRODUCER NAME AREA |
|---|---|
| Argonaut Insurance Company | |

| Limits Of Insurance | | |
|---|---|---|
| A. | Computer Equipment | $200,000<br>$<br>$ |
| B. | Media And Data | $10,000<br>$ |
| C. | Property In Transit | $<br>$ |
| D. | All Covered Property Included In A., B., And C. Combined In Any One Occurrence | $210,000 |

| Additional Coverages | |
|---|---|
| Debris Removal Additional Limit | $ |
| Extra Expense | $ |
| False Pretense | $ |
| Rewards | |
| Arrest And Conviction (Section A.4.e(a)) | $ |
| Return Of Stolen Property (Section A.4.e(b)) | $ |
| Newly Acquired Premises | $ |
| | Days |
| Fire Extinguishing Systems Expense | $ |
| Pollutant Cleanup And Removal | $ |
| Preservation Of Property Expense | $ |

| Coinsurance: | % |
|---|---|

| X | If this box is checked, the theft from any unattended vehicle exclusion does not apply. |
|---|---|

| Deductible: | $2,500 |
|---|---|

**Special Provisions (if any):**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

# COMPUTER SYSTEMS COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

A. **Coverage**

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

1. Covered Property, as used in this Coverage Form, means:

    **a.** "Computer Equipment", "Data" and "Media" owned by you; and

    **b.** Similar property of others in your care, custody or control.

2. **Property Not Covered**

    Covered Property does not include:

    **a.** Property leased or rented to others;

    **b.** Bills, currency, evidences of debt, money or notes or securities;

    **c.** Accounts, valuable papers, abstracts, records, deeds, manuscripts or other documents, unless converted to "data" and then only in that form;

    **d.** Contraband, or property in the course of illegal transportation or trade; or

    **e.** Stock in trade.

3. **Covered Causes Of Loss**

    Covered Causes of Loss means Direct Physical Loss or Damage to Covered Property except those causes of loss listed in the Exclusions.

4. **Additional Coverages**

    The Limits of Insurance shown in Paragraph **A.4.** Additional Coverages are provided within, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the Covered Property, except with respect to Debris Removal Additional Coverage in Paragraph **A.4.a.(3).**

    **a. Debris Removal**

    **(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    **(2)** The most we will pay under this Additional Coverage is 25% of:

      **(a)** The amount we pay for direct physical loss or damage to Covered Property; plus

      **(b)** The deductible in this Policy applicable to that loss or damage.

    **(3)** Payment under this Additional Coverage will not increase the Limit of Insurance stated in the Declarations as applicable to the Covered Property, but if:

      **(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

      **(b)** The debris removal expense exceeds the amount payable under the 25% limitation;

      we will pay up to an additional $10,000 in any one occurrence, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations.

**(4)** This Additional Coverage does not apply to costs to:

  **(a)** Extract "pollutants" from land or water; or

  **(b)** Remove, restore or replace polluted land or water.

**b. Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

**c. Virus, Harmful Code Or Similar Instruction**

**(1)** We will pay for the cost to replace or restore "computer equipment", "data" or "media" which has been damaged, destroyed or corrupted by a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "computer equipment", "data" and "media") or a network to which it is connected; and

**(2)** If Business Income insurance applies to this Coverage Form, you may extend such insurance to apply to a suspension of "operations" caused by an interruption in computer operations due to damage to or destruction or corruption of "computer equipment", "data" or "media" due to a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "computer equipment", "data" and "media") or a network to which it is connected.

But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "computer equipment", "data" and "media") by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** To the extent that "data" is not replaced or restored, the loss will be valued at the cost of replacement of the "media" on which the "data" was stored, with blank "media" of substantially identical type.

**(4)** With respect to Business Income coverage, if applicable, this Additional Coverage – Virus, Harmful Code Or Similar Instruction does not apply to loss sustained after the end of the "period of restoration", even if the amount of insurance applicable in Paragraph **(5)** below has not been exhausted.

**(5)** The most we will pay under this Additional Coverage – Virus, Harmful Code Or Similar Instruction is $25,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

This Limit of Insurance applies separately to direct physical loss or damage and to Business Income loss, if applicable.

**d. False Pretense**

We will pay for loss or damage to Covered Property when you, your agents, consignees or customers voluntarily part with the Covered Property due to:

**(1)** Having accepted false bills of lading or shipping receipts; or

**(2)** Someone causing you to voluntarily part with the covered property by trick, scheme, device or under false pretense.

Coverage is excluded, for loss or damage to property which is otherwise covered, when the person committing the wrongful act is an employee.

The most we will pay under this Additional Coverage is $25,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**e. Rewards**

    **(1)** We will reimburse you for rewards paid as follows:

        **(a)** Up to $10,000 per occurrence, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations, to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss or damage to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

            **(i)** Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

            **(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property.

        **(b)** Up to $10,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations, to an eligible person for the return of stolen Covered Property, when loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

            **(i)** Replacement Cost based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

            **(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

    **(2)** This Additional Coverage applies subject to the following conditions:

        **(a)** An eligible person means a person designated by a law enforcement agency as being the first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

            **(i)** You or any family member;

            **(ii)** Your employee or any of his or her family members;

            **(iii)** An employee of a law enforcement agency;

            **(iv)** An employee of a business engaged in property protection;

            **(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

            **(vi)** Any person involved in the crime.

        **(b)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

        **(c)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

        **(d)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.

**5. Additional Coverages**

The Limits of Insurance shown in Paragraph **A.5.** Additional Coverages are separate from, and will not reduce, the Limit of Insurance shown in the Declarations as applicable to the Covered Property.

**a. Newly Acquired Premises**

    **(1)** The insurance that applies to Covered Property is extended to apply to such property at any location you newly acquire other than at fairs, trade shows or exhibitions.

    **(2)** The most we will pay for loss or damage under this coverage is $250,000 at each newly acquired location, unless a different limit is shown in the Declarations.

    **(3)** Insurance under this coverage for each newly acquired location will end when any of the following first occurs:

(a) This Policy expires;

(b) 60 days, unless a greater number of days is shown in the Declarations, expire after you acquire the location; or

(c) You report the values to us.

(4) We will charge you additional premium for values reported from the date you acquire the location.

The **Coinsurance** Additional Condition does not apply to this coverage.

**b. Fire Extinguishing Systems Expense**

(1) We will pay the cost of recharging your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) or replacing the fire extinguishers or fire extinguishing systems, whichever is less, when the need to recharge or replace is caused by a Covered Cause of Loss.

(2) No coverage will apply if the fire extinguishing system is discharged during installation or testing.

(3) The most we will pay under this Additional Coverage is $10,000 in any one occurrence, unless a different Limit of Insurance is shown in the Declarations.

**c. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $25,000, unless a different Limit of Insurance is shown in the Declarations, for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this Policy.

**d. Preservation Of Property Expense**

We will pay the necessary expenses incurred to move or store Covered Property to preserve it from loss or damage by a Covered Cause of Loss. The most we will pay under this Additional Coverage is $10,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations. This Additional Coverage shall not exceed 90 days from the time the Covered Property is first moved.

**e. Extra Expense**

We will pay for the "extra expense" you incur to avoid or minimize "suspension" of "operations" during the "period of restoration" caused by loss of use of Covered Property due to direct physical loss or damage by a Covered Cause of Loss.

The most we will pay for "extra expense" incurred in any one occurrence is $25,000, unless a different Limit of Insurance is shown in the Declarations.

"Extra expense" means necessary expenses you incur during the "period of restoration" that you would not have incurred if the direct physical loss or damage as specified in paragraph **A.3.,** had not occurred. However, "extra expense" does not include expenses to research, replace or restore the lost information stored on the Covered Property, except to the extent that such expenses reduce the amount of loss that otherwise would have been payable under this Additional Coverage.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**c.** Unauthorized instructions to transfer property to any person or to any place, except to the extent coverage is provided under Additional Coverage **A.4.d.** False Pretense.

**d.** Virus, harmful code or similar instruction introduced into or enacted on a computer system (including "computer equipment", "data" and "media") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

This exclusion applies except to the extent coverage is provided under Additional Coverage **A.4.c.** Virus, Harmful Code or Similar Instruction.

**e.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

**f.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

g. Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

h. Theft from any unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry. But this exclusion does not apply to property in the custody of a carrier for hire.

This Theft From Any Unattended Vehicle Exclusion applies unless otherwise indicated in the Declarations

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Wear and tear, depreciation.

b. Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

c. Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

C. **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

D. **Deductible**

1. We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

2. In the event that more than one Deductible applies to loss or damage as a result of one occurrence, we will apply only the largest Deductible.

E. **Additional Conditions**

1. The **Valuation** General Condition in the Commercial Inland Marine Conditions is replaced by the following:

a. The value of "computer equipment" will be:

(1) The cost of replacing the equipment with new property functionally identical to the damaged equipment if replaced; or

(2) Actual cash value if the property is not repaired or replaced.

In the event of partial damage to an item of "computer equipment", we will not pay more than the cost of reasonably restoring the property to its condition immediately prior to the loss.

b. The value of "data" will be the actual cost to reproduce. If the "data" is not replaced or reproduced, we will pay the cost of the value of the "media" with no stored "data".

c. The value of "media" will be the cost to repair or replace the "media" with substantially identical property.

2. The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

a. **Coverage Territory**

(1) We cover property wherever located within:

(a) The United States of America (including its territories and possessions);

(b) Puerto Rico; and

(c) Canada.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

    **(2)** We also cover property being shipped by air within and between points in Paragraph **(1)**.

  **b. Coinsurance**

    If a Coinsurance percentage is shown in the Declarations, the following condition applies:

    With respect to "computer equipment", we will not pay the full amount of any loss or damage if the value of "computer equipment" at the location where the loss occurred at the time of loss or damage times the Coinsurance percentage shown in the Declarations is greater than the applicable Limit of Insurance for "computer equipment".

    Instead, we will determine the most we will pay using the following steps:

    **(1)** Multiply the value of "computer equipment" at the time of loss or damage by the Coinsurance percentage;

    **(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

    **(3)** Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **(2)**; and

    **(4)** Subtract the deductible from the figure determined in Step **(3)**.

    We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**F. Definitions**

  **1.** "Computer Equipment" means:

    **a.** Your programmable electronic equipment that is used to store, retrieve and process data. It includes their component parts and air conditioning, fire suppression equipment and electrical equipment used exclusively in your computer operations; and

    **b.** Associated peripheral equipment that provides communication including input and output functions such as printing or auxiliary functions such as data transmission.

    It does not include "data" and "media".

  **2.** "Data" means:

    **a.** Data stored on "media"; and

    **b.** Programming records used for electronic data processing or electronically controlled equipment.

  **3.** "Media" means electronic data processing, recording or storage media such as software, films, tapes, discs, drums or cells.

  **4.** The following definition of "period of restoration" applies to the Virus, Harmful Code Or Similar Instruction Additional Coverage and, for the purpose of that Additional Coverage, supersedes the definition of "period of restoration" in the Business Income And Extra Expense Coverage endorsement:

    "Period of restoration" means the period of time that:

    **a.** Begins immediately after the time of direct physical loss or damage caused by or resulting from a Covered Cause of Loss; and

    **b.** Ends on the earlier of:

      **(1)** The date when property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      **(2)** The date when "operations" are resumed.

    The expiration date of this Policy will not cut short the "period of restoration".

  **5.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

POLICY NUMBER: PE-4640484-01

# CONTRACTORS' EQUIPMENT DECLARATIONS

| COMPANY NAME AREA | PRODUCER NAME AREA |
|---|---|
| Argonaut Insurance Company | |

| Limits Of Insurance | | Deductible |
|---|---|---|
| **A. Scheduled Equipment** | | |
| ☐ As Per Schedule Of Equipment Attached To Policy | $ | $ |
| ☒ Schedule Of Equipment Dated: 02/10/2022 | $1,213,646 | $2,500 |
| **On File With "Us" In Our Office Located At:** | | |
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| **B. Blanket Unscheduled Equipment Owned By You (other than Miscellaneous Tools)** | | |
| 1. Any One Item | $5,000 | |
| 2. In Any One Occurrence | $100,000 | $2,500 |
| **C. Blanket Miscellaneous Tools Owned By You** | | |
| 1. Any One Item | $ | |
| 2. In Any One Occurrence | $ | $ |
| **D. All Covered Property In Any One Occurrence** | $1,313,646 | |

| Additional Coverages | |
|---|---|
| **Debris Removal Additional Limit** | $ |
| **False Pretense** | $ |
| **Rewards** | $ |
| **Additionally Acquired Property** | $ |
| **Employee Tools and Clothing** | |
| Per Employee | $ |
| In Any One Occurrence | $ |
| **Expediting Expense** | $ |
| **Fire Department Service Charge** | $ |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| | |
|---|---|
| **Fire Extinguishing Systems Expense** | $ |
| **Fuel, Accessories And Spare Parts** | $ |
| **Inventory And Appraisal Expense** | $ |
| **Pollutant Cleanup And Removal** | $ |
| **Rental Reimbursement** | |
| **Per Day** | $ |
| **In Any One Occurrence** | $ |
| **Waiting Period** | **Hours** |
| **Optional Coverages**<br>(Select all that apply) | |
| ☐ **Equipment Borrowed From Others** | |
| **Any One Item** | $ |
| **In Any One Occurrence** | $ |
| ☒ **Equipment Leased Or Rented From Others** | |
| **Any One Item** | $100,000 |
| **In Any One Occurrence** | $100,000 |
| ☐ **Equipment Loaned To Others** | |
| **Any One Item** | $ |
| **In Any One Occurrence** | $ |
| ☐ **Equipment Leased Or Rented To Others** | |
| **Any One Item** | $ |
| **In Any One Occurrence** | $ |
| ☐ **Waterborne** | |
| **Any One Item** | $ |
| **In Any One Occurrence** | $ |

| | |
|---|---|
| **Coinsurance (If Applicable)** | % |

| |
|---|
| **Valuation** |
| ☐ **Replacement Cost Applies for Covered Property not more than   years old** |

| Percentage Deductible | % |
|---|---|
| Minimum deductible | $ |
| Maximum deductible | $ |

☐ **The Percentage Deductible Applies To All Covered Property**

☐ **The Percentage Deductible Applies To Only the Described Covered Property:**

**Special Provisions (if any):**

Type of or list of equipment

# CONTRACTORS' EQUIPMENT COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

A. **Coverage**

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

1. **Covered Property**

Covered Property, as used in this Coverage Form, means the following property described in the Declarations or a Schedule on file with us:

Contractors' equipment owned by you or in your care, custody or control.

2. **Property Not Covered**

Covered Property does not include:

a. Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads. Except:

(1) Unlicensed vehicles which are not operated on public roadways; however, are built for public roadway use; or

(2) Self-propelled vehicles built and utilized for carrying equipment attached to them.

b. Aircraft or watercraft;

c. Plans, blueprints, designs or specifications;

d. Property while waterborne, except while in transit on ferries operating on the navigable waters of the Continental United States and Canada (other than to or from Alaska);

e. Property while under water or while being used in underground mining, tunneling or similar operations;

f. Property that you loan, lease or rent to others;

g. Contraband, or property in the course of illegal transportation or trade; or

h. Tools and clothing belonging to your employees;

i. Accessories, whether or not attached to Covered Property; or

j. Spare parts, which are specifically designed and intended for use in the maintenance and operation of Covered Property.

3. **Covered Causes Of Loss**

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

4. **Additional Coverages**

The Limits of Insurance shown in Paragraph **A.4.** Additional Coverages are provided within, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the Covered Property, except with respect to Debris Removal Additional Coverage in Paragraph **A.4.a.(3).**

a. **Debris Removal**

(1) We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss or damage to Covered Property; plus

(b) The deductible in this Policy applicable to that loss or damage.

(3) Payment under this Additional Coverage will not increase the applicable Limit of Insurance, but if:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $10,000, unless a different Limit of Insurance is shown in the Declarations in any one occurrence under this Additional Coverage.

(4) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

b. **False Pretense**

We will pay for loss or damage to Covered Property when you, your agents, consignees or customers voluntarily part with the covered property due to:

(1) Having accepted false bills of lading or shipping receipts; or

(2) Someone causing you to voluntarily part with the covered property by trick, scheme, device or under false pretense.

Coverage is excluded, for loss or damage to property which is otherwise covered, when the person committing the wrongful act is an employee.

The most we will pay under this Additional Coverage is $25,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations.

c. **Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 90 days after the property is first moved.

d. **Rewards**

(1) We will reimburse you for rewards paid as follows:

(a) Up to $10,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations, to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

(i) Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

(ii) The amount determined by the loss settlement procedure applicable to the Covered Property.

**(b)** Up to $10,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations, to an eligible person for the return of stolen Covered Property, when loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

**(i)** Replacement Cost based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

**(2)** This Additional Coverage applies subject to the following conditions:

**(a)** An eligible person means a person designated by a law enforcement agency as being the first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

**(i)** You or any family member;

**(ii)** Your employee or any of his or her family members;

**(iii)** An employee of a law enforcement agency;

**(iv)** An employee of a business engaged in property protection;

**(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(vi)** Any person involved in the crime.

**(b)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

**(c)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

**(d)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.

**5. Additional Coverages**

The Limits of Insurance shown in Paragraph **A.5.** Additional Coverages are separate from, and will not reduce, the Limit of Insurance shown in the Declarations as applicable to the Covered Property.

**a. Additionally Acquired Property**

If during the policy period you acquire additional property of a type already covered by this Coverage Form, we will cover such equipment for up to 60 days, but not beyond the end of the policy period.

The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit of Insurance shown in the Declarations for all scheduled equipment; or

**(2)** $250,000, unless a different Limit of Insurance is shown in the Declarations.

You will report values of such property to us within 60 days from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days after the date the property is acquired or at the end of the policy period, whichever occurs first.

**b. Employee Tools And Clothing**

We will pay for loss or damage to tools and clothing belonging to your employees that is caused by or results from a Covered Cause of Loss while:

**(1)** At job sites; or

**(2)** In transit in your vehicles.

With respect to this Additional Coverage provided, Paragraph **A.2.h.** is deleted.

The most we will pay under this Additional Coverage is $5,000 per occurrence, but not more than $1,000 per employee, unless different Limits of Insurance are shown in the Declarations.

**c. Expediting Expense**

With respect to loss or damage to Covered Property from a Covered Cause of Loss, we will pay for the extra cost you necessarily incur to:

**(1)** Make temporary repairs; and

**(2)** Expedite the permanent repairs or replacement of the damaged property.

The most we will pay under this Additional Coverage is $25,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations.

**d. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $10,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**e. Fire Extinguishing Systems Expense**

**(1)** We will pay:

**(a)** The cost of recharging your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) or replacing the fire extinguishers or fire extinguishing systems, whichever is less, when the need to recharge or replace is caused by a Covered Cause of Loss;

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $10,000 in any one occurrence, unless a different Limit of Insurance is shown in the Declarations.

**f. Fuel, Accessories And Spare Parts**

We will pay for loss or damage that is caused by or results from a Covered Caused of Loss to:

**(1)** Fuel, oil, grease, gasoline and other fluids necessary to operate Covered Property;

**(2)** Accessories, whether or not attached to Covered Property; and

**(3)** Spare parts that are specifically designed and intended for use in the maintenance and operation of Covered Property.

With respect to coverage provided in **f.(2)** and **f.(3)**, Paragraph **A.2.i.** and **A.2.j.** are deleted.

The most we will pay under this Additional Coverage is $10,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations.

**g. Inventory And Appraisal Expense**

We will pay for reasonable inventory and appraisal expenses made at our request and not due to a disagreement.

We will not pay for any expenses incurred, directed or billed by or payable to any public adjuster or public accountants or any costs as provided in the Loss Conditions – Appraisal under the Commercial Inland Marine Conditions form.

The most we will pay under this Additional Coverage is $25,000 per occurrence, unless a different Limit of Insurance is shown in the Declarations.

**h. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $25,000, unless a different Limit of Insurance is shown in the Declarations, for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this Policy.

**i. Rental Reimbursement**

**(1)** We will pay you the actual rental expenses for renting equipment when all of the following apply:

**(a)** You have a loss to Covered Property;

**(b)** The equipment is necessary to continue as much as possible the normal operations or work in process; and

**(c)** You do not have the equivalent, idle equipment available.

**(2)** Payment is limited to expense incurred during the period immediately following a 72-hour waiting period, unless a different waiting period is shown in the Declarations, after the covered loss occurs and ending when the Covered Property has been:

**(a)** Replaced;

**(b)** Restored to service; or

**(c)** Is no longer needed;

whichever occurs first.

Our payment will not be limited by the expiration date of this Policy.

**(3)** You and we agree that the Covered Property involved in the loss will be repaired promptly.

The most we will pay under this Additional Coverage is $10,000 per occurrence, but not more than $500 per day, unless different Limits of Insurance are shown in the Declarations.

**B. Optional Coverages**

The following Optional Coverages apply if they are selected on the Declarations:

**1. Equipment Borrowed From Others**

We will pay for loss or damage to contractors' equipment that you borrow from others and that is in your care, custody or control and that is caused by or results from a Covered Cause of Loss. This coverage does not apply to any Covered Property specifically scheduled in the Declarations.

The most we will pay under this Optional Coverage is the applicable Limit of Insurance shown in the Declarations.

The limit for this Optional Coverage is in addition to the Limit of Insurance.

**2. Equipment Leased Or Rented From Others**

We will pay for loss or damage to contractors' equipment that you lease or rent from others under a written agreement and are held legally liable and that is caused by or results from a Covered Cause of Loss. This coverage does not apply to any Covered Property specifically scheduled in the Declarations.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The most we will pay under this Optional Coverage is the applicable Limit of Insurance shown in the Declarations.

The limit for this Optional Coverage is in addition to the Limit of Insurance.

**3. Equipment Loaned To Others**

We will pay for loss or damage to contractors' equipment you own but loan to others for a period of less than 12 months and that is caused by or results from a Covered Cause of Loss.

With respect to this Optional Coverage provided, "loan" is deleted from Paragraph **A.2.f.**

The most we will pay under this Optional Coverage is the applicable Limit of Insurance shown in the Declarations.

This Optional Coverage does not increase the applicable Limit of Insurance for Covered Property shown in the Declarations.

**4. Equipment Leased Or Rented To Others**

We will pay for loss or damage to contractors' equipment you own but lease or rent to others under a written agreement and that is caused by or results from a Covered Cause of Loss.

With respect to this Optional Coverage provided, "lease or rent" is deleted from Paragraph **A.2.f.**

The most we will pay under this Optional Coverage is the applicable Limit of Insurance shown in the Declarations.

This Optional Coverage does not increase the applicable Limit of Insurance for Covered Property shown in the Declarations.

**5. Waterborne**

We will pay for loss or damage to Covered Property while waterborne that is caused by or results from a Covered Cause of Loss.

With respect to this Optional Coverage provided, Paragraph **A.2.d.** is deleted.

The most we will pay under this Optional Coverage is the applicable Limit of Insurance shown in the Declarations.

This Optional Coverage does not increase the applicable Limit of Insurance for Covered Property shown in the Declarations.

**C. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **C.1.a.** through **C.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**c.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

**d.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense, except as provided in the Additional Coverages, Section **A.4.b.** False Pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**h.** Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Wear and tear, depreciation.

   b. Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

   c. Insects, vermin, rodents.

   d. Corrosion, rust.

   e. Mechanical breakdown or failure of the Covered Property.

D. **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

E. **Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

If a percentage deductible is shown in the Declarations to determine the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Declarations) of the value of the property that has sustained loss or damage, subject to any minimum or maximum dollar amount shown in the Declarations. The value of the property damaged is the actual cash value, unless a different valuation applies for such property.

In the event that more than one Deductible applies to loss or damage as a result of one occurrence, we will apply only the largest Deductible.

F. **Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. **Coverage Territory**

   a. We cover property wherever located within:

      (1) The United States of America (including its territories and possessions);

      (2) Puerto Rico; and

      (3) Canada.

   b. We also cover property being shipped by air within and between points in Paragraph **a.**

2. **Coinsurance**

   If a Coinsurance percentage is shown in the Declarations, the following condition applies:

   We will not pay the full amount of any loss or damage if the value of an item of Covered Property at the time of loss or damage times the Coinsurance percentage is greater than the Limit of Insurance for the item.

   Instead, we will determine the most we will pay using the following steps:

   a. Multiply the value of the item of Covered Property at the time of loss or damage by the Coinsurance percentage;

   b. Divide the Limit of Insurance of the property by the figure determined in Step **a.;**

   c. Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **b.;** and

   d. Subtract the deductible from the figure determined in Step **c.**

We will pay the amount determined in Step **d.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This provision does not apply to blanket property, Additional Coverages or Optional Coverages.

**3. Valuation**

When Replacement Cost for Covered Property not more than five years old (unless a different age is shown in the Declarations) as of the expiration of this Policy, based on the manufacturer's model year, is shown as applying in the Declarations the **Valuation** General Condition in the Commercial Inland Marine Conditions is replaced by the following:

We will determine the value of Covered Property in the event of a loss or damage at replacement cost as of the time of loss or damage. Replacement cost is the cost to replace Covered Property at the time of loss or damage without deduction for depreciation.

**a.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage replacement cost provides if you notify us of your intent to do so within 180 days after the loss or damage.

**b.** We will not pay on a replacement cost basis for any loss or damage:

   **(1)** Until the lost or damaged property is actually repaired or replaced; and

   **(2)** Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage.

   Instead, we will pay on actual cash value basis.

**c.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**:

   **(1)** The Limit of Insurance applicable to the lost or damaged property;

   **(2)** The cost to replace the lost or damaged property with other property:

      **(a)** Of comparable material and quality; and

      **(b)** Used for the same purpose; or

   **(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**d.** With respect to replacement cost on the property of others, the following limitation applies:

   If an item(s) of property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

## G. Definitions

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

POLICY NUMBER: PE-4640484-01

# MISCELLANEOUS PROPERTY DECLARATIONS

| COMPANY NAME AREA | PRODUCER NAME AREA |
|---|---|
| Argonaut Insurance Company | |

| Limits Of Insurance | | Deductible |
|---|---|---|
| A. Scheduled Property | | |
| ☐ Schedule of Equipment Dated: | $ | $ |
| Emergency - Fire Equipment | $ | $ |
| Emergency - Fire Trucks | $ | $ |
| Emergency - Police Equipment | $ | $ |
| Emergency - All Other Equipment (NOC) | $ | $ |
| Musical Instruments | $ | $ |
| Watercraft | $ | $ |
| All Other (NOC - Not Otherwise Classified) | $35,200 | $2,500 |
| B. Blanket Unscheduled Property Owned By You | | |
| ☒ If checked, see SCHEDULE on Miscellaneous Property Blanket Coverage Endorsement CM5033 | | |
| 1. Any One Item | $ | |
| 2. In Any One Occurrence | $ | $ |
| C. All Covered Property Included In Any One Occurrence | $81,300 | |

| Additional Coverages | |
|---|---|
| Debris Removal Additional Limit | $ |
| False Pretense | $ |
| Commandeered Property | $ |
| Pollutant Cleanup And Removal | $ |
| Additional Acquired Property | $ |
| | Days |
| Rewards | |
| Arrest And Conviction (Section A.4.c.(1)(a)) | $ |
| Return Of Stolen Property (Section A.4.c.(1)(b)) | $ |
| Inventory And Appraisal | $ |
| Rental Reimbursement | |
| Per Day | $ |

| In Any One Occurrence | $ |
|---|---|

| If Checked | ☐ | The Theft From Any Unattended Vehicle Exclusion Does Not Apply. |
|---|---|---|

☐ **COINSURANCE Applies**

**Valuation**

☐  **Replacement Cost Applies**

**Special Provisions (if any):**


ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISCELLANEOUS PROPERTY BLANKET COVERAGE

This endorsement modifies insurance provided under the following:

MISCELLANEOUS PROPERTY COVERAGE FORM

### SCHEDULE

| Miscellaneous property consisting principally of: | Limits Of Insurance | | Deductible applicable to this endorsement |
|---|---|---|---|
| | Per Item | Per Any One Occurrence | |
| **Traffic Lights** | $5,000 | $46,100 | $2,500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Section A. **Coverage, 1. Covered Property** is amended by the addition of the following:

Covered Property:

**a.** You own or is in your care, custody or control; and not specifically scheduled in the Declarations; and

**b.** Of the type and subject to the Limits of Insurance shown in the SCHEDULE above.

The Coinsurance Additional Condition does not apply to this endorsement.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

# MISCELLANEOUS PROPERTY COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

A. **Coverage**

We will pay for loss of or damage to Covered Property from any of the Covered Causes of Loss.

1. **Covered Property**

Covered Property, as used in this Coverage Form, means the property described in the Declarations or a Schedule on file with us that:

**a.** You own; or

**b.** Is in your care, custody or control.

2. **Property Not Covered**

Covered Property does not include:

**a.** Real Property;

**b.** Aircraft or Watercraft;

**c.** Vehicles or self-propelled machines that are licensed for use on public roads;

**d.** Property after it is sold and delivered or otherwise disposed of, including property sold under a deferred payment sales agreement;

**e.** Contraband or property in the course of illegal transportation or trade;

**f.** Fine Arts, accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities; or

**g.** Property while waterborne except while in transit in the custody of a carrier for hire.

3. **Covered Causes Of Loss**

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

4. **Additional Coverages**

The Limits of Insurance shown in Paragraph **A.4.** Additional Coverages are provided within, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the Covered Property, except with respect to Debris Removal Additional Coverage in Paragraph **A.4.a.(3).**

**a. Debris Removal**

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

**(b)** The deductible in this Policy applicable to that loss or damage.

**(3)** Payment under this Additional Coverage will not increase the Limit of Insurance stated in the Declarations as applicable to the Covered Property, but if:

    **(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    **(b)** The debris removal expense exceeds the amount payable under the 25% limitation;

    we will pay up to an additional $10,000 in any one occurrence, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations.

  **(4)** This Additional Coverage does not apply to costs to:

    **(a)** Extract "pollutants" from land or water; or

    **(b)** Remove, restore or replace polluted land or water.

**b. False Pretense**

We will pay for loss or damage to Covered Property when you, your agents, consignees or customers voluntarily part with the covered property due to:

**(1)** Having accepted false bills of lading or shipping receipts; or

**(2)** Someone causing you to voluntarily part with the covered property by trick, scheme, device or under false pretense.

Coverage is excluded, for loss or damage to property which is otherwise covered, when the person committing the wrongful act is an employee.

The most we will pay under this Additional Coverage is $25,000 per occurrence, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations.

**c. Rewards**

**(1)** We will reimburse you for rewards paid as follows:

  **(a)** Up to $10,000 per occurrence, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations, to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss or damage to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

    **(i)** Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

    **(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property.

  **(b)** Up to $10,000 per occurrence, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations, to an eligible person for the return of stolen Covered Property, when loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

    **(i)** Replacement Cost based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

    **(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

**(2)** This Additional Coverage applies subject to the following conditions:

  **(a)** An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

    **(i)** You or any family member;

    **(ii)** Your employee or any of his or her family members;

    **(iii)** An employee of a law enforcement agency;

    **(iv)** An employee of a business engaged in property protection;

    **(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

    **(vi)** Any person involved in the crime.

  **(b)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

  **(c)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

  **(d)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.

## d. Commandeered Property

You may extend the insurance that applies to your Covered Property to "portable emergency equipment" of others that you commandeer, borrow, seize, or take over for official use during an "emergency operation".

If there is a direct physical loss or damage to commandeered "portable emergency equipment" during the policy period that is payable under this extension, we will also pay for any resulting loss of use of "portable emergency equipment" occurring during:

  **(1)** The time subsequent to the direct physical loss or damage while you officially use or retain the commandeered "portable emergency equipment" to handle an "emergency operation" plus the reasonable time necessary to return the property; and

  **(2)** The time after return of the commandeered "portable emergency equipment" reasonably necessary to repair or replace the commandeered property.

The most we will pay for a loss or damage under this extension is $10,000.

"Portable emergency equipment" means portable firefighting or rescue equipment that you commandeer, borrow, seize, or take over for official use to assist in an "emergency operation".

"Emergency operation" means actions:

  **(a)** Which are urgent responses for protection of property, human life, health or safety:

  **(b)** Which result from performing or attempts to perform firefighting, rescue or emergency medical services, including the stabilizing or securing of an emergency scene; and

  **(c)** Which are sanctioned by the police department, fire department, emergency, first-aid or rescue squad insured under this policy.

Each loss for Commandeered Property covered by this Additional Coverage is subject to a $250 deductible.

## 5. Additional Coverages

The Limits of Insurance shown in Paragraph **A.5.** Additional Coverages are separate from, and will not reduce, the Limit of Insurance shown in the Declarations as applicable to the Covered Property.

## a. Additional Acquired Property

If during the policy period you acquire additional property of a type already covered by this Coverage Form, we will cover such property for up to 60 days, but not beyond the end of the policy period. The most we will pay for loss or damage is the lesser of:

  **(1)** 25% of the total Limit of Insurance shown in the Declarations for all individually listed and described items; or

  **(2)** $25,000 for any one item, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations.

You will report values of such property to us within 60 days, unless a greater number of days are shown in the Declarations, from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days, unless a greater number of days is shown in the Declarations, after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

**b. Inventory And Appraisal Expense**

We will pay for reasonable inventory and appraisal expenses made at our request and not due to a disagreement.

We will not pay for any expenses incurred, directed or billed by or payable to any public adjuster or public accountants or any costs as provided in the Loss Conditions – Appraisal under the Commercial Inland Marine Conditions form.

The most we will pay under this Additional Coverage is $1,000 per occurrence, unless a different Limit of Insurance is shown for this Additional Coverage in the Declarations.

**c. Pollutant Cleanup And Removal**

We will pay your expenses to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $10,000, unless a different Limit of Insurance is shown in the Declarations, for the sum of all covered expenses resulting from a Covered Cause of Loss occurring during each separate 12-month period of this policy.

**d. Rental Expense Reimbursement**

**(1)** We will pay you the actual rental expenses for renting equipment when all of the following apply:

**(a)** You have a loss to Covered Property;

**(b)** The equipment is necessary to continue as much as possible the normal operations or work in process; and

**(c)** You do not have the equivalent, idle equipment available.

**(2)** Payment is limited to expense incurred during the period immediately following a 72-hour waiting period, after the covered loss occurs and ending when the Covered Property has been:

**(a)** Replaced;

**(b)** Restored to service; or

**(c)** Is no longer needed;

whichever occurs first.

Our payment will not be limited by the expiration date of this policy.

You and we agree that the Covered Property involved in the loss will be repaired promptly.

The most we will pay under this Additional Coverage is $1,500 per occurrence, but not more than $75 per day, unless different Limits of Insurance are shown in the Declarations.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Denting, chipping, marring, scratching.

**b.** Delay, loss of use, loss of market or any other consequential loss. This exclusion does not apply to commandeered "portable emergency equipment".

**c.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**d.** Processing or work upon the property.

But if processing or work upon the property results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

**e.** Theft from any unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry. But this exclusion does not apply to property in the custody of a carrier for hire.

This Theft From Any Unattended Vehicle Exclusion applies unless otherwise indicated in the Declarations.

**f.** Unexplained disappearance.

**g.** Shortage found upon taking inventory.

**h.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within property covered under this Coverage Form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

This exclusion only applies to loss or damage to that property in which the disturbance occurs.

**i.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense, except as provided in Section **A.4.b.,** the False Pretense Additional Coverage.

**j.** Unauthorized instructions to transfer property to any person or to any place.

**k.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l.** Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, depreciation.

**b.** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

**c.** Mechanical breakdown (including rupture or bursting caused by centrifugal force), malfunction or failure to operate.

**d.** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**e.** Dampness or dryness of atmosphere.

**f.** Changes in or extremes of temperature.

However, with respect to Paragraphs **3.c., 3.e.** and **3.f.,** we will pay for such loss or damage caused directly by fire, lightning, explosion, windstorm or hail, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by "accident" of the vehicle carrying the property if these causes of loss would be covered under this Coverage Form.

## C. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. Deductible

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

In the event that more than one Deductible applies to loss or damage as a result of one occurrence, we will apply only the largest Deductible.

E. **Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. **Coverage Territory**

   a. We cover property wherever located within:

      (1) The United States of America (including its territories and possessions);

      (2) Puerto Rico; and

      (3) Canada.

   b. We also cover property being shipped by air within and between points in Paragraph **a.**

2. **Coinsurance**

   When Coinsurance for Covered Property is shown as applying in the Declarations, all items must be covered for their total value as of the time of loss or damage or you will incur a penalty.

   The penalty is that we will pay only the proportion of any loss or damage to these items that the Limit of Insurance shown in the Declarations for them bears to their value as of the time of loss or damage. We will use the following steps:

   a. Divide the Limit of Insurance of the lost or damaged item of Covered Property by the value of the item at the time of loss or damage;

   b. Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **a.;** and

   c. Subtract the deductible from the figure determined in Step **b.**

   We will pay the amount determined in Step **c.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

3. **Valuation**

   When Replacement Cost for Covered Property is shown as applying in the Declarations, the General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

   a. If replaced, the value of Covered Property will be the cost of replacing that property with similar property without depreciation, but not more than the Limit of Insurance shown in the Declarations.

   b. If not replaced, the value of that property will be the least of the following:

      (1) Actual cash value of that property;

      (2) Cost of reasonably restoring that property to its condition immediately before loss or damage; or

      (3) Cost of replacing that property with functionally equivalent property.

   c. In the event of loss, the value of the property will be determined at the time of loss.

F. **Definitions**

1. "Accident" means:

   a. Upset or overturn of the transporting vehicle; or

   b. Accidental contact of the transporting vehicle with another vehicle or object, but not including:

      (1) The roadbed or curbing;

      (2) Rails or ties of street, steam or electric railroad; or

      (3) Any stationary object while backing for loading or unloading purposes.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

 © ISO Properties, Inc., 2003

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

    In case of loss or damage to any part of a pair or set we may:

    **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

    **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

    In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

 © ISO Properties, Inc., 2003

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

© ISO Properties, Inc., 2003

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – COMMUNICABLE DISEASE, VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following **Exclusion** is added:

We will not pay for any loss or damage arising directly or indirectly out of any actual or alleged:

**Communicable Disease, Virus Or Bacteria**

**(1)** Communicable disease; or

**(2)** Virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER EVENT

Except as stated in Paragraph B., the exclusion in Paragraph A. applies to all coverage under all forms and endorsements that comprise the Coverage Part or Policy to which this endorsement is attached, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, rental value, extra expense, action of civil authority, or utility services, whether on a direct or indirect damage basis.

**A. Cyber Event Exclusion**

We will not pay for loss, damage, costs or expense caused directly or indirectly by any of the following. Such loss, damage, costs and expenses are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**1. Computer Virus or Software**

Including but not limited to any software, program, instructions, code or data that:

**a.** Infiltrates and disrupts computer operations;

**b.** Accesses, acquires, collects, gathers, transmits, alters or damages instructions, information or data, including but not limited to personally identifiable information or other personal data, confidential information or "electronic data";

**c.** Gains access to "computer systems"; or

**d.** Affects the operation or functionality of "computer systems", "computer networks" or "electronic data".

Computer virus or software also includes but is not limited to any computer code, worm, logic bomb, smurf attack, malware, Trojan horse, spyware, rootkits, ransomware, adware, keyloggers, rogue security software, destructive program, or malicious browsers, whether or not self-propagating.

**2. Cyber Extortion**

Including but not limited to a threat or series of threats made to:

**a.** Prevent access of authorized users to "computer systems", "computer networks" or "electronic data";

**b.** Introduce any computer virus or software as described in A.**1.** above into "computer systems", "computer networks" or "electronic data";

**c.** Conduct a cyber attack as described in A.**3.** below;

**d.** Gain access that otherwise would be unauthorized to "computer systems", "computer networks" or "electronic data"; or

**e.** Release, disclose, misuse, alter or destroy instructions, information or data, including but not limited to personally identifiable information or other personal data, confidential information or "electronic data".

Cyber extortion also includes any illegal demand for payment, including but not limited to payment in money or cryptocurrency, to unlock any computer, "computer systems" or "computer network", or to not do, undo or mitigate A.**2.a.**, A.**2.b.**, A.**2.c.**, A.**2.d.**, or A.**2.e.** above. However, a threat to do any of the above that is not accompanied by a demand for payment also is considered to be cyber extortion.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

   **3. Cyber Attack**

Attack on or vandalism of "computer systems", "computer networks" or "electronic data", including but not limited to a "denial-of-service attack".

**B. Exceptions**

The following exception to the exclusion in Paragraph A. applies:

**1.** To the extent that any part of the exclusion in Paragraph A. conflicts with an Additional Coverage, Coverage Extension or sublimited coverage granted elsewhere under this Coverage Part or Policy, that part of the exclusion does not apply. The preceding reference to an Additional Coverage, Coverage Extension and sublimited coverage does not mean that any of these have been included with this Policy. Additional Coverages, Coverage Extensions, or sublimited coverages are provided under this Coverage Part or Policy only as stated in and documented by one of the Coverage Forms or Endorsements included with this Coverage Part or Policy.

**C. Definitions**

The following definitions are added with respect to the provisions of this endorsement:

**1.** "Computer systems" means Information Technology (IT), data processing, industrial process control and communication systems, as well as any other item or element of hardware or associated software, including but not limited to IT infrastructure, software or equipment used for the purpose of creating, accessing, processing, protecting, monitoring, storing, backing up, retrieving, displaying or transmitting data. "Computer systems" also includes but is not limited to IT and mobile devices such as mobile phones, tablet devices, laptops, external drives, CD-ROMs, DVD-ROMs, magnetic tapes, magnetic disks or USB sticks that process, record, transmit or store data, as well as network equipment and associated input and output devices.

**2.** "Computer network" means a group of "computer systems" and other computing hardware devices or network facilities connected by a form of communication technology, including but not limited to those connected to or by the internet, any intranet and virtual private networks (VPNs), allowing the networked computing devices to, among other things, exchange data.

**3.** "Denial-of-service attack" means any attack leading to a total or partial deprivation, disruption or unavailability of "computer systems" or "computer networks" temporarily or permanently, such that they are non-functional in whole or in part, or otherwise unavailable to anticipated users of such "computer systems" or "computer networks". The term "denial-of-service attack" includes but is not limited to a distributed attack in which multiple compromised systems are used to deluge or overload "computer systems" or "computer networks" with an incoming stream or requests or data, volumetric and application-specific attacks, and attacks targeting specific "computer systems", entities or individuals.

**4.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software that are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions that direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy No. PE-4640484-01                Renewal of: PE-4640484-00

**NAMED INSURED:**

Village of Wellington
115 Willard Memorial Sq.
Wellington, OH  44090

**ITEM 1.  POLICY PERIOD:**

**FROM:**  02/15/2022          **TO:**  02/15/2023
12:01 A.M. standard time at your mailing address shown above.

**ITEM 2. LIMITS OF INSURANCE**

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations) | $3,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $3,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 |
| EMPLOYEE BENEFITS | $1,000,000 |
| MEDICAL PAYMENTS  (Any One Person) | NO COVERAGE |

**ITEM 3.  RETROACTIVE DATE** (if applicable):

**ITEM 4.  FORMS AND ENDORSEMENTS  CONTAINED IN THIS POLICY AT ITS INCEPTION:**

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**ITEM 5.  TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART:** $38,013

GL-DEC (07/00)              © Copyright Argonaut Insurance Group 2000.  All rights reserved.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

**(2)** The "bodily injury" or "property damage" occurs during the policy period.

**c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

   **(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape    from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

   **(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

   **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** Arising out of a criminal act committed by or at the direction of any insured;

**(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(9)** Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section; or

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

  **(1)** First aid administered at the time of an accident;

  **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

  **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Coverage **A.**

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

  **(1)** Agrees in writing to:

    **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

    **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

    **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

    **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

    (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

    (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

    (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

    (d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

    (a) Owned, occupied or used by,

    (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage C;

**b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage A; and

**b.** Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

**b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

**c.** All parts of the world if:

  **(1)** The injury or damage arises out of:

    **(a)** Goods or products made or sold by you in the territory described in **a.** above; or

    **(b)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

  **(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

  **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

  **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

  **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(1)** You;

**(2)** Others trading under your name; or

**(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**21.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** The providing of or failure to provide warnings or instructions.

Argonaut Insurance Group
Copyright, Insurance Services Office Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL EXCLUSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

If excluded below, no coverage applies for any claim involving any:

| EXCLUSION APPLIES | EXCLUSION DOES NOT APPLY | | |
|---|---|---|---|
| ☐ | ☒ | 1. | Firework Display or Exhibition; |
| ☒ | ☐ | 2. | Ski Facility; |
| ☒ | ☐ | 3. | Aircraft, Airfield, Runway, Hangar, Terminal or other property in connection with aviation activities; |
| ☒ | ☐ | 4. | Medical Clinic; |
| ☒ | ☐ | 5. | Hospital, Nursing Home or other type of medical facility; |
| ☒ | ☐ | 6. | Public Housing Project or Authority; |
| ☒ | ☐ | 7. | Public Gas Utility; |
| ☐ | ☒ | 8. | Public Water Utility; |
| ☐ | ☒ | 9. | Public Electric Utility; |
| ☒ | ☐ | 10. | Public School District or System; |
| ☒ | ☐ | 11. | Activity or function by or on behalf of any law enforcement agency or any agent thereof and/or activity or function related to the administration of the criminal justice system; |
| ☒ | ☐ | 12. | Jail, Penal Institution or similar type facility; |
| ☒ | ☐ | 13. | Impairment, deprivation or destruction of property, including loss of use thereof, resulting from proceedings in eminent domain or from inverse condemnation, by whatever name called; |
| ☒ | ☐ | 14. | Waterslide; |
| ☒ | ☐ | 15. | Organized or sponsored racing or stunting involving wheeled vehicles including skateboards and roller skating; |
| ☒ | ☐ | 16. | Circus, amusement park or traveling enterprise offering amusement; |
| ☒ | ☐ | 17. | Personal Injury to public officials; |
| ☒ | ☐ | 18. | Day Care, Day Camp, Nursery or similar facility; |
| ☒ | ☐ | 19. | Public Transportation System, including but not limited to transport, operations and premises; |

 © Copyright Argonaut Insurance Group 2000.  All rights reserved.

| EXCLUSION APPLIES | EXCLUSION DOES NOT APPLY | | |
|---|---|---|---|
| ☒ | ☐ | 20. | Rodeo; |
| ☐ | ☒ | 21. | Dams over 25 feet in height or any Levees, Dikes; |
| ☒ | ☐ | 22. | Golf Course; |
| ☒ | ☐ | 23. | Professional Services provided by any Doctors, Lawyers, Engineers or Architects; |
| ☒ | ☐ | 24. | Fire District or Department; |
| ☒ | ☐ | 25. | Emergency Medical Service; |
| ☒ | ☐ | 26. | Landfill, Dump, Refuse Site or Incinerator; |
| ☒ | ☐ | 27. | Bodily Injury, Property Damage, Personal Injury or Advertising Injury arising out of the ingestion, inhalation or absorption of lead in any form. |
| ☐ | ☒ | 28. | Sewer System |
| ☐ | ☐ | 29. | |

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations, clarifications or special conditions on the application of this endorsement):

     © Copyright Argonaut Insurance Group 2000.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - COVERAGE C - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

Coverage  C. MEDICAL PAYMENTS (Section I) does not apply and none of the references to it in the Coverage Part apply.

©Copyright Argonaut Insurance Group 2000. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

    **(1)** Whether the insured may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

    **(1)** Whether the insured may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SEXUAL ABUSE OR MOLESTATION LIABILITY SUBLIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Sexual Abuse or Molestation Sublimit EACH OCCURRENCE LIMIT: $1,000,000

Sexual Abuse or Molestation Sublimit AGGREGATE LIMIT: $1,000,000

Sexual Abuse or Molestation Bodily Injury and Personal Injury PER CLAIMANT DEDUCTIBLE: N/A

PREMIUM: Included

WITH RESPECT TO "BODILY INJURY" OR "PERSONAL INJURY" ARISING FROM SEXUAL ABUSE OR MO-LESTATION:

**A. 1.** Our obligation under the "bodily injury" or "personal injury" liability coverage to pay damages and claim expenses on your behalf applies only to the amount of damages and claim expenses in excess of the Sexual Abuse or Molestation Bodily Injury And Personal Injury Per Claimant Deductible amount stated in the Schedule above.  Aggregate limits will not be reduced by the application of the deductible.

**2.** The Sexual Abuse or Molestation Bodily Injury And Personal Injury Per Claimant Deductible amount applies separately to all damages and claim expenses because of "bodily injury" or "personal injury" sustained by each claimant as the result of any "occurrence".

**3.** The terms of this insurance, including those with respect to:

**(a)** our right and duty to defend any "suits" seeking those damages; and

**(b)** your duties in the event of an "occurrence", claim or suit

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to investigate or effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount that has been paid by us.

**B.** Paragraph 1. of **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

**1.** The limits of insurance shown in the declarations, or in the Schedule of this endorsement, and the rules below for the most we will pay regardless of the number of:

**(a)** Insureds;

**(b)** Claims made or "suits" brought; or

**(c)** Persons or organizations making claims or bringing "suits".

**C.** The following are added to **SECTION III - LIMITS OF INSURANCE**:

**8.** Subject to **2.** or **3.** above, whichever applies, the Sexual Abuse or Molestation Sublimit Aggregate Limit shown in the Schedule is the most we will pay for the sum of damages under coverage A. because of "bodily injury" or coverage B. because of "personal injury" arising from Sexual Abuse or Molestation.

**9.** Subject to **5.** above, the Sexual Abuse or Molestation Sublimit Each Occurrence Limit shown in the schedule is the most we will pay for the sum of damages under **COVERAGE A.** because of all "bodily

 © Copyright Argonaut Insurance Group 2000.  All rights reserved.

injury" or **COVERAGE B**. "personal injury" arising out of any one Sexual Abuse or Molestation "occurrence".

**D.**   As used in this endorsement, Sexual Abuse or Molestation means:

    **1.**   The actual or threatened sexual abuse or molestation by any person.  This includes claims resulting from negligent employment, investigation, supervision or retention of any person; or

    **2.**   The negligent reporting of or failure to report suspected, actual or threatened sexual abuse or molestation to the proper persons or authorities.

          © Copyright Argonaut Insurance Group 2000.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Exclusion f.** under paragraph **2., Exclusions** of **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** of **SECTION I - COVERAGES** is replaced by the following:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

  **(b)** Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste.  Waste includes material to be recycled, reconditioned or reclaimed.

© Copyright Argonaut Insurance Group 2000.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury," "personal injury" or "property damage" arising out of the actual, alleged or threatened exposure to asbestos; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of asbestos; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of asbestos.

   © Copyright Argonaut Insurance Group 2000.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GOVERNMENTAL SUBDIVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. **SECTION V – DEFINITIONS**, Item 12. "Mobile equipment", paragraph **b.** is replaced with the following:

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    b. Vehicles maintained for use solely on or next to premises you own or rent. However, any land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus that is attached) owned or leased by you shall be deemed an "auto" and not "mobile equipment" if the only reason for considering it "mobile equipment" is that it is maintained for use exclusively on streets or highways owned by you.

Copyright, Argonaut Insurance Group 2000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CEMETERY PROFESSIONAL LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1. Insuring Agreement**

We will pay those sums that the insured becomes legally obligated to pay as damages for loss arising out of:

**a.** "Bodily Injury" or mental anguish, sustained by any person due to the rendering of or failure to render any professional services in the conduct of the insured's cemetery operations.

**b.** Injury to or loss of use or destruction of deceased human bodies, clothing therefor, ashes thereof after legal cremation, urns, caskets, casket cases, crypts, mauso- leums or other facilities for the care or burial of a deceased human body, belonging to others and in the care, custody or control of the insured for the purpose of burying or caring for a deceased human body, where that injury, loss of use or destruction is caused by an "occurrence" and arises out of the conduct of the insured's cemetery operations.

**2. Exclusions**

This insurance shall not apply:

**a.** To any "occurrence" in which the Insured knowingly commits any criminal act. It is understood that this exclusion shall not apply to an act done in good faith at the request of a public official having apparent authority to require or permit such act.

**b.** To any liability assumed by the insured under any contract or agreement.

**c.** To "occurrences" arising out of the ownership, maintenance or use of any "auto" while away from any premises owned, rented or controlled by the insured; but this exclusion shall not apply to any "occurrence" resulting solely in mental anguish, unaccompanied by bodily injury, sickness or disease.

**d.** To "bodily injury" or sickness, disease, death, or mental anguish of any employee of the named insured while engaged in the employment of the insured, or to any obligation for which the insured may be held liable under any workers' compensation law.

**e.** To any loss to caskets, casket cases, urns, crypts or the fittings, linings or cases thereof, or other goods, or materials held by the insured as stock or on consignment prior to sale.

     © Copyright Argonaut Insurance Group 2000. All rights reserved.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## INSURING AGREEMENTS

**1.  Coverages**

    **a.**  To pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages on account of any claims made against the insured by any employee, former employee or the beneficiaries or legal representatives thereof, and caused by the negligent act, error or omission of the insured or any other person for whose acts the insured is legally liable, which occurs during the policy period, in the administration of the insured's employee benefits program as defined herein.

    **b.**  It is agreed that $1,000 shall be deducted from the total amount paid by the Company as the result of each occurrence covered by this policy and the Company shall be liable for loss only in excess of such amount.  All loss arising out of continuous or repeated exposure to the same general conditions shall be considered as arising out of one occurrence.  It is further understood and agreed that in the event of any claim, irrespective of the amount, notice thereof shall be given to the Company, or any of its authorized agents, by or on behalf of the insured, in accordance with the terms of the policy and the Company may, at its option, investigate such claims or negotiate or settle any claim.  If the Company undertakes to negotiate or settle any such claim, the insured agrees to join the company in such negotiation or settlement to the extent of the amount to be deducted herein provided,  or to reimburse the Company for such deductible amount, if and when such a claim is paid by the Company.

    **c.**  The DEFENSE, SETTLEMENT and SUPPLEMENTARY PAYMENTS provisions of the policy shall apply as respects the insurance hereby afforded.

    **d.**  TERRITORY:  As respects the insurance hereby afforded this endorsement applies only to claims under the legal jurisdiction of a court of law or a court of equity with the United States of America, its territories or possessions or Canada.

## DEFINITIONS

**1.  Insured:** The unqualified word "insured" wherever used in relation to the insurance afforded hereby, includes not only the named insured but also any partner, executive officer, director, stockholder or employee, provided such employee is authorized to act in the administration of the insured's employee benefit programs.

**2.  Employee Benefits:** The term "employee benefits" shall mean group life insurance, group health insurance, profit sharing plans, pension plans, employee stock subscription plans, employee travel, vacation or savings plans, workers compensation, unemployment insurance, social security and disability benefits insurance.

**3.  Administration:** As respects the insurance afforded hereby, the unqualified word "administration" wherever  used shall mean:

    **a.**  giving counsel to employees with respect to the employee benefits programs;

    **b.**  interpreting the employee benefit programs;

    **c.**  handling of records in connection with the employee benefit programs;

    **d.**  effecting enrollment, termination or cancellation of employees under the employee benefit programs;

provided  all such acts are authorized by the named insured.

## EXCLUSIONS

The insurance afforded by this endorsement does not apply to:

**1.**  Any dishonest, fraudulent, criminal or malicious act, libel, slander, discrimination or humiliation;

**2.**  Bodily injury to, or sickness, disease or death, of any person, or injury to or destruction of any tangible property, including the loss of use thereof;

**3.**  Any claim for failure of performance of contract by an insurer;

4. Any claim based upon the insured's failure to comply with any law concerning Workers Compensation, Unemployment Insurance, Social Security or Disability Benefits;

5. Any claim based upon failure of stock to perform as represented by an insured;

6. Any claim based upon advice given by an insured to an employee of the named insured to participate or not to participate in stock subscription plans;

7. Any claim based upon any actual or alleged error or omission or breach of duty, committed or alleged to have been committed by a trustee, in the discharge of fiduciary duties, obligations or responsibilities imposed by the Federal Employee Retirement Income Security Act of 1974 or the Consolidated Omnibus Budget Reconciliation Act of 1986.

## CONDITIONS

The conditions of the policy entitled "Insured's Duties in the Event if Occurrence, Claim or Suit", "Action Against Company", "Other Insurance", "Subrogation", Changes, "Assignment" and "Cancellation" apply to the insurance afforded hereby and the following Conditions apply:

1. LIMITS OF LIABILITY: The limit of liability stated in the Declarations as applicable to "each occurrence" is the limit of the company's liability for all damages incurred on account of any claim covered hereunder.  The inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

2. TERMS OF ENDORSEMENT CONFORMED TO STATUTE: Terms of this endorsement which are in conflict with the statutes of the State wherein this policy is issued are hereby amended to conform with such statutes.

# 360© ADDITIONAL COVERAGE MODIFICATIONS
# PUBLIC ENTITY - Commercial General Liability

SUMMARY OF COVERAGES AND INDEX:

The following is an alphabetical listing of the various coverages afforded by this endorsement. No coverage is provided by this summary. Please refer to the individual coverage explanations within this endorsement for a detailed explanation of terms, conditions and what is and what is not covered.

| COVERAGE | LIMIT | PAGE |
|---|---|---|
| Additional Insureds by Written Contract, Agreement or Permit | Included | 4 |
| Amendment of Personal & Advertising Injury | Included | 3 |
| Broadened Definition of Who Is An Insured | Included | 4 |
| Broadened Insured Contract Definition | Included | 5 |
| Chartered Aircraft | Included | 2 |
| Damage To Premises Rented To You | Included | 2 |
| Extended Property Damage | Included | 5 |
| Method of Sharing | Included | 5 |
| Non-Audit Provision | Included | 5 |
| Newly Acquired Organizations | Included | 4 |
| Property Damage Liability – Elevators & Sidetrack Agreements | Included | 2 |
| Supplementary Payments | | |
| Bail Bonds | $2,500 | 3 |
| Daily Loss of Earnings | $1,000 | 4 |
| Watercraft Liability | Included | 2 |
| Worldwide Coverage Territory | Included | 5 |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## 360© - ADDITIONAL COVERAGE MODIFICATIONS
### Commercial General Liability

# PUBLIC ENTITY

The following modifies insurance provided under the Commercial General Liability Coverage Part:

**1. WATERCRAFT**

The following replaces item 2. g. (2) of SECTION I -COVERAGES - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

**(2)** Any watercraft you own, use or rent that is not being used to carry persons or property for a charge;

**2. CHARTERED AIRCRAFT**

The following is added to Exclusion 2. g. under SECTION I - COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

**(6)** An aircraft chartered with crew.

**3. PROPERTY DAMAGE LIABILITY - ELEVATORS AND SIDETRACK AGREEMENTS**

The following is added under SECTION I -COVERAGES - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

**A.** 2. Exclusions j. (3), (4) and (6) do not apply to the use of elevators.

**B.** Exclusion k. does not apply to:

    **a.** The use of elevators; or

    **b.** Liability assumed under a sidetrack agreement

The insurance afforded by reason of this provision is excess over any valid and collectible property insurance (including any deductible) available to the insured, and SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS 4. Other Insurance is changed accordingly.

**4. DAMAGE TO PREMISES RENTED TO YOU LIABILITY**

    **1.** The last paragraph of 2. EXCLUSIONS, SECTION I – COVERAGES - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY is replaced with the following:

        Exclusion c. through n. do not apply to damage by fire, lightning, explosion, smoke, water or leakage or discharge from an automatic fire protection or extinguishing system to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in SECTION III-LIMITS OF INSURANCE.

© Copyright Argonaut Group Inc. All rights reserved.

2. Paragraph 6. of SECTION III - LIMITS OF INSURANCE is replaced by the following:

   6. Subject to 5. above, the Damage To Premises Rented To You Limit of $100,000 is the most we will pay for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence" and caused by fire, lightning, explosion, smoke, water, or leakage or discharge from an automatic fire protection or extinguishing system or any combination thereof. Subject to the Damage to Premises Rented To You Limit, the most we will pay to refill or recharge an automatic fire protection or extinguishing system is $2,500.

3. Paragraph 4. b. (2), first instance, of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is replaced by the following:

   (2) That is insurance for fire, lightning, explosion, smoke, water, or leakage or discharge from an automatic fire protection or extinguishing system for premises while rented to you or temporarily occupied by you with permission of the owner.

## 5. PERSONAL AND ADVERTISING INJURY

1. Under SECTION I - COVERAGES - COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY 2. Exclusions a.(1) and a.(2) are deleted and replaced with the following:

   a. (1) Arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

   a. (2) Arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

2. SECTION V - DEFINITIONS, item 1. "Advertising injury", is deleted and replaced with the following:

   1. "Advertising injury" means injury arising out of one or more of the following offenses:

      a. Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

      b. Oral, written, televised, videotaped or electronic publication of material that violates a person's right of privacy;

      c. Misappropriation of advertising ideas or style of doing business; or

      d. Infringement of copyright, title or slogan.

3. SECTION V - DEFINITIONS, 14. "Personal injury", item d. is deleted and replaced by the following:

   d. Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services.

## 6. SUPPLEMENTARY PAYMENTS

SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is revised as follows:

   1. In paragraph 2., the limit of $250 for bail bonds is increased to $2,500.

2.   In paragraph 4., the limit of $250 for daily loss of earnings is increased to $1,000.

## 7.   ADDITIONAL INSUREDS

The following are added to paragraph 2. of SECTION II - WHO IS AN INSURED but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business:

e.   Any member of the governing body of the named insured.

f.   Any boards, commissions or councils of the named insured and their members.

g.   Any elected or appointed officer of the named insured.

h.   Any authorized volunteer of the named insured.

## 8.   NEWLY ACQUIRED ORGANIZATIONS

Under SECTION II - WHO IS AN INSURED, paragraph 4. is deleted and replaced with the following:

4.   If you are an organization other than a partnership or joint venture, any organization you newly acquire or form over which you exercise controlling interest and actively manage and to which no other similar insurance is available will be deemed to be a named insured.

a.   Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

b.   Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

## 9.   ADDITIONAL INSUREDS BY WRITTEN CONTRACT, WRITTEN AGREEMENT OR PERMIT

The following is added to SECTION II - WHO IS AN INSURED:

5.   Subject to all the terms, conditions and exclusions contained within this policy, an insured is any person or organization with whom you agreed, because of a written contract, written agreement or permit, to provide insurance.

a.   The above applies only with respect to "your work," "your product" or premises owned or used by you.

b.   The above does not apply unless the written contract, or written agreement has been executed or permit issued prior to the "bodily injury", "property damage", "personal injury" or "advertising injury".

c.   The Limits of Insurance applicable to the additional insured are those specified in the written contract, written agreement or permit or in the Declarations for this policy, whichever are less. The Limits of Insurance are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

## 10. BROADENED INSURED CONTRACT DEFINITION

The following changes are made to paragraph 9. "Insured Contract" of SECTION V – DEFINITIONS:

**1.** Item c. is replaced with the following:

**c.** Any easement or license agreement;

**2.** Item d. is deleted.

## 11. EXTENDED BODILY INJURY AND PROPERTY DAMAGE

Exclusion a. of SECTION I – COVERAGES - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY is replaced by the following:

**a.** Expected or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

## 12. METHOD OF SHARING

The following is added to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS 4. c. Method of Sharing:

In any case in which the named insured has entered into an agreement with another party, whereby such other party has undertaken to provide liability insurance to the named insured, the liability coverage furnished herein shall be excess over any valid and collectible insurance (whether primary, excess, contingent or on any other basis) that has been provided for the benefit of the named insured, except, insurance specifically arranged to be excess of this policy.

When this insurance is excess by reason of the foregoing, we will have no duty to defend any claim or suit that such other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

## 13. NON AUDIT PROVISION

Unless required by state law Paragraph 5. Premium Audit of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is deleted.

## 14. WORLDWIDE COVERAGE TERRITORY

The definition of "coverage territory" of SECTION V – DEFINITIONS is replaced by the following:

"Coverage territory" means anywhere in the world.

© Copyright Argonaut Group Inc. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SUBLIMIT - FAILURE TO SUPPLY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Bodily Injury and Property Damage    $1,000,000        each occurrence

The following is added to **SECTION III – LIMITS OF INSURANCE**:

Subject to the provisions above, the "each occurrence" limit in the Schedule is the most we will pay for "bodily injury" or "property damage" arising out of the failure of any insured to adequately supply gas, oil, water, electricity or steam.

GL-211 (07/00)                    © Copyright Argonaut Insurance Group 2000.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE A – LIMITED COVERAGE
# FOR UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Description Of Operation(s) Or Project(s) |
|---|
| Unmanned aircraft owned by the named insured. Coverage provided by this endorsement is excess over any other collectible insurance. We will have no duty to defend the insured against any "suit" or claim for "damages" if any other insurer has the duty to defend the insured against that "suit". |

| Limit Of Insurance |
|---|
| Unmanned Aircraft Liability Aggregate Limit:  $25,000 |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

A. Solely with respect to coverage afforded by this endorsement, **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement** is amended by the addition of the following:

The insurance provided by this endorsement applies to "bodily injury" or "property damage" only if:

1. The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

2. The "bodily injury" or "property damage" occurs during the policy period;

3. The "bodily injury" or "property damage" results from the ownership, maintenance, use or entrustment to others of an "unmanned aircraft". Use includes operation and "loading or unloading";

4. The "unmanned aircraft":

    a. Weight does not exceed 25 pounds;

    b. Is used in the course of and only for the operation(s) or project(s) described in the SCHEDULE above;

    c. Is operated only during daylight;

    d. Is airworthy at the commencement of each flight as determined by the remote pilot in command;

    e. Remains within visual line-of-sight of the remote pilot in command and the person manipulating the flight controls or the visual observer; and

    f. Maintains a max groundspeed of no more than 100 mph;

5. You comply with any law, regulation or order of any government or government appointed authority applicable to the airspace in which the "unmanned aircraft" operates, including but not limited to, air navigation and airworthiness orders and requirements, flight regulations and navigation requirements;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

6. You obtain and maintain all certifications and/or licenses and/or permits to fly the "unmanned aircraft"; and

7. You comply with all manufacturer recommendations and guidelines in operating and maintaining the "unmanned aircraft".

B. **SECTION I – COVERAGE, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, g. Aircraft, Auto or Watercraft** is amended by the addition of the following:

This exclusion does not apply to "unmanned aircraft".

C. **SECTION I – COVERAGES, COVERAGE B – PERSONAL AND ADVERSITING INJURY LIABILITY, 2. Exclusions** is amended by the addition of the following:

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

D. **SECTION III – LIMITS OF INSURANCE** is amended by the addition of the following:

Subject to Paragraph **2.** or **3.** of **SECTION III – LIMITS OF INSURANCE**, whichever applies, the Unmanned Aircraft Liability Aggregate Limit shown in the SCHEDULE above is the most we will pay for the sum of:

1. Damages under Coverage **A**; and

2. Medical expense under Coverage **C**;

because of all "bodily injury" and "property damage" arising out of the ownership, maintenance, use or entrustment to others of an "unmanned aircraft".

E. The **DEFINITIONS** Section is amended by the addition of the following:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED POLLUTION LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

WITH RESPECT TO THE DESIGNATED PREMISES(S), OPERATION(S) OR PRODUCT(S) LISTED IN THE SCHEDULE BELOW AND SUBJECT TO ALL OTHER TERMS, CONDITIONS AND LIMITATIONS CONTAINED IN THE POLICY AND IN THIS ENDORSEMENT, (PARAGRAPH (1) OF EXCLUSION F. OF SECTION I - COVERAGES - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY) - DOES NOT APPLY.

## SCHEDULE OF DESIGNATED PREMISE(S), OPERATION(S) OR PRODUCT(S)

☒     The application of pesticides or herbicides by licensed or certified employees of the named insured in accordance with all local, state and federal guidelines and regulations.

☒     The introduction by you into water of chemicals for the sole purpose of purifying or treating such water.

☒     The reverse flow of sewage from within any sewage facility that you own, operate or maintain;  or the escape of sewage from any fixed conduit that you own, operate or maintain, but only if the escape occurs away from land you own or lease.

However, this exception is limited to property damage to a building and contents.  It does not apply to any property damage to the extent it is increased by, or would not have occurred but for, the presence in such sewage of material that is:

a.  Radioactive;
b.  toxic;
c.  caustic;  or
d.  corrosive.

      © Copyright Argonaut Insurance Group 2000.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SEWER BACKUP AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERGE PART

The following is added to **SECTION III – LIMITS OF INSURANCE**:

**SEWER BACKUP AGGREGATE LIMIT**

Subject to 2. or 3. above, whichever applies, the "Sewer Backup" Aggregate Limit listed below is the most we will pay for "Sewer Backup" in one policy period.  As used in this endorsement "Sewer Backup" means:

The reverse flow of sewage from within any sewage facility that you own, operate or maintain; or the escape of sewage from any fixed conduit that you own, operate or maintain, but only if the escape occurs away from land you own or lease.

However, this exception is limited to property damage to a building or its contents.  It does not apply to any property damage to the extent it is increased by, or would not have occurred but for, the presence in such sewage of material that is:

    a.   radioactive;
    b.   toxic;
    c.   caustic;  or
    d.   corrosive.

**SEWER BACKUP AGGREGATE LIMIT:**　　**$1,000,000**

　　　　© Copyright Argonaut Insurance Group 2001.  All rights reserved.

# ADDITIONAL INSURED – DESIGNATED PERSON OR
# ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

Wheeling & Lake Erie Railway Company
100 East First Street
Brewster, OH 44613

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

Argonaut Insurance Group
Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
CG 21 71 01 15

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   b. The act resulted in damage:

     (1) Within the United States (including its territories and possessions and Puerto Rico); or

     (2) Outside of the United States in the case of:

       (a) An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

       (b) The premises of any United States mission; and

   c. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

D. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYERS LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INSURING AGREEMENTS

**a.** We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as an employer.

**b.** This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in the state listed in the declarations.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**c.** We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## EXCLUSIONS

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

    © Copyright Argonaut Insurance Group 2002. All rights reserved.

4. any obligation imposed by a worker's compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. bodily injury to any person in work subject to the Longshore and Harbor Workers Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), and any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51060), and any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. bodily injury to a master or member of the crew of any vessel;

11. fines or penalties imposed for violation of federal or state law;

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws;

13. bodily injury to any member of the flying crew of any aircraft;

14. bodily injury to an employee when you are deprived of common law defenses or are subject to penalty because of your failure to secure your obligations under the workers compensation law of any state shown in the Schedule or otherwise fail to comply with that law.

## SUPPLEMENTARY PAYMENTS

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

## WHO IS AN INSURED

You are an insured if you are an employer named in the Declarations of this policy.  If that employer is a partnership, and you are one of its partners, you are an insured, but only in your capacity as an employer of the partnership's employees.

## LIMITS OF INSURANCE

Regardless of the number of (1) insureds under the policy, (2) persons who sustain "bodily injury",  or (3) claims made or "suits" brought on account of "bodily injury", our liability for the coverage provided by this endorsement is limited as follows:

1.  Bodily Injury by Accident $1,000,000 each accident, is the most we will pay for all damages covered by this endorsement because of "bodily injury" to one or more employees in any accident.

    A disease is not "bodily injury" by accident unless it results directly from "bodily injury" by accident.

2.  Bodily Injury by disease $1,000,000 each employee, is the most we will pay for all damages because of "bodily injury" by disease to any one employee.

    We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

    "Bodily injury" by disease does not include disease that results directly from "bodily injury" by accident.

3.  The most we will pay in the aggregate for all damages covered by this endorsement for all claims, "suits" or actions is $1,000,000.

## CONDITIONS

1.  OTHER INSURANCE

    We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

2.  RECOVERY FROM OTHERS

    We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

3.  ACTIONS AGAINST US

    There will be no right of action against us under this insurance unless:

    1.  You have complied with all the terms of this policy; and

    2.  The amount you owe has been determined with our consent or by actual trial and final judgment.

    This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

GL-600 (12/02)      © Copyright Argonaut Insurance Group 2002.  All rights reserved.      Page 3 of 3

POLICY NUMBER:  BA-4640484-01

COMMERCIAL AUTO
CA DS 03 10 13

# BUSINESS AUTO DECLARATIONS

## ITEM ONE

| | |
|---|---|
| **Company Name:** | Argonaut Insurance Company |
| **Producer Name:** | |
| **Named Insured:** | Village of Wellington |
| **Mailing Address:** | 115 Willard Memorial Sq.<br>Wellington, OH 44090 |

| Policy Period | |
|---|---|
| **From:** 02/15/2022 | |
| **To:** 02/15/2023 | At 12:01 AM Standard Time at your mailing address shown above |
| **Previous Policy Number:** BA-4640484-00 | |

**Form Of Business:**

☐ Corporation  ☐ Limited Liability Company  ☐ Individual

☐ Partnership  [X] Other:  Municipality

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**Premium Shown Is Payable At Inception:**  $15,925

**Audit Period** (if applicable):  ☐ **Annually**  ☐ **Semiannually**  ☐ **Quarterly**  ☐ **Monthly**

| Endorsements Attached To This Policy |
|---|
| See *Schedule of Forms and Endorsements* for forms that are applicable to this policy or this coverage part |
| |
| |

CA DS 03 10 13

© Insurance Services Office, Inc., 2011

Page 1 of 18

| Countersignature Of Authorized Representative |
|---|
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

**Note**

Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

 © Insurance Services Office, Inc., 2011

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Covered Autos Liability | 1 | $1,000,000 | INCL |
| Personal Injury Protection (Or Equivalent No-fault Coverage) | | Separately Stated In Each Personal Injury Protection Endorsement Minus Deductible | |
| Added Personal Injury Protection (Or Equivalent Added No-fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus Deductible For Each Accident | |
| Auto Medical Payments | 2 | $5,000 Each Insured | INCL |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | |
| Uninsured Motorists | 2 | $100,000 | INCL |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | 2 | $100,000 | INCL |

**ITEM TWO**

**Schedule Of Coverages And Covered Autos  (Cont'd)**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Physical Damage Comprehensive Coverage** | 10 | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br><br>See *Schedule of* **Deductible** *Automobiles*<br><br>**For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning**<br><br>See Item Four for Hired or Borrowed Autos. | INCL |
| **Physical Damage Specified Causes Of Loss Coverage** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br><br>**Deductible**<br><br>**For Each Covered Auto For Loss Caused By Mischief Or Vandalism**<br><br>See Item Four for Hired or Borrowed Autos. | |
| **Physical Damage Collision Coverage** | 10 | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus**<br><br>See *Schedule of* **Deductible** *Automobiles*<br><br>**For Each Covered Auto**<br><br>See Item Four for Hired or Borrowed Autos. | INCL |
| **Physical Damage Towing And Labor** | | **For Each** **Disablement Of A Private Passenger Auto** | |
| | | | |
| | | **Premium For Endorsements** | |
| | | **Estimated Total Premium\*** | $15,925 |
| *This policy may be subject to final audit. | | | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number:   See *Schedule of Automobiles* |
|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**

| Covered Auto Description | | |
|---|---|---|
| Year: | Model: | Trade Name: |
| Body Type: | | Serial Number(s): |
| Vehicle Identification Number (VIN): | | |

| Classification | | | | | | |
|---|---|---|---|---|---|---|
| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| $ | | | | | | |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

 © Insurance Services Office, Inc., 2011

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ | $ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus**<br>$　　　　　　　　　　　**Deductible** | $ |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | $ |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus**<br>$　　　　　　　　　　　**Deductible** | $ |
| **Auto Medical Payments** | $　　　　　　　　　　　**Each Insured** | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | $ |
| **Comprehensive** | **Stated In Item Two Minus**<br>$　　　　　　　　　　　**Deductible** | $ |
| **Specified Causes Of Loss** | **Stated In Item Two Minus**<br>$　　　　　　　　　　　**Deductible** | $ |
| **Collision** | **Stated In Item Two Minus**<br>$　　　　　　　　　　　**Deductible** | $ |
| **Towing And Labor** | $　　　　　　　　**Per Disablement** | $ |

 © Insurance Services Office, Inc., 2011

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**

| Covered Auto Number: See *Schedule of Automobiles* | | | | | | |
|---|---|---|---|---|---|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: | | | | | | |
|---|---|---|---|---|---|---|

| Covered Auto Description | | | | | | |
|---|---|---|---|---|---|---|
| Year: | Model: | | | Trade Name: | | |
| Body Type: | | | | Serial Number(s): | | |
| Vehicle Identification Number (VIN): | | | | | | |

| Classification | | | | | | |
|---|---|---|---|---|---|---|
| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| $ | | | | | | |

| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: | | | | | | |
|---|---|---|---|---|---|---|

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ | $ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus<br>$                       **Deductible** | $ |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>$                       **Deductible** | $ |
| Auto Medical Payments | $<br>                       **Each Insured** | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | $ |
| Comprehensive | Stated In Item Two Minus<br>$                       **Deductible** | $ |
| Specified Causes Of Loss | Stated In Item Two Minus<br>$                       **Deductible** | $ |
| Collision | Stated In Item Two Minus<br>$                       **Deductible** | $ |
| Towing And Labor | $                       **Per Disablement** | $ |

© Insurance Services Office, Inc., 2011

**ITEM THREE**

**Schedule Of Covered Autos You Own (Cont'd)**

| Covered Auto Number:   See *Schedule of Automobiles* |
|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: |
|---|

| Covered Auto Description |
|---|

| Year: | Model: | Trade Name: |
|---|---|---|
| Body Type: | | Serial Number(s): |

| Vehicle Identification Number (VIN): |
|---|

| Classification |
|---|

| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|---|
| $ | | | | | | |

| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|

 © Insurance Services Office, Inc., 2011

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ | $ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus<br>$                                     Deductible | $ |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>$                                     Deductible | $ |
| Auto Medical Payments | $<br>                                     Each Insured | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | $ |
| Comprehensive | Stated In Item Two Minus<br>$                                     Deductible | $ |
| Specified Causes Of Loss | Stated In Item Two Minus<br>$                                     Deductible | $ |
| Collision | Stated In Item Two Minus<br>$                                     Deductible | $ |
| Towing And Labor | $                      Per Disablement | $ |

| Total Premiums | |
|---|---|
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| **Covered Autos Liability Coverage** | **Estimated Annual Cost Of Hire For All States** | **Premium** |
| **Primary Coverage** | $ | $ |
| **Excess Coverage** | $ | $ |
| **Total Hired Auto Premium** | | INCL |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and, if not included therein,
2. The total remunerations of all operators and drivers' helpers, of hired automobiles, whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and
3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles, whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| **Primary Coverage** | | $ | $ |
| **Excess Coverage** | | $ | $ |
| **Total Hired Auto Premium** | | | $ |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $        Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $        Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $        Deductible For Each Covered Auto | $ | $ |
| | | | Total Hired Auto Premium | $ |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | |

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | $ | $ | $ | $ |
| Covered Autos Liability – Excess Coverage | | $ | $ | $ | $ |
| Personal Injury Protection | | $ | $ | $ | $ |
| Medical Expense Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Income Loss Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Auto Medical Payments | | $ | $ | $ | $ |
| | | Total Hired Auto Premiums | | $ | $ |
| Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers. | | | | | |

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre-hensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $      Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ | $ | $ | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $      Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $      Ded. For Each Covered Auto | $ | $ | $ | $ |
| | | Total Hired Auto Premiums | $ | | $ | |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver. | | | | | | |

 © Insurance Services Office, Inc., 2011

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| Coverage | Town And State Where The Job Site Is Located | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | $ | $ |
| Covered Autos Liability – Excess Coverage | | | | $ | $ |
| Personal Injury Protection | | | | $ | $ |
| Medical Expense Benefits (Virginia Only) | | | | $ | $ |
| Income Loss Benefits (Virginia Only) | | | | $ | $ |
| Auto Medical Payments | | | | $ | $ |
| Total Hired Auto Premiums | | | | $ | $ |

**ITEM FIVE**

**Schedule For Non-ownership Covered Autos Liability**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Social Service Agencies | Number Of Employees | | $ |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Total Non-ownership Covered Autos Liability Premium | | | INCL |

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis**

| Address Of Business Headquarters Location: |
|---|

| Type Of Risk (Check one): | ☐ Public Autos | ☐ Leasing Or Rental Concerns |
|---|---|---|
| Rating Basis (Check one): | ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |

| Estimated Yearly (Gross Receipts Or Mileage): | |
|---|---|
| Premiums | |
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

**ITEM SIX**
**Schedule For Gross Receipts Or Mileage Basis (Cont'd)**

| Address Of Business Headquarters Location: | |
|---|---|
| **Type Of Risk** (Check one): ☐ **Public Autos** | ☐ **Leasing Or Rental Concerns** |
| **Rating Basis** (Check one): ☐ **Gross Receipts (Per $100)** | ☐ **Mileage (Per Mile)** |
| **Estimated Yearly (Gross Receipts Or Mileage):** | |
| **Premiums** | |
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

| Address Of Business Headquarters Location: | |
|---|---|
| **Type Of Risk** (Check one): ☐ **Public Autos** | ☐ **Leasing Or Rental Concerns** |
| **Rating Basis** (Check one): ☐ **Gross Receipts (Per $100)** | ☐ **Mileage (Per Mile)** |
| **Estimated Yearly (Gross Receipts Or Mileage):** | |
| **Premiums** | |
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

 © Insurance Services Office, Inc., 2011

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis (Cont'd)**

When used as a premium basis:

### FOR PUBLIC AUTOS

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

### FOR RENTAL OR LEASING CONCERNS

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

 © Insurance Services Office, Inc., 2011

# SCHEDULE OF AUTOMOBILES

Coverage is afforded only where indicated by a "YES"
Description of the Automobile and Facts Respecting its Purchase by the Named Insured:

**Attached to and forming part of Policy Number: BA-4640484-01    Effective Date: 02/15/2022**

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 1 | 1979 International Truck | | D2137JGB22869 | 314-990 |
| | **Value** | **Comprehensive** | **Collision** | **Specified Perils** |
| | $20,000 | $1,000 | $1,000 | No |
| | **Liability** | **UM/UIM** | **PIP/Med Pay** | **Loss Payee** |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 2 | 1996 Dynaweld Trailer | | 3833 | 684-990 |
| | **Value** | **Comprehensive** | **Collision** | **Specified Perils** |
| | $35,000 | $1,000 | $1,000 | No |
| | **Liability** | **UM/UIM** | **PIP/Med Pay** | **Loss Payee** |
| | Yes | No | No/No | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 3 | 1993 International Dump Truck | | 3564 | 314-790 |
| | **Value** | **Comprehensive** | **Collision** | **Specified Perils** |
| | $21,000 | $1,000 | $1,000 | No |
| | **Liability** | **UM/UIM** | **PIP/Med Pay** | **Loss Payee** |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 4 | 1999 Pequea Utility Trailer | | 4JASL1628XG000186 | 694-990 |
| | **Value** | **Comprehensive** | **Collision** | **Specified Perils** |
| | $3,200 | $1,000 | $1,000 | No |
| | **Liability** | **UM/UIM** | **PIP/Med Pay** | **Loss Payee** |
| | Yes | No | No/No | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 5 | 2001 International Cab & Chassis | | 1HTSDAAR41H275053 | 314-990 |
| | **Value** | **Comprehensive** | **Collision** | **Specified Perils** |
| | $38,667 | $1,000 | $1,000 | No |
| | **Liability** | **UM/UIM** | **PIP/Med Pay** | **Loss Payee** |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 6 | 2000 Pequea Trailer | | YG100264 | 684-990 |
| | **Value** | **Comprehensive** | **Collision** | **Specified Perils** |
| | $5,000 | $1,000 | $1,000 | No |
| | **Liability** | **UM/UIM** | **PIP/Med Pay** | **Loss Payee** |
| | Yes | No | No/No | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 7 | 2004 Ford Truck | | 1FDXF46S34ED46352 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $25,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 8 | 2005 Chevrolet Van | | 1GNDV23L05D166126 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $22,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 9 | 2005 Freightliner Tymco 600 | | 1FVAB6BV35DV11622 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $158,775 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 10 | 2006 GMC Sierra | | 1GTEK19Z26Z281519 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $22,089 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 11 | 2006 Freightliner Truck | | 1FVACYDC36HU98529 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $148,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 12 | 2008 Ford F450 Truck | | 1FDXF47Y38EB00992 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $20,919 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 13 | 2008 Ford Explorer | | 1FMEU73828UA03311 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $24,330 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 14 | 2008 Freightliner Truck | | 1FVACYBS38HAC7184 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $169,162 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 15 | 2009 Carry-On Utility Trailer | | 4YMUL10199V007338 | 684-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $5,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | No | No/No | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 16 | 2009 Ford F350 | | 1FTWF31579EB08586 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $28,285 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 17 | 2009 Chevrolet 3500 Dump Truck | | 1GBJK74K39E104201 | 214-790 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $30,511 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 18 | 2011 Ford F250 | | 1FT7X2B64BEA47495 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $23,466 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 19 | 2010 EH Wachs | | 1E9PT1515AC297473 | 7906 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $56,832 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 20 | 2009 Miles ZX40ST | | LECPT22B19T000356 | 7398 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $25,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| | 2012 Ford F350 | | 1FDRF3HB4CEB84118 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| 21 | $33,269 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| | 2012 Freightliner  Truck | | 1FVAC3BS9CHBJ4247 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| 22 | $162,538 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| | 2012 Ford F150 | | 1FTEX1CM1CFC60947 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| 23 | $23,815 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| | 1970 International  1600 Truck | | 486070H074288 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| 24 | $20,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| | 2013 Ford F250 | | 1FTNE2EL3DDA91172 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| 25 | $26,260 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| | 2013 Ford Explorer | | 1FM5K8AR9DGC25991 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| 26 | $26,902 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| | 1963 Wire Pulling Truck | | 639746 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| 27 | $0 | No coverage | No coverage | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 28 | 2014 Ford Superduty | | 1FTBF2B65EEB22965 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $24,678 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 29 | 2014 Ford Explorer | | 1FM5K8AR4EGC02510 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $25,647 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 30 | 2014 Carry-On Trailer | | 4YMUL1016EG004038 | 684-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $15,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | No | No/No | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 31 | 2015 Ford F250 Superduty | | 1FT7X2B6XFEA83360 | 014-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $24,680 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 32 | 2016 Freightliner M2 | | 1FCACYCY1GHGY4104 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $220,827 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 33 | 2016 Ford Superduty | | 1FDUF4HY4GEA86410 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $35,235 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 34 | 2016 Ford Explorer | | 1FM5K8AR1GGD31808 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $34,257 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 35 | 2018 Freightliner M2106 | | 1FVACYFE0JHJP7989 | 314-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $75,192 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 36 | 2017 Ford Explorer | | 1FM5K8AR5HGD44157 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $36,199 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 37 | 2018 Ford Explorer | | 1FM5K8AR0JGA44340 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $37,130 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 38 | 2018 Ford Explorer | | 1FM5K8AR4JGA46592 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $37,130 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 39 | 2018 Ford F550 | | 1FDUF5HY5JDA02260 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $38,115 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 40 | 2018 Ford F150 | | 1FTFX1E54JFD1781 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $37,574 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 41 | 2018 Ford F550 | | 1FDUF5HT7JDA03446 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $50,301 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 42 | 2020 Chevrolet  Tahoe | | 1GNSKDEC7LR242403 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $41,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 43 | 2020 Chevrolet  Tahoe | | 1GNSKDEC7LR242479 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $41,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 44 | 2020 Chevrolet  Tahoe | | 1GNSKDEC9LR242421 | 7911 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $41,000 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 45 | 2020 Ford F550 | | 1FD0W5HN8LED96161 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $47,700 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 46 | 2013 Jeep Patriot | | 1C4NUPBA2DD225651 | 7398 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $0 | No coverage | No coverage | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

| Vehicle # | Description | | VIN | Class Code |
|---|---|---|---|---|
| 47 | 2020 Dodge Ram | | 3C7WRNFL1LG210723 | 214-990 |
| | Value | Comprehensive | Collision | Specified Perils |
| | $179,453 | $1,000 | $1,000 | No |
| | Liability | UM/UIM | PIP/Med Pay | Loss Payee |
| | Yes | Yes | No/Yes | No |

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2011

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II - COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

© Insurance Services Office, Inc., 2011

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

   **(1)** Employment by the "insured"; or

   **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

   **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

   **(1)** When all of the work called for in your contract has been completed;

   **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

   **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

## 11. Pollution

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

## 12. War

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

## 13. Racing

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

## C. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

 © Insurance Services Office, Inc., 2011

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   a. Permanently installed in or upon the covered "auto";

   b. Removable from a housing unit which is permanently installed in or upon the covered "auto";

   c. An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   d. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

1. The most we will pay for:

   a. "Loss" to any one covered "auto" is the lesser of:

   (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   b. All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

      **(1)** Snow removal;

      **(2)** Road maintenance, but not construction or resurfacing; or

      **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

 © Insurance Services Office, Inc., 2011

POLICY NUMBER: BA-4640484-01

COMMERCIAL AUTO
CA 99 54 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERED AUTO DESIGNATION SYMBOL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below:

| | |
|---|---|
| **Named Insured:**  Village of Wellington | |
| **Endorsement Effective Date:**   02/15/2022 | |

**Section I – Covered Autos** in the Business Auto and Motor Carrier Coverage Forms and **Section I – Covered Autos Coverages** in the Auto Dealers Coverage Form are amended by adding the following:

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols may be used (in addition to the numerical symbols described in the Coverage Form) to describe the "autos" that may be covered "autos". The entry of one of these symbols next to a coverage on the Declarations will designate the only "autos" that are covered "autos".

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| | | For use with the Business Auto Coverage Form |
| 10 | = | Physical damage coverage is automatically provided only for those "autos" you own that meet the requirements listed below: |
| | | 1.  "Auto" is shown in the Declarations as having physical damage coverage as of the effective date shown in the Declarations; or |
| | | 2. |
| | |    a.  "Auto" you newly acquire after the effective date and report to us prior to the expiration date, shown in the Declarations; and |
| | |    b.  "Auto" is of similar make, model and departmental usage as any "auto" that is currently covered under this policy for Physical Damage coverage; and |
| | |    c.  Vehicle value is less than $250,000; and |
| | |    d.  Vehicles covered at Actual Cash Value. |
| | | For use with the Auto Dealers Coverage Form |
| 32 | = | |

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| | | For use with the Motor Carrier Coverage Form |
| 72 | = | |
| 73 | = | |

# 360© - ADDITIONAL COVERAGE MODIFICATIONS
# BUSINESS AUTO

SUMMARY OF COVERAGES AND INDEX:

The following is an alphabetical listing of the various coverages afforded by this endorsement.  No coverage is provided by this summary.  Please refer to the individual coverage explanations within this endorsement for a detailed explanation of terms, conditions and what is and what is not covered.

| COVERAGE | LIMIT | PAGE |
|---|---|---|
| Airbag Coverage | $1,000 | 4 |
| Audio, Visual or Electronic Equipment | Included | 5 |
| Broadened Definition of Who Is An Insured | Included | 2 |
| Common Deductible Provision | Included | 6 |
| Fellow Employee | Included | 3 |
| Glass Breakage | Included | 3 |
| Hired Auto Physical Damage | $50,000 | 6 |
| Knowledge of Accident | Included | 6 |
| Lease Gap Coverage | Included | 4 |
| Loss of Use Expenses | $30/$900 | 4 |
| Loss Payable Clause | Included | 6 |
| Personal Effects Coverage | $250 | 4 |
| Reimbursement of Deductible - Volunteer or Employee | $500 | 6 |
| Supplementary Payments | | |
| Bail Bonds | $2,500 | 3 |
| Daily Loss of Earnings | $1,000 | 3 |
| Transfer of Rights of Recovery | Included | 6 |
| Transportation Expenses | $50/$2,500 | 3 |

Includes copyrighted material of Insurance Services Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# 360© - ADDITIONAL COVERAGE MODIFICATIONS - BUSINESS AUTO

The following modifies insurance where provided under the Business Auto Coverage Form:

**A. SECTION II – COVERED AUTOS LIABILITY COVERAGE, A. COVERAGE, 1. Who Is An Insured** is amended to add the following:

   **1. Broad Form Insured**

      **a.** The following are "insureds", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business:

         **(1)** Any member of the governing body of the Named Insured.

         **(2)** Any boards, commissions or councils of the Named Insured and their members.

         **(3)** Any elected or appointed officer of the Named Insured.

         **(4)** Any "volunteer worker" of the Named Insured.

      **b.** When the Named Insured is a school entity, the following are also "insureds", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business:

         **(1)** Any student body organizations but only while operating under the authority and supervision of the governing body of the Named Insured.

         **(2)** Any driving instructor employed by the Named Insured while using a covered "auto" in the course of driving instruction.

         **(3)** Any student driver in the course of using a covered "auto" with a driving instructor employed by the Named Insured.

         **(4)** Any trustee, director or superintendent of the Named Insured.

         **(5)** Any student teacher of the Named Insured.

   However:

      **c.** No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

      **d.** Any organization other than a partnership or joint venture that you newly acquire or form over which you exercise control and actively manage and to which no other similar insurance is available will be deemed to be a Named Insured.

      **e.** Coverage does not apply to any loss that occurred before you acquired or formed the organization.

   **2. Employees and Volunteers as Insureds**

      **a.** Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

      **b.** A "volunteer worker" is an "insured" while using a covered "auto" you don't own, hire or borrow to transport your clients or other persons in activities necessary to your business. Anyone else who furnishes that "auto" is also an "insured".

      "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

   **3. Lessors as Insureds**

   The lessor of a covered "auto" while the "auto" is leased to you under a written agreement if:

a.  The agreement requires you to provide direct primary insurance for the lessor, and

b.  The "auto" is leased without a driver.

Such a leased "auto" will be considered a covered "auto" you own and not a covered "auto" you hire.

The coverage provided under this paragraph **3.** applies to any leased "auto" until the expiration date of the lease, or until the lessor or his or her agent takes possession of the leased "auto", whichever occurs first.

**4.  Additional Insured Required By "Insured Contract" Or Permit**

Any person, organization, trustee, estate or governmental entity with respect to the operation, maintenance, or use of a covered "auto" if:

a.  You are obligated to add that person, organization, trustee, estate, or governmental entity as an additional insured to this policy by:

(1)  An express provision of an "insured contract"; or

(2)  An express condition of a written permit issued to you by a governmental or public authority, and

b.  The "bodily injury" or "property damage" is caused by an "accident" which takes place after:

(1)  You executed the "insured contract"; or

(2)  The permit has been issued to you.

**B. Supplementary Payments**

**SECTION II – COVERED AUTOS LIABILITY COVERAGE, A. COVERAGE, 2. Coverage Extensions, a. Supplementary Payments**, items **(2)** and **(4)** are deleted and replaced with the following:

(2)  Up to $2,500 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

(4)  All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $1,000 a day because of time off from work.

**C. Fellow Employee**

**SECTION II – COVERED AUTOS LIABILITY COVERAGE, B. Exclusions, 5. Fellow Employee** is deleted.

**D.  SECTION III - PHYSICAL DAMAGE COVERAGE** is amended as follows**:**

**1.  Glass Breakage**

**A. Coverage, 3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**, is amended to add the following:

With respect to private passenger "autos" only, any deductible shown in the Declarations will not apply to glass breakage if such glass is repaired, in a manner acceptable to us, rather than replaced.

With respect to "autos" other than private passenger, any Comprehensive Coverage deductible shown in the Declarations will not apply to this glass breakage.

**2.  Transportation Expenses**

**A. Coverage, 4. Coverage Extensions, a. Transportation Expenses** is deleted and replaced with the following:

We will pay up to $50 per day to a maximum of $2,500 for temporary transportation expense incurred by you because of "loss" to a covered "auto" other than a fire truck, ambulance, rescue truck or similar emergency "auto".  We will pay for temporary transportation expense if caused by:

a.  Other than Collision only if Comprehensive Coverage is shown in the Declarations for the covered "auto";

b.  Specified Causes of Loss only if Specified causes of Loss Coverage is shown in the Declarations for the covered "auto"; or

c.  Collision only if Collision Coverage is shown in the Declarations for the covered "auto".

We will pay for temporary transportation expense until the covered "auto" is returned to use or we pay for its "loss", regardless of the policy's expiration.

3. **Loss of Use Expenses**

   **A. Coverage**, **4. Coverage Extensions**, **b. Loss Of Use Expenses** is deleted and replaced with the following:

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $30 per day, subject to a maximum of $900 per "accident".

   This Coverage Extension does not apply to any "auto" you hire or borrow from:

   **(1)** any of your "employees";

   **(2)** partners (if you are a partnership); or

   **(3)** members (if you are a limited liability company) or members of their households.

4. **Lease Gap Coverage**

   **A. Coverage,** Item **4. Coverage Extensions,** is amended to add the following:

   In the event of a total "loss" to a covered "auto" that is a long term leased "auto" and the lessor is included as an insured as required by contract or agreement, we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

   **a.** The amount paid under the policy's Physical Damage Coverage;  and

   **b.** Any:

   **(1)** Overdue lease/loan payments at the time of the "loss";

   **(2)** Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

   **(3)** Security deposits not returned by the lessor;

   **(4)** Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

   **(5)** Carry-over balances from previous loans or leases.

5. **Airbag Coverage**

   **A. Coverage**, **4. Coverage Extensions** is amended to add the following:

   If you have purchased Specified Causes of Loss or Collision coverage for an "auto" you own and the airbag of that "auto" inflates, we will pay to reset or replace the airbag, even if there has not been a Specified Cause of Loss or Collision loss to cause the inflation.  However, this additional coverage only applies if the airbag is not covered under warranty and you did not intentionally cause the airbag to inflate.

   The most we will pay for this coverage is $1,000 for each covered "auto" you own.  The deductible provision does not apply to this additional coverage.

6. **Personal Effects Coverage**

   **A. Coverage**, **4. Coverage Extensions** is amended to add the following:

   If you have purchased Comprehensive or Specified Causes of Loss coverage for an "auto" you own and that "auto" is stolen, we will pay for your "personal effects" and the "personal effects" of your "employees" if those "personal effects" were stolen with the "auto", based on the lesser of:

   **a.** The actual cash value of the stolen "personal effects" as of the time of the "loss"; or

**b.** The cost of repairing or replacing the stolen "personal effects" with other property of like kind and quality.

If the "personal effects" are recovered with the "auto", but they were damaged due to the "auto" theft, we will pay the lesser of:

**a.** The actual cash value of the damaged "personal effects" as of the time of the "loss" or

**b.** The cost of repairing or replacing the damaged "personal effects" with other property of like kind and quality.

We will pay up to a maximum of $250 for all "personal effects", regardless of the number of "personal effects", stolen, per each "auto" theft.

The insurance provided under this coverage is excess over any valid and collectible insurance available to you or your "employees".

"Personal Effects" means tangible property that is worn or carried about the person. "Personal effects" does not include tools, jewelry, money or securities. The deductible provision does not apply to this additional coverage.

**7. Audio, Visual or Electronic Equipment**

**B. Exclusions**, item 4. is deleted and replaced with the following:

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is "permanently installed", that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in paragraph **c.** above.

However:

Exclusions **4.c.** and **4.d.** do not apply:

**(1)** If such equipment is "permanently installed" in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is "permanently installed" in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**(2)** To any other electronic equipment that is:

**(a)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(b)** An integral part of the same unit housing any equipment described in **a.** above and "permanently installed" in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

Exclusions **4.a., 4.c. and 4.d**. do not apply to any equipment or accessories that are "permanently installed" in a covered "auto" which is:

**(1)** Owned by a police or fire department;

**(2)** Equipped as an emergency vehicle and owned by a political body or any of its agencies; or

**(3)** Equipped as an emergency vehicle and owned by a volunteer fire department, volunteer rescue squad or volunteer ambulance corps.

Accessories include, but are not limited to, spot lights, light racks, and cages. We will not pay for such equipment or accessories that are "permanently installed" in the covered "auto" unless their cost new is reported to us in addition to the cost new of the base vehicle itself.

"Permanently installed" equipment means equipment that is welded, bolted or permanently screwed to the dashboard, firewall or body of the "auto". Equipment inserted on permanently installed slide brackets with or without the use of setscrews or tension, or portable firefighting and rescue related equipment, will not be construed as "permanently installed" equipment.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

**8. Reimbursement of Deductible**

**D. Deductible** is amended to add the following for "autos" owned or used by your "volunteer worker" or "employees":

We will pay up to $500 for reimbursement of the deductible under any auto policy available for reimbursement to the "volunteer worker" or "employee", for any "loss" described above to any "auto" owned or used by the "volunteer worker" or "employee" while in route to, during, and returning from any official duty authorized by you.  In no event will we pay for any "loss" under this Coverage to any "auto" owned, hired, or borrowed by you.

**9. Common Deductible**

**D. Deductible** is amended to add the following:

If a "loss" to which this insurance applies also involves a "loss" under a Commercial Property or Inland Marine Coverage Part for this insured and written by us, only one (1) Deductible, the largest, will be applied. The Deductible(s) under the other coverage part(s) will be waived.

**E. SECTION IV - BUSINESS AUTO CONDITIONS**

**1. Knowledge of Accident**

**A. Loss Conditions, 2. Duties In The Event Of Accident, Claim, Suit Or Loss**, item **a.**, is amended to add the following

If your "employee" or agent knows of an "accident" or "loss" that may result in a claim under this policy, you will not be considered to have knowledge of that "accident" or "loss" until your "employee" or agent reports it to:

**(1)** You, if you are an individual;

**(2)** One of your partners (if you are a partnership) or members (if you are a limited liability company);

**(3)** One of your executive officers;

**(4)** Your "employee" if you have designated that "employee" to receive such reports.

**2. Transfer of Rights of Recovery**

**A. Loss Conditions, 5. Transfer Of Rights Of Recovery Against Others To Us** is amended to add the following:

We waive any right of recovery we may have against a person or organization for "loss" to which this insurance applies, provided the "insured" has waived their rights of recovery against such person or organization in a written "insured contract", written agreement or permit that is executed before such "loss".

**3. Loss Payable Clause**

**A. Loss Conditions** is amended to add the following:

**6. a.**  We will pay, as their interest may appear, you and any loss payee that has an insurable interest in a covered "auto" for "loss" to a covered "auto".

**b.**  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**c.**  We may cancel the policy as allowed by the Cancellation Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**d.**  If we make any payments to the loss payee, we will obtain his or her rights against any other party.

**4. Hired Auto Physical Damage**

**B. General Conditions, 5. Other Insurance**, item **b.** is deleted and replaced with the following:

**b.**  If Comprehensive, Specified Causes of Loss or Collision coverage is provided by this policy, you may extend that coverage to apply to Physical Damage "loss" to leased, hired, rented or borrowed "autos".  We will provide coverage equal to the broadest coverage available to any covered "auto" shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

This coverage is subject to the following provisions:

**(1)** The most we will pay for "loss" to a leased, hired, rented or borrowed "auto" in any one "accident" is the lesser of:

    **(a)** $50,000; or

    **(b)** The actual cash value of the damaged or stolen property as of the time of the "loss;" or

    **(c)** The actual cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** For each leased, hired, rented or borrowed "auto," our obligation to pay for "loss" will be reduced by a deductible equal to the largest deductible applicable to any owned "auto" of the same vehicle type. If owned "autos" do not include this vehicle type, the lowest deductible on the policy for the same physical damage coverage will apply. No deductible applies to "loss" caused by fire or lightning.

**(3)** Hired Auto Physical Damage is excess over any other collectible insurance. Subject to the above limit, deductible and excess provisions, we will provide coverage equal to the broadest coverage applicable to any covered "auto" you own.

**(4)** Any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

POLICY NUMBER: BA-4640484-01

**COMMERCIAL AUTO**
CA 20 15 10 13

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MOBILE EQUIPMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** Village of Wellington | |
| **Endorsement Effective Date:** 02/15/2022 | |

### SCHEDULE

| Coverages | Covered "Auto" Vehicle Numbers | Limit Of Insurance | Premium |
|---|---|---|---|
| **Covered Autos Liability** | 19 | $1,000,000    **Each Accident** | INCL |
| **Auto Medical Payments** | 19 | $5,000    **Each Person** | INCL |
| **Personal Injury Protection Or Equivalent No-fault Coverage** | | **Separately Stated In Each P.I.P. Endorsement** | |
| **Uninsured Motorists** | 19 | $100,000    **Each Accident** | INCL |
| **Underinsured Motorists** (Indicate only when coverage is not included in **Uninsured Motorists Coverage**.) | 19 | $100,000    **Each Accident** | INCL |
| **Comprehensive** | 19 | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** See *Schedule of Automobiles*    Deductible **For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning** | INCL |
| **Collision** | 19 | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** | INCL |

|  |  | See *Schedule*        Deductible<br>*of Automobiles*<br>**For Each Covered Auto** |  |
|---|---|---|---|
| **Specified<br>Causes Of<br>Loss** |  | **Actual Cash Value Or Cost Of Repair,<br>Whichever Is Less, Minus**<br><br>**Deductible**<br>**For Each Covered Auto For Loss<br>Caused By Mischief Or Vandalism** |  |

| Vehicle No. | Description Of Vehicles That Are Covered "Autos" |
|---|---|
| 19 | 2010 EH Wachs, VIN #7473 |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

**B.** The vehicles described in the Schedule will be considered covered "autos" and not "mobile equipment".

**C.** Covered Autos Liability Coverage does not apply to "bodily injury", "property damage" or "covered pollution cost or expense" resulting from the operation of any machinery or equipment that is on, attached to or part of any of these vehicles.

COMMERCIAL AUTO
CA 99 03 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

  © Insurance Services Office, Inc., 2011

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 20 18 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROFESSIONAL SERVICES NOT COVERED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Covered Autos Liability Coverage** is changed by adding the following exclusions:

This insurance does not apply to:

1. "Bodily injury" resulting from the providing or the failure to provide any medical or other professional services.

2. "Bodily injury" resulting from food or drink furnished with these services.

3. "Bodily injury" or "property damage" resulting from the handling of corpses.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 20 30 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMERGENCY SERVICES – VOLUNTEER FIREFIGHTERS' AND WORKERS' INJURIES EXCLUDED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Covered Autos Liability Coverage** is changed by adding the following exclusions:

This insurance does not apply to:

1. "Bodily injury" to any volunteer firefighter or other volunteer worker of the "insured" if sustained while such person is engaged in volunteer firefighting, rescue squad or ambulance corps operations.

2. "Bodily injury" to any fellow volunteer firefighter or other volunteer worker of the "insured" if sustained in the course of volunteer firefighting, rescue squad or ambulance corps operations.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 23 84 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   b. When one or both of the following apply:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

 © Insurance Services Office, Inc., 2013

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INJURY, ELECTRONIC DATA, AND CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO LIABILITY RETAINED LIMIT COVERAGE FORM FOR EDUCATIONAL INSTITUTIONS
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
BROADENED COVERAGE – GARAGES ENDORSEMENT
MOTOR CARRIER COVERAGE FORM
PUBLIC RISK AUTO LIABILITY RETAINED LIMIT COVERAGE FORM

A. **Changes In Liability Coverage**

The following exclusion is added:

This insurance does not apply to any of the following:

Damages, "loss", costs and expenses, including all fines and penalties, arising out of any:

1. Actual, alleged or suspected:

   a. "Cyber injury";

   b. Loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data"; or

   c. Access to, or "loss", destruction, disclosure, publication, disruption, inspection, modification, recording, release, review, use, collection, processing, or storage of, any person's or organization's confidential or "personal information", including but not limited to patents, trade secrets, processing methods, customer lists, financial information, credit card information, biometric or health information, or any other type of nonpublic information; or

2. Claim, "suit", or other legal proceeding, administrative action or hearing arising out of Paragraphs **1.a.** through **1.c.** above, including but not limited to those initiated prior to, or pending as of, the inception date of this policy.

This exclusion does not apply to any damages, "loss", costs and expenses, including all fines and penalties, arising out of any telematic device or system (or similar device or system) that is connected to or used in connection with any covered "auto" either at our request, or with our express consent.

B. **Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for any damages, "loss", costs and expenses arising out of any actual, alleged or suspected:

1. Unauthorized access to, or the exfiltration, modification or destruction of, any "personal information", "electronic data", or "computer system";

2. Loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data";

3. Inability to access any website or "computer system", including the operation or functionality of such "computer system" being affected;

4. Release, introduction, execution, transmission or facilitation of any "malicious code";

5. Fraudulent instructions transmitted or effectuated, in whole or in part, by electronic means, including through social engineering or email compromise;

6. Forensic, legal or investigative expenses; or

7. Data or system recovery, repair, recreation, reproduction, replacement or restoration expenses;

regardless of any other cause or event contributing concurrently or in any other sequence thereto.

This exclusion applies only to the extent that the limit of such coverage exceeds the $1,000 limit described in the Limit Of Insurance for "loss" to electronic equipment.

This exclusion does not apply to any damages, "loss", costs and expenses arising out of any telematic device or system (or similar device or system) that is connected to or used in connection with any covered "auto" either at our request, or with our express consent.

C. **Changes In Trailer Interchange Coverage**

With respect to the Trailer Interchange Coverage in the Motor Carrier Coverage Form, if applicable, or if the Motor Carrier Coverage endorsement is attached, the following exclusion is added:

We will not pay for any damages, "loss", costs and expenses arising out of any:

1. Actual, alleged or suspected:

   a. Unauthorized access to, or the exfiltration, modification or destruction of, any "personal information", "electronic data", or "computer system";

   b. Loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data";

   c. Inability to access any website or "computer system", including the operation or functionality of such "computer system" being affected;

   d. Release, introduction, execution, transmission or facilitation of any "malicious code";

   e. Fraudulent instructions transmitted or effectuated, in whole or in part, by electronic means, including through social engineering or email compromise;

   f. Forensic, legal or investigative expenses; or

   g. Data or system recovery, repair, recreation, reproduction, replacement or restoration expenses; or

2. Claim, "suit", or other legal proceeding, administrative action or hearing arising out of Paragraphs **1.a.** through **1.g.** above, including but not limited to those initiated prior to, or pending as of, the inception date of this policy;

regardless of any other cause or event contributing concurrently or in any other sequence thereto.

This exclusion does not apply to any damages, "loss", costs and expenses arising out of any telematic device or system (or similar device or system) that is connected to or used in connection with any covered "auto" either at our request, or with our express consent.

D. **Changes In Garagekeepers Coverage**

With respect to Garagekeepers Coverage in the Garage Coverage Form, if applicable, or if the Garagekeepers Coverage endorsement is attached, the following exclusion is added:

We will not pay for any damages, "loss", costs and expenses arising out of any:

1. Actual, alleged or suspected:

**a.** Unauthorized access to, or the exfiltration, modification or destruction of, any "personal information", "electronic data", or "computer system";

**b.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data";

**c.** Inability to access any website or "computer system", including the operation or functionality of such "computer system" being affected;

**d.** Release, introduction, execution, transmission or facilitation of any "malicious code";

**e.** Fraudulent instructions transmitted or effectuated, in whole or in part, by electronic means, including through social engineering or email compromise;

**f.** Forensic, legal or investigative expenses; or

**g.** Data or system recovery, repair, recreation, reproduction, replacement or restoration expenses; or

**2.** Claim, "suit", or other legal proceeding, administrative action or hearing arising out of Paragraphs **1.a.** through **1.g.** above, including but not limited to those initiated prior to, or pending as of, the inception date of this policy;

regardless of any other cause or event contributing concurrently or in any other sequence thereto.

This exclusion does not apply to any damages, "loss", costs and expenses arising out of any telematic device or system (or similar device or system) that is connected to or used in connection with any covered "auto" either at our request, or with our express consent.

E. **Changes In The Broadened Coverage – Garages Endorsement**

If the Broadened Coverage – Garages endorsement is attached the following exclusion is added:

This insurance does not apply to:

Damages, "loss", costs and expenses, including all fines and penalties, arising out of any:

**1.** Actual, alleged or suspected:

**a.** "Cyber injury";

**b.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data"; or

**c.** Access to, or "loss", destruction, disclosure, publication, disruption, inspection, modification, recording, release, review, use, collection, processing, or storage of, any person's or organization's confidential or "personal information", including but not limited to patents, trade secrets, processing methods, customer lists, financial information, credit card information, biometric or health information, or any other type of nonpublic information; or

**2.** Claim, "suit", or other legal proceeding, administrative action or hearing arising out of Paragraphs **1.a.** through **1.c.** above, including but not limited to those initiated prior to, or pending as of, the inception date of this policy.

This exclusion does not apply to any damages, "loss", costs and expenses, including all fines and penalties, arising out of any telematic device or system (or similar device or system) that is connected to or used in connection with any covered "auto" either at our request, or with our express consent.

F. The **DEFINITIONS** Section is amended by the addition of the following:

"Computer systems" means:

1. Information Technology (IT), data processing, industrial process control and communication systems, as well as any other item or element of hardware or associated software, including but not limited to IT infrastructure, software or equipment used for the purpose of creating, accessing, processing, protecting, monitoring, storing, backing up, retrieving, displaying or transmitting data; and

2. IT and mobile devices such as mobile phones, tablet devices, laptops, external drives, CD-ROMs, DVD-ROMs, magnetic tapes, magnetic disks or USB sticks that process, record, transmit or store data, as well as network equipment and associated input and output devices, including but not limited to any covered "auto's" computer system, and any related peripheral components, devices, controllers, modules, motors, switches or sensors, any embedded original manufacturer systems and applications software, or any related communications networks connected to or used in connection with such items.

"Cyber injury" means any intentional or unintentional, breach of or unauthorized access to, or the exfiltration, modification or destruction of, any "personal information", "electronic data", or "computer system", wherever located, that results in:

1. Oral or written publication, in any manner, of material that violates a person's right of privacy or any data protection or privacy law;

2. Inability to access any website or "computer system", including the operation or functionality of such "computer system" being affected;

3. Release, introduction, execution, transmission or facilitation of any "malicious code";

4. Forensic, legal or investigative expenses;

5. Extortion or terrorism acts or threats;

6. Monitoring or notification costs or expenses;

7. Crisis management or public relations expenses;

8. Data or system recovery, repair, recreation, reproduction, replacement or restoration expenses;

9. Business interruption and contingent business interruption related "losses" or expenses; or

10. "Losses" or expenses arising out of fraudulent instructions transmitted or effectuated, in whole or in part, by electronic means, including through social engineering or email compromise.

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

"Malicious code" means, but is not limited to, any virus, Trojan horse, worm, spyware, logic bomb, adware, malware or other similar software program.

"Personal information" means any personally identifying information or data about an individual, as defined by any foreign, federal, state or local laws, statutes or regulations.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – AIRPORT RUNWAYS & LANDING STRIPS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**, **B. Exclusions** is amended to add the following:

This insurance does not apply to:

**14. Airport Runways & Landing Strips**

"Bodily injury" or "property damage" arising out of the use of a covered "auto" while being operated or used at any airport runway or landing strip.

This exclusion does not apply to:

1. Automobile parking lots and roads adjoining said locations; or

**2.** Covered "autos" that are equipped and / or used as fire, police or emergency vehicles.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

POLICY NUMBER: BA-4640484-01

<div align="right">

**COMMERCIAL AUTO**
CA 21 33 08 17
</div>

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO UNINSURED AND UNDERINSURED MOTORISTS COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Ohio, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:  Village of Wellington** |
| **Endorsement Effective Date:   02/15/2022** |

**SCHEDULE**

| Limit Of Insurance | | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $100,000 | Each "Accident" |
| **Underinsured Motorists Coverage:** | $100,000 | Each "Accident" |

Uninsured and Underinsured Motorists Coverage apply unless an "X" is entered in the corresponding box below:

☐ If an "X' is entered in this box, this endorsement provides Uninsured Motorists Coverage only, and all references to "underinsured motor vehicle" do not apply.

☐ If an "X' is entered in this box, this endorsement provides Underinsured Motorists Coverage only, and all references to "uninsured motor vehicle" do not apply.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or operator of an "uninsured motor vehicle" or "underinsured motor vehicle" because of "bodily injury" sustained by the "insured" and caused by an "accident".

The owner's or operator's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

 © Insurance Services Office, Inc., 2017

**2.** With respect to damages resulting from an "accident" with an "underinsured motor vehicle", we will pay under the coverage selected under this endorsement only if Paragraph **a.** or **b.** below applies:

   **a.** The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

   **(1)** Have been given prompt written notice of such settlement; and

   **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

**3.** Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

**1.** An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction. However, no coverage is provided for anyone occupying an "auto" which is not a covered auto for Uninsured Motorists and/or Underinsured Motorists Coverage under this Coverage Form.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction. However, no coverage is provided for anyone occupying an "auto" which is not a covered auto for Uninsured Motorists and/or Underinsured Motorists Coverage under this Coverage Form.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

**1.** Any claim settled without our consent, if the settlement prejudices our right to recover payments. However, this exclusion does not apply to a settlement made with the insurer of an "underinsured motor vehicle" in accordance with the procedure described in Paragraph **A.2.b.**

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Any "insured" using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage and/or Underinsured Motorists Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage and/or Underinsured Motorists Coverage under this Coverage Form; or

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage and/or Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**6.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

 © Insurance Services Office, Inc., 2017

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage and/or Underinsured Motorists Coverage shown in the Schedule or Declarations.

2. The coverage limit for Uninsured and Underinsured Motorists Coverage applies separately to damages caused by an "accident" with an "uninsured motor vehicle" and an "underinsured motor vehicle".

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form or any Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this Coverage Form for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. With respect to coverage provided for damages resulting from an "accident" with an "underinsured motor vehicle", the limit of insurance shall be reduced by all sums paid for "bodily injury" by or on behalf of anyone who is legally responsible.

**E. Changes In Conditions**

The Conditions of the policy for Ohio Uninsured and Underinsured Motorists Insurance are changed as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

c. If the coverage under this Coverage Form is provided:

   (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

   (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved;

   b. Promptly send us copies of the legal papers if a "suit" is brought; and

   c. A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle" and allow us 30 days to advance payment to that insured in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle". However, this Provision **2.c.** does not apply if failure to notify us does not prejudice our rights against the insurer, owner or operator of such "underinsured motor vehicle".

3. **Transfer Of Rights Of Recovery Against Others To Us** is amended by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

 © Insurance Services Office, Inc., 2017

Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following conditions are added:

**a. Arbitration**

**(1)** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**(2)** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Statute Of Limitations**

Any claim or suit for Uninsured Motorists Coverage and/or Underinsured Motorists Coverage must be brought within three years after the date of the "accident" causing the "bodily injury" or one year after the date the liability insurer of the "uninsured motor vehicle" becomes insolvent, whichever is later, provided that our rights are not prejudiced.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle:

**a.** For which no liability bond or policy applies at the time of an "accident";

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the operator nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" to an "insured" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

The facts of the "accident" or intentional act must be proved by independent corroborative evidence.

 © Insurance Services Office, Inc., 2017

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Designed for use mainly off public roads while not on public roads; or

**c.** Owned by any governmental unit or agency, unless the owner or operator of the "uninsured motor vehicle" has:

    **(1)** An immunity under the Ohio Political Subdivision Tort Liability Law; or

    **(2)** A diplomatic immunity.

**4.** "Underinsured motor vehicle" means a land motor vehicle for which the sum of all liability bonds or policies applicable at the time of an "accident" is either:

**a.** Less than the limit of liability for this coverage; or

**b.** Reduced by payments to others injured in the "accident" to an amount which is less than the limit of liability for this coverage.

However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law;

**b.** Owned by a governmental unit or agency;

**c.** Designed for use mainly off public roads while not on public roads; or

**d.** That is insured for Covered Autos Liability Coverage under this Policy.

 © Insurance Services Office, Inc., 2017

POLICY NUMBER:  BA-4640484-01

COMMERCIAL AUTO
CA 31 17 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO UNINSURED MOTORISTS COVERAGE – PROPERTY DAMAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Ohio, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:   Village of Wellington**<br><br>**Endorsement Effective Date:**    02/15/2022 |

**SCHEDULE**

| |
|---|
| **Limit Of Insurance:   $100,000**                            **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "property damage" to a covered "auto" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay only after any property damage liability bonds or policies have been exhausted by payment of judgments or settlements.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Exclusions**

This insurance does not apply to:

1. Any claim settled without our consent, if the settlement prejudices our right to recover payments.

2. The first $250 of the amount of "property damage" to a covered "auto" as a result of any one "accident".

3. Any "insured" using a vehicle without a reasonable belief that the person is entitled to do so.

4. Any motor vehicle owned by you for which you have purchased collision coverage under this Coverage Form or any other Coverage Form or policy.

5. The owner or operator of the "uninsured motor vehicle" if such owner or operator cannot be identified.

6. The direct or indirect benefit of any insurer of the property.

7. Punitive or exemplary damages.

                       © Insurance Services Office, Inc., 2012              

8. "Property damage" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## C. Limit Of Insurance

1. Regardless of the number of covered "autos", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" will be the lesser of $7,500 or the actual cash value of your damaged "auto" at the time of the "accident".

2. Any amount payable under this coverage shall be reduced by all sums paid by or for anyone who is legally responsible.

3. An adjustment for the depreciation and physical condition will be made in determining actual cash value at the time of "loss".

## D. Changes In Conditions

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are amended by the addition of the following:

   The reference to "other collectible insurance" applies only to other collectible uninsured motorists coverage.

   If this Coverage Part and any other Coverage Part or policy providing similar insurance applies to the same "accident", the maximum limit of insurance under all the Coverage Parts or policies shall be $7,500.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. The following condition is added:

### Arbitration

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

## E. Additional Definitions

As used in this endorsement:

1. "Property damage" means injury to or destruction of a covered "auto". However, "property damage" does not include:

   a. Loss of use of a covered "auto"; or

   b. Damage to property owned by the "insured" while contained in a covered "auto".

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle:

   a. For which no liability bond or policy affording coverage for "property damage" applies at the time of the accident;

   b. For which an insuring or bonding company denies coverage or is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle:

   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

   b. Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2012

COMMERCIAL  AUTO
CA 99 15 12 93

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GOVERNMENTAL BODIES AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Any land motor vehicle or "trailer" you own or lease that is designed for travel on public roads is an "auto" and not "mobile equipment" if the sole reason for considering it "mobile equipment" is such vehicle is used solely on roads you own.

**ARGONAUT INSURANCE COMPANY**
225 West Washington Street, 24th Floor
Chicago, IL 60606

# LAW ENFORCEMENT LIABILITY COVERAGE PART DECLARATIONS

**POLICY NO.:** LE-4640484-01                    **RENEWAL OF:** LE-4640484-00

**Named Insured and Mailing Address***

Village of Wellington
115 Willard Memorial Sq.
Wellington, OH 44090

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| ITEM 1: POLICY PERIOD: |  |
|---|---|
| Policy covers From: 02/15/2022 To: 02/15/2023 at 12:01 A.M. Standard Time at your mailing address shown above.* | |

| ITEM 2: LIABILITY LIMIT: |  |
|---|---|
| Each Wrongful Act: | $1,000,000 |
| Annual Aggregate: | $1,000,000 |

| ITEM 3: DEDUCTIBLE: |  |
|---|---|
| Deductible: Each Wrongful Act: | $10,000 |

| ITEM 4: FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION: |
|---|
| See Schedule of Forms and Endorsements |

| ITEM 5: PREMIUM: |  |
|---|---|
| Premium: | $6,827 |
| Minimum Premium: | $ |

*Information may be omitted if shown elsewhere in the policy

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY DECLARATIONS, IF APPLICABLE, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

## *LAW ENFORCEMENT LIABILITY COVERAGE PART*

In return for the payment of premium and subject to the terms and conditions of this Coverage Part, we agree with you as follows:

### INTRODUCTION

Various provisions in this Coverage Part restrict coverage. Read the entire Coverage Part carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Part the words *you* and *your* refer to the Entity shown first as Named Insured in the Declarations. The words **we**, **us** and **our** refer to the company providing this insurance.

The word *insured* means any person or organization qualifying as such under WHO IS AN INSURED (**Section II**).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (**Section V**).

## SECTION I - COVERAGES

### A.  Insuring Agreement

We will pay those sums that the insured becomes legally obligated to pay as "damages" resulting from a "wrongful act" to which this insurance applies that is committed during the course and scope of "law enforcement activities", or which arise out of your ownership, maintenance or use of premises for the purpose of conducting "law enforcement activities".

We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" for a "wrongful act" to which this insurance does not apply. We may, at our discretion, investigate any "wrongful act" and settle any claim or "suit" that may result.

However:

    a.  The amount we will pay for "damages" is limited as described in LIMITS OF INSURANCE AND DEDUCTIBLE (Section III); and

    b.  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments (Section I. C.).

This insurance applies to "damages" arising out of a "wrongful act" only if the "wrongful act" was first committed:

    a.  By an insured in the course of his or her "law enforcement activities" and

    b.  During the policy period.

This insurance applies to "damages" arising out of a "wrongful act" committed anywhere in the world.

### B.  Exclusions

This insurance does not apply to:

    1.  Any claim arising out of the ownership, maintenance, operation, use, loading, unloading or negligent entrustment to others of:

        a.  Any "auto" or aircraft.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

b.  Any owned watercraft in excess of 25 feet in length or having more than 100 horsepower, any non-owned watercraft or any jet ski.

This exclusion also applies to a claim against any insured flowing from or originating out of acts, omissions, policies or procedures related to any "auto" or aircraft used in the apprehension of violators or suspected violators. This includes the training, supervision and recruitment of personnel executing or directing such operations.

2.  Any claim arising out of:

    a.  a dishonest, malicious, fraudulent or criminal act, error or omission by any person, including actual or threatened acts of sexual abuse or molestation, or

    b.  a knowing violation of any law, statute or governmental regulation.

This exclusion applies only to the insured(s) who committed or had knowledge of the fraudulent, criminal or dishonest act, error, omission or violation of law. However if it is later established by a judgment or other final adjudication that the allegation was not proven, we will reimburse the insured for the reasonable costs of defense.

3.  "Property damage" to:

    a.  Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

    b.  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

    c.  Property loaned to you; or

    d.  Personal property in the care, custody or control of an insured.

This exclusion does not apply to personal property in a person's possession at the time of his or her arrest.

4.  Any obligations that you have under worker's compensation, employer's liability, unemployment compensation, disability benefits or similar laws.

5.  Any claim arising out of employment or application for employment with any insured, or any other employment related policies or practices.

6.  Any liability for which the insured is obligated to pay "damages" by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

7.  Any claim arising out of a war (declared or undeclared), invasion, insurrection, rebellion, revolution, civil war, or seizure of power.

8.  "Bodily injury" to:

    a.  An "employee" or any auxiliary or volunteer law enforcement officer of the insured arising out of

        and in the course of:

        i.  Employment by the insured; or

        ii.  Performing duties related to the conduct of the insured's "law enforcement activities"; or

    b.  The spouse, child, parent, brother or sister of that "employee", auxiliary or volunteer law enforcement officer as a consequence of Paragraph a. above.

This exclusion applies:

    a.  Whether the insured may be liable as an employer or in any other capacity; and

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

    b. To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

9. Any claim for relief that is equitable in nature and is not payable in money, or any request for equitable or injunctive relief, or the insured's cost to comply with any such non-monetary relief.

   If a "suit" seeks both monetary "damages" and non-monetary relief, we will defend the "suit".

## C.  Supplementary Payments

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.

3. Up to $300 a day for loss of earnings (but not other income) because of attendance at hearings or trials at our request.

4. All costs taxed against the insured in the "suit" that resulted from a verdict covered by this policy.

5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II – WHO IS AN INSURED

You are an insured, and

Each of the following is an insured but only for acts that were both within the scope of his or her duties for you, and motivated, at least in part, by a purpose to serve you:

1. Any member of the governing body of the named insured.

2. Any boards, commissions and councils of the named insured and their members.

3. Any elected or appointed official of the named insured.

4. Any "employee" or authorized volunteer of the named insured.

5. Any "employee" of the Named Insured with respect to the conduct of any multi-jurisdictional law enforcement organization.

## SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds; or

    b. Claims made or "suits" brought; or

                 

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

   c.  Persons or organizations making claims or bringing "suits".

2.  The most we will pay for all claims, "suits" or actions covered by this Coverage Part is the ANNUAL AGGREGATE shown in the Declarations.

3.  Subject to 2. above, the Each Wrongful Act Limit is the most we will pay for the sum of all "damages" arising out of any one "wrongful act".

4.  Deductible

   a.  Our obligation to pay "damages" on your behalf and to pay "loss adjustment expense" applies only to the amount of "damages" and "loss adjustment expense" in excess of the Deductible shown in the Declarations. The Deductible shown in the Declarations applies to the total amount of all "damages" and related "loss adjustment expense" because of all claims resulting from any one "wrongful act".

   b.  The terms of this insurance, including those with respect to:

      i. Our right and duty to defend any "suits" seeking those "damages"; and

      ii. Your duties in the event of a "wrongful act", claim, or "suit"

   Apply irrespective of the application of the Deductible amount.

   c.  We may pay any part, or all, of the Deductible amount applicable to "damages" and "loss adjustment expense" to effect settlement of any claim or "suit", and, upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible amount as has been paid by us.

If we file suit seeking recovery for amounts paid by us as a deductible which is to be reimbursed by you, then you are responsible for all costs of collection, including reasonable attorney's fees and interest on the amount in question in the full amount allowed by law.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

# SECTION IV - CONDITIONS

**A.  Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**B.  Duties of the Named Insured**

1.  The Named Insured in the Declarations, or if multiple entities are named, the first of such entities, shall be the sole agent, and shall act on behalf, of each insured with respect to all matters under this Coverage Part, including but not limited to:

   a.  Giving notice of any claim;

   b.  Giving or receiving notice of cancellation;

   c.  Receiving any other written notice or correspondence from us;

   d.  Consenting to the settlement of any "suit";

   e.  The receipt and acceptance of this Coverage Part and any endorsements to this Coverage Part;

   f.  The payment of any premium due under this Coverage Part;

   g.  The receipt of any return premiums that may become due under this Coverage Part; and

2.  Each insured agrees that the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, shall act on their behalf.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

**C.   Duties In The Event Of A Claim, "Suit" or "Wrongful Act"**

1.  You must see to it that we are notified of a "wrongful act" or an offense which may result in a claim covered by this Coverage Part as soon as practicable after the "wrongful act" is known to you, or your "designee".   Notice should include:

    To the extent possible, notice should include:

    a.   How, when and where the "wrongful act" took place;

    b.   The names and addresses of any injured persons and witnesses; and

    c.   The nature and location of any injury or damage arising out of the "wrongful act".

    Notice of a "wrongful act" is not notice of a claim.

2.  If a claim is made or "suit" is brought against any insured, you must:

    a.   Record the specifics of the claim or "suit" and the date received as soon as you or your "designee"  is notified of it;

    b.   Notify us as soon as practicable after you or your "designee" learns of the claim or "suit".

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

3.  You and any other involved  insured must:

    a.   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    b.   Authorize us to obtain records and other information;

    c.   Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    d.   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

4.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

5.  Notice given by or on behalf of:

    a.  The insured; or

    b.  The injured person; or

    c.  Any other claimant;

    to a licensed agent of ours with particulars sufficient to identify the insured shall be deemed notice to us.

**D.   Assignment**

Assignment of interest under this Coverage  Part shall not bind us until our consent is endorsed hereon; however, subject otherwise to the terms hereof, this Coverage Part shall cover the estate, heirs, legal representative or assigns of the insured in the event of the insured's death, bankruptcy, insolvency or being adjudged incompetent.

**E.   Legal Action Against Us**

No person or organization has a right under this Coverage  Part:

1.   To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

2.   To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for "damages" that are not payable under the terms of this Coverage  Part or that are in ex-

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

PROFESSIONAL
Occurrence

cess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**F.  Other Insurance**

The insurance provided by this Coverage Part is excess over any other collectible insurance. We will have no duty to defend the insured against any "suit" or claim for "damages" if any other insurer has a duty to defend the insured against that "suit".

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

1.  The total amount that all other insurance would pay in the absence of this insurance; and

2.  The total of all deductible and self-insured amounts under the other insurance.

If we share the loss, we will do so by equal share contribution if allowed by the other insurance. If equal share contribution is not permitted, we will contribute by the ratio our limit bears to the total applicable limits of all insurance.

**G.  Conformity to Statute**

This Coverage Part is intended to be in full conformity with the laws of the state in which it is issued. If any provision of this Coverage Part (including endorsements which modify the Coverage Part) conflicts with any law, it is changed to comply with that law.

**H,  Premium Audit**

Unless required by law, premiums for this Coverage Part shall not be subject to audit.

**I.  Consent To Settle**

We will not settle any "suit" without your consent. If, however, you refuse to consent to any settlement recommended by us and elect to contest the "claim" or to continue any legal proceedings in connection with such "claim," then:

1.  We will not be obligated to pay defense costs incurred by you subsequent to such refusal and

2.  If a settlement or adverse judgment occurs subsequent to such refusal, we will not be obligated to pay any amount in excess of the amount for which the "claim" could have been settled prior to such refusal..

Such amounts are subject to the provisions of Section III Limits of Insurance and Deductible of this Coverage Part.

**J.  Representations**

By accepting this Coverage Part, you agree:

1.  The application and Declarations are the basis of this Coverage Part and are to be considered as incorporated in and constituting part of this Coverage Part;

2.  The statements in the application are accurate and complete;

3.  Those statements are based upon representations you made to us; and

4.  We have issued this Coverage Part in reliance upon your representations.

**K.  Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The insured must do nothing after the "wrongful act" to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

**L.   When We Do Not Renew**

If we decide not to renew this Coverage Part we will mail or deliver to the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, written notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing as required by state law will be sufficient proof of notice. Proof of mailing requirements may vary by state.

**M.   Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this insurance to the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, this insurance applies:

1. As if each Named Insured were the only Named Insured; and

2. Separately to each insured against whom claim is made or "suit" is brought.

**N.   Title of Paragraphs**

The titles of the various paragraphs of this Coverage Part and endorsements, if any, attached to this Coverage Part, are inserted solely for convenience or reference and are not deemed in any way to affect the provisions to which they relate.

# SECTION V - DEFINITIONS

1. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment.

2. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

3. "Damages" means money "damages". "Damages" does not include any amount awarded as liquidated "damages" pursuant to any federal or state statute. "Damages" does not include punitive "damages", unless required by state law.

4. "Designee" means one of your officers, your legal department or an employee you designate to give notice to us.

5. "Employee(s)" includes a "leased worker".

6. "Law Enforcement Activity(ies)" means administration of the criminal justice system and/or any act, error or omission of your law enforcement agency, its officials, officers, "employees" or volunteers. "Law Enforcement Activity" also includes the use, operation or maintenance of any premises by your law enforcement agency.

7. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.

8. "Loss adjustment expense" means all expenses chargeable to a specific claim we incur or the insured incurs with our consent in the investigation, negotiation, arbitration and defense of any claim or "suit", whether paid by us or by the insured with our consent.

9. "Property Damage" means:

   a. Physical injury to tangible property including all resulting loss of use of that property; or

   b. Loss of use of personal property that is not physically injured; or

   c. Disappearance of tangible property (including money).

   d. Impairment, deprivation or destruction of property, including loss of use thereof, resulting from proceedings in eminent domain, adverse possession, unlawful or unconstitutional taking of property or inverse condemnation, by whatever named called.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

10. "Suit(s)" means a civil proceeding in which "damages" to which this insurance applies are alleged.  "Suit" includes:

    a. An arbitration proceeding in which "damages" are claimed and to which the insured must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which "damages" are claimed and to which the insured submits with our consent.

11. "Wrongful Act" means any act, error or omission flowing from or originating out of a "law enforcement activity".  All acts, errors or omissions, committed by one or more insureds that are substantially the same or are in any way directly or indirectly related – either logically, causally, or temporally – shall be deemed to constitute one "wrongful act", regardless of the number of claims or claimants.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEFINITION OF WRONGFUL ACT

This endorsement modifies insurance provided under the following:

LAW ENFORCEMENT LIABILITY  COVERAGE PART

The definition of "Wrongful Act" in the **DEFINITIONS** Section is replaced by the following:

"Wrongful Act" means any act, error or omission flowing from or originating out of a "law enforcement activity". A "wrongful act" is related if it is based in whole or in any part on the same or similar act(s), error(s) or omission(s), or series of act(s), error(s) or omission(s). All related wrongful acts shall be deemed to constitute one "wrongful act", regardless of when the first related "wrongful act" occurred, by whom the first related "wrongful act" was committed, or the number of insureds, claims, suits or claimants.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

LAW ENFORCEMENT LIABILITY COVERAGE PART

**A.** **SECTION I – COVERAGES, B. Exclusions,** 1. a. is deleted and replaced with the following:

1. a. Any "auto", aircraft or "unmanned aircraft".

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "wrongful act" which caused the "bodily injury", "property damage" or personal injury involved the ownership, maintenance, use or entrustment to others of any "unmanned aircraft".

**B.** The **DEFINITIONS** Section is amended by the addition of the following:

"Unmanned aircraft" means an aircraft that is not:

a. Designed;

b. Manufactured; or

c. Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.


ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT  CHANGES  THE POLICY. PLEASE  READ IT CAREFULLY.**

# LINE OF DUTY DEATH BENEFIT COVERAGE AMENDMENT

This endorsement  modifies insurance provided  under the following:

LAW ENFORCEMENT  LIABILITY  COVERAGE PART

The following is added as item 7 to Section I.C., Supplementary  Payments.

We will reimburse you for an amount not to exceed $50,000 per "employee" / $100,000 Aggregate per Policy Period, for voluntary  payments by you to the family or household members of  your employee engaged in "law enforcement  activities", who dies in the line of duty while responding  or reacting to a felony that occurs during the Policy Period, provided  that:

   a.  the death of your "employee" results within one year from the date of the initial injury;
   b.  the "employee" was under your direct supervision,  and
   c.  The "employee" was acting within the course and scope of their duties at the time the injury occurred.
   d.  The death does not:
      1)  Arise out of or in any way involve  suicide; or
      2)  Result from an injury caused by a member of the employees immediate family or members of their household; or
      3)  Result from a heart attack or stroke that occurs more than twenty-four (24) hours after such felony related injury.

We have the right to request an independent autopsy, at our own expense, as allowed by law.

The following condition is added to Section IV, CONDITIONS,  C. Duties in the Event of Claim, "Suit" or "Wrongful Act",

You must provide  us with written notice of a fatal injury as soon as practicable after the fatal injury occurs. Notice must include
   a.  Identification  of such employee; and
   b.  Description of felony that employee was responding  or reacting to; and
   c.  Nature of the fatal injury; and
   d.  Proof of payment to family or household  member

**ARGONAUT INSURANCE COMPANY**
225 West Washington Street, 24th Floor
Chicago, IL 60606

# PUBLIC OFFICIALS' LIABILITY COVERAGE PART DECLARATIONS

**IMPORTANT NOTICE: THIS COVERAGE PART PROVIDES CLAIMS-MADE COVERAGE. PLEASE READ THE ENTIRE POLICY CAREFULLY TO DETERMINE YOUR RIGHTS AND DUTIES AND WHAT IS AND IS NOT COVERED.**

**POLICY NO.:** PO-4640484-01                    **RENEWAL OF:** PO-4640484-00

**Named Insured and Mailing Address\***

Village of Wellington
115 Willard Memorial Sq.
Wellington, OH 44090

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| |
|---|
| **ITEM 1: POLICY PERIOD:** |
| **Policy covers From:** 02/15/2022 **To:** 02/15/2023 **at 12:01 A.M. Standard Time at your mailing address shown above.\*** <br><br> This Insurance does not apply to claims which arose from a "wrongful act" commencing before the Retroactive Date shown below. Enter NONE if no Retroactive Date applies to this coverage part. <br><br> RETROACTIVE DATE: 02/15/2011 |

| **ITEM 2: LIABILITY LIMIT:** | |
|---|---|
| Each Wrongful Act: | $1,000,000 |
| Annual Aggregate: | $3,000,000 |

| **ITEM 3: DEDUCTIBLE:** | |
|---|---|
| Deductible: Each Wrongful Act: | $10,000 |

| **ITEM 4: FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION:** |
|---|
| See Schedule of Forms and Endorsements |

| **ITEM 5: PREMIUM:** | |
|---|---|
| Premium: | $10,331 |
| Minimum Premium: | $ |

**\*Information may be omitted if shown elsewhere in the policy**

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY DECLARATIONS, IF APPLICABLE, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

AG PO D001 01 (02/09)                    Argo Group US                    Page 1 of 1

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

## PUBLIC OFFICIALS LIABILITY COVERAGE PART

Various provisions in this *Coverage Part* restrict coverage. Read the entire Coverage Part carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Part the words **you** and **your** refer to *the Public Entity shown first as Named Insured in the Declarations*. The words **we, us** and **our** refer to the company providing this insurance.

The word **insured** means any person or organization qualifying as such under WHO IS AN INSURED (Section II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (Section VI).

## SECTION I – COVERAGES

### A. Insuring Agreement

We will pay on behalf of the insured those sums that the insured becomes legally obligated to pay as "damages" because of a "wrongful act" committed anywhere in the world to which this insurance applies. This insurance DOES NOT apply to any "claim" resulting from a "wrongful act" that commenced prior to the Retroactive Date shown in the declarations.

This insurance applies only to a "claim" for "damages" first made against any insured during the policy period or any Extended Reporting Period we provide under SECTION V EXTENDED REPORTED PERIODS. A "claim" will be deemed to have been made when notice of such "claim" is received and recorded by you or your "designee" or by us, whichever comes first;

All "claims" arising out of the same "wrongful act" will be deemed to have been made at the time the first of those "claims" is made against any insured.

We will have the right and duty to defend the insured against any "suit" seeking "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" for a "wrongful act" to which this insurance does not apply. We may, at our discretion, investigate any "wrongful act" and settle any "claim" or "suit" that may result. However:

   a. The amount we will pay for "damages" is limited as described in Section III  Limits Of Insurance And Deductible; and
   b. Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments (Section I. C.).

### B. Exclusions

This insurance does not apply to:

1. Any "claim", or any portion of any "claim", alleging "bodily injury", "property damage", "personal injury", "advertising injury" or "employee benefits injury".

2. Any "claim" arising out of:

   a. The issuance of bonds; or

   b. Tax assessment or valuation of real, business or personal property; and/or

   c. Tax collection.

3. Any "claim" arising out of:

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

    a.  a breach of contract; or

    b.  construction, architectural or engineering contracts, faulty preparation of bid specifications or any other procurement contract; or

    c.  liability which the insured has assumed in a contract or agreement, except mutual aid agreements between political subdivisions.  This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

4.  Any "claim" made by, on behalf of, or for the benefit of the named insured against an "employee" or official of the named insured.

5.  Any "claim" flowing from or originating out of:

    a.  a dishonest, malicious, fraudulent or criminal act, error or omission by any person, or

    b.  a knowing violation of any law, statute or governmental regulation.

This exclusion applies only to the insured(s) who committed or had knowledge of the fraudulent, criminal or dishonest act, error, omission or violation of law. However if it is later established by a judgment or other final adjudication that the allegation was not proven, we will reimburse the insured for the reasonable costs of defense

6.  Any "claim" arising out of any failure or omission to purchase or to maintain insurance coverage or any self-insurance fund.

7.  Any "claim", or any portion of any "claim", seeking "damages" for emotional distress or mental anguish.

8.  Any "claim" arising out of employment or application for employment with any insured, or any other employment related policies or practices.

9.  Any civil or criminal fines or penalties levied by any federal, state or local governmental regulatory agency or court.

10.  Any "claim" arising out of:

    a.  Any collective bargaining agreements; or

    b.  Any lockout, strike, picket line, replacement of workers or other labor disputes or labor negotiations, union grievances or any "claim" filed by or on behalf of a union.

11.  Any "claim" based upon or attributable to an insured gaining any profit, advantage, or remuneration to which that insured is not legally entitled.

12.  Any claim arising out of:

    a.  Any prior and/or pending litigation as of the effective date of this Coverage Part set forth in the Declarations, or

    b.  Any fact, circumstance, situation, transaction or event underlying or alleged in such litigation, regardless of the legal theory upon which such claim is predicated.

13.  Any "claim" arising out of the:

    a.  Actual or threatened sexual abuse or molestation or any other types of improper sexual acts or

    b.  The negligent:

        i.  Employment; or

        ii.  Investigation; or

        iii.  Supervision; or

        iv.  Reporting to the proper authorities or failure to so report; or

        v.  Retention;

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

Of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraph a. above;

c.  Failure to protect any person from any acts or conduct described in a. above.

14.  Any "claim" for relief that is equitable in nature and is not payable in money, or any request for equitable or injunctive relief, or the insured's cost to comply with any such non-monetary relief.

If a "suit" seeks both monetary "damages" and non-monetary relief, we will defend the "suit".

## C. Supplementary Payments

1.  We will pay, with respect to any "claim" we investigate or settle, or any "suit" against an insured we defend:

a.  All expenses we incur.

b.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $300 a day because of time off from work.

d.  All costs taxed against the insured in the "suit" that resulted from a verdict covered by this policy.

e.  Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the Limits of Insurance.

Our obligation to defend an insured and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

## SECTION II – WHO IS AN INSURED

You are an insured, and

Each of the following is an insured but only for acts that are both within the scope of his or her duties for you, and motivated, at least in part, by a purpose to serve you:

1.  Any member of the governing body of the named insured.

2.  Any board, commission, agency, authority, administrative department, or other similar unit operated by you and under your jurisdiction and within your budget.

3.  All your past, present, and future elected, appointed, or employed officials.

4.  Any "employee" or authorized "volunteer" of the named insured.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a named insured in the Declarations.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

## SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds; or

   b. "Claims" made or "suits" brought; or

   c. Persons or organizations making "claims" or bringing "suits".

2. The most we will pay for all "claims", "suits" or actions covered by this Coverage Part is the ANNUAL AGGREGATE shown in the Declarations.

3. Subject to 2. above, the Each Wrongful Act Limit is the most we will pay for the sum of all "damages" arising out of any one "wrongful act".

4. Deductible

   a. Our obligation to pay "damages" on your behalf and to pay "loss adjustment expense" applies only to the amount of "damages" and "loss adjustment expense" in excess of the Deductible shown in the Declarations. The Deductible shown in the Declarations applies to the total amount of all "damages" and related "loss adjustment expense" because of all "claims" resulting from any one "wrongful act".

   b. The terms of this insurance, including those with respect to:

      i. Our right and duty to defend any "suits" seeking those "damages"; and

      ii. Your duties in the event of a "wrongful act", "claim", or "suit"

      Apply irrespective of the application of the Deductible amount.

   c. We may pay any part, or all, of the Deductible amount applicable to "damages" and "loss adjustment expense" to effect settlement of any "claim" or "suit", and, upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible amount as has been paid by us.

   If we file suit seeking recovery for amounts paid by us as a deductible which is to be reimbursed by you, then you are responsible for all costs of collection, including reasonable attorney's fees and interest on the amount in question in the full amount allowed by law.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - CONDITIONS

### A. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### B. Duties of the Named Insured

1. The Named Insured in the Declarations, or if multiple entities are named, the first of such entities, shall be the sole agent, and shall act on behalf, of each insured with respect to all matters under this Coverage Part, including but not limited to:

   a. Giving notice of any "claim";

   b. Giving or receiving notice of cancellation;

   c. Receiving any other written notice or correspondence from us;

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

    d.   Consenting to the settlement of any "suit";

    e.   The receipt and acceptance of this Coverage Part and any endorsements to this Coverage Part;

    f.   The payment of any premium due under this Coverage Part;

    g.   The receipt of any return premiums that may become due under this Coverage Part; and

    h.   The exercise of any rights under Section V Extended Reporting Periods; and

2.   Each insured agrees that the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, shall act on their behalf.

## C. Duties In The Event Of A "Claim", "Suit" or "Wrongful Act"

1.   You must see to it that we are notified of a "wrongful act" which may result in a "claim" covered by this Coverage Part as soon as practicable *after* the "wrongful act" is known by you, or your "designee".

   To the extent possible, notice should include:

    a.   How, when and where the "wrongful act" took place;

    b.   The names and addresses of any injured persons or witnesses; and

    c.   The nature and location of any injury or damage arising out of the "wrongful act".

   Notice of a "wrongful act" is not notice of a "claim".

2.   If a "claim" is made or "suit" is brought against any insured, you must:

    a.   Record the specifics of the "claim" or "suit" and the date received as soon as you, or your "designee" is notified of it;

    b.   Notify us as soon as practicable after you or your "designee" learns of the "claim" or "suit".

   You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

3.   You and any other involved insured must:

    a.   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

    b.   Authorize us to obtain records and other information;

    c.   Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

    d.   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

4.   No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent

5.   Notice given by or on behalf of:

    a.   The insured;

    b.   The injured person;

    c.   Any other claimant;

   to a licensed agent of ours with particulars sufficient to identify the insured shall be deemed notice to us.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

**D.  Assignment**

Assignment of interest under this Coverage Part shall not bind us until our consent is endorsed hereon; however, subject otherwise to the terms hereof, this Coverage Part shall cover the estate, heirs, legal representative or assigns of the insured in the event of the insured's death, bankruptcy, insolvency or being adjudged incompetent.

**E.  Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

1.  To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

2.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for "damages" that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**F.  Other Insurance**

The insurance provided by this Coverage Part is excess over any other collectible insurance. We will have no duty to defend the insured against any "suit" or "claim" for "damages" if any other insurer has a duty to defend the insured against that "suit".

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

1.  The total amount that all other insurance would pay in the absence of this insurance; and

2.  The total of all deductible and self-insured amounts under the other insurance.

If we share the loss, we will do so by equal share contribution if allowed by the other insurance. If equal share contribution is not permitted, we will contribute by the ratio our limit bears to the total applicable limits of all insurance.

**G.  Conformity to Statute**

This Coverage Part is intended to be in full conformity with the laws of the state in which it is issued. If any provision of this Coverage Part (including endorsements which modify the Coverage Part) conflicts with any law, it is changed to comply with that law.

**H.  Premium Audit**

Unless required by law, premiums for this Coverage Part shall not be subject to audit.

**I.  Consent To Settle**

We will not settle any "suit" without your consent. If, however, you refuse to consent to any settlement recommended by us and elect to contest the "claim" or to continue any legal proceedings in connection with such "claim," then:

1.  We will not be obligated to pay defense costs incurred by you subsequent to such refusal and

2.  If a settlement or adverse judgment occurs subsequent to such refusal, we will not be obligated to pay any amount in excess of the amount for which the "claim" could have been settled prior to such refusal..

Such amounts are subject to the provisions of Section III Limits of Insurance and Deductible of this Coverage Part.

**J.  Representations**

By accepting this Coverage Part, you agree:

1.  The application and the declarations are the basis of this Coverage Part and are to be considered as incorporated in and constituting part of this Coverage Part.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

2. The statements in your application are accurate and complete;

3. Those statements are representations you made to us; and

4. We have issued this Coverage Part in reliance upon your representations.

**K. Transfer Of Rights Of Recovery Against Others To Us**

If an insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. No insured should do anything after a "wrongful act" to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**L. When We Do Not Renew**

If we decide not to renew this Coverage Part we will mail or deliver to the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, written notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing as required by state law will be sufficient proof of notice. Proof of mailing requirements may vary by state.

**M. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, this insurance applies:

1. As if each Named Insured were the only Named Insured; and

2. Separately to each insured against whom "claim" is made or "suit" is brought.

**N. Title of Paragraphs**

The titles of the various paragraphs of this Coverage Part and endorsements, if any, attached to this Coverage Part, are inserted solely for convenience or reference and are not deemed in any way to affect the provisions to which they relate.

# SECTION V - EXTENDED REPORTING PERIODS

A. We will provide one or more Extended Reporting Periods, as described below, if:

1. This Coverage Part is cancelled or not renewed; or

2. We renew or replace this Coverage Part with insurance that:

   a. Has a Retroactive Date later than the date shown in the Declarations of this Coverage Part; or

   b. Does not apply to "wrongful acts" on a claims-made basis.

B. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" for:

1. "Wrongful Acts" that first occur before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.

Once in effect Extended Reporting Periods may not be cancelled.

C. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 90 days. Please refer to Section IV - Conditions, C. Duties in the Event of a "Claim", "Suit" or "Wrongful Act", for your responsibilities when reporting an incident to us. The Basic Extended Reporting Peri-

AG PO 0001 01 (02/09)                    Argo Group US                    Page 7 of 9

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

od does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such "claims".

D. The Basic Extended Reporting Period does not reinstate or increase the Limits of Insurance.

E. A Supplemental Extended Reporting Period of 12, 24 or 36 months is available, but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set fort h in paragraphs C. and D. above, ends.

    1. You must give us a written request for the endorsement within 90 days after the end of the policy period. If you have chosen to purchase a Supplemental Extended Reporting Period for a period of less than 36 months, you may extend the period for up to a combined total of 36 months if you request the extension in writing no later than 60 days before the expiration of the Supplemental Extended Reporting Period originally elected.

    2. The Supplemental Extended Reporting Period(s) will not go into effect unless you pay the additional premium, determined in accordance with our rates, promptly when due. The additional premium for each 12-month Supplemental Extended Reporting Period will be equal to 50% of the annual premium for this Coverage Part.

    3. The insurance afforded for "claims" first made during the Supplemental Extended Reporting period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period(s) starts.

F. The Limit of Liability that applies to the Supplemental Extended Reporting period is equal to the limit entered on the declarations in effect at the end of the policy period.

## SECTION VI - DEFINITIONS

A. "Advertising Injury" means

    1. The use of another's advertising idea in your advertisement; or

    2. Infringement of copyright, patent, slogan, trademark, trade secret, trade dress, or other intellectual property rights.

B. "Bodily Injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these at any time.

C. "Claim" means written or oral demand, including a "suit", to hold the insured responsible for an alleged or actual wrongful act where payment of "damages" is sought.

D. "Damages" means money "damages". "Damages" does not include any amount awarded as liquidated "damages" pursuant to any federal or state statute. "Damages" does not include punitive "damages", unless required by state law.

E. "Designee" means one of your officers, your legal department or an employee you designate to give notice to us.

F. "Employee(s)" includes a "leased worker".

G. "Employee Benefits Injury" means injury that arises out of any act, error or omission in the administration of your "E mployee Benefit Programs" or alleged violation of any employment related state or federal code, regulation or statute.

H. "Employee Benefits Programs" means a program or programs of employee benefits maintained in connection with your business or operations, such as but not limited to, Group Life Insurance, Group Accident or Health Insurance, Pension Plans, Employee Stock Subscription Plans, Workers Compensation, Unemployment Insurance, Social Sec urity and Disability Benefits.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.

J. "Loss adjustment expense" means expenses allocated to a specific loss, "claim" or "suit" we incur or t he insured incurs with our consent for the investigation, negotiation, arbitration, adjustment, settlement or defense of any "claim" or

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

suit, whether paid by us or by the insured with our consent. "Loss adjustment expense" does not include salaries and expenses of our employees.

K.  "Personal Injury" means:

   1.  False arrest, detention, imprisonment, abuse of process or malicious prosecution.

   2.  Wrongful entry or eviction, or other invasion of the right of private occupancy.

   3.  Defamation in any form or oral or written publication, in any manner, of material that violates a person's right of privacy;

L.  "Property Damage" means:

   1.  Physical injury to tangible property including all resulting loss of use of that property; or

   2.  Loss of use of personal property that is not physically injured; or

   3.  Disappearance of tangible property (including money).

   4.  Impairment, deprivation or destruction of property, including loss of use thereof, resulting from proceedings in eminent domain, adverse possession, unlawful or unconstitutional taking of property or inverse condemnation, by whatever name called.

M.  "Suit(s)" means a civil proceeding in which "damages" to which this insurance applies are alleged. "Suit" includes:

   1.  An arbitration proceeding in which "damages" are claimed and to which the insured must submit or does submit with our consent; or

   2.   Any other alternative dispute resolution proceeding in which "damages" are claimed and to which the insured submits with our consent.

N.  "Volunteer" means a person who:

   1.  Is not an "employee" of any insured; and

   2.  Donates his or her work; and

   3.  Acts at the direction of, and within the scope of duties determined by, an insured; and

   4.  Is not paid a fee, salary or other compensation by any insured or anyone else for their work performed for the insured.

O.  "Wrongful Act" means any actual or alleged error, omission or breach of duty committed by any insured. All acts, errors or omissions committed by one or more insureds that are substantially the same or are in any way directly or indirectly related -- either logically, causally or temporally -- shall be deemed to constitute one wrongful act, regardless of the number of "claims" or claimants.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc., 1996

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL EXCLUSIONS

This endorsement modifies insurance provided under the following:

PUBLIC OFFICIALS' LIABILITY COVERAGE PART

No coverage for any claim shall apply under this Coverage Part if coverage has been excluded below

| EXCLUSION APPLIES | EXCLUSION DOES NOT APPLY | |
|---|---|---|
| | | **Miscellaneous Public Entity:** |
| ☒ | ☐ | 1.  Airport or activity related to aviation administration, supervision or operations; |
| ☒ | ☐ | 2.  Public Housing Project or Authority; |
| ☒ | ☐ | 3.  Personal Injury to public officials; |
| ☒ | ☐ | 4.  Medical Clinic; |
| ☒ | ☐ | 5.  Hospital, Nursing Home or other type of medical facility; |
| | | 6.  Professional Services provided by any: |
| ☒ | ☐ | a.  Doctors; |
| ☒ | ☐ | b.  Lawyers; |
| ☒ | ☐ | c.  Engineers; or |
| ☒ | ☐ | d.  Architects; |
| | | If it is indicated that an exclusion does not apply to items 6a-6d, then coverage will only apply to the professional services provided while the individual(s) is(are) operating within the scope of their employment by the named insured. |
| ☒ | ☐ | 7.  Fire District or Department; |
| ☒ | ☐ | 8.  Emergency Medical Service |
| ☒ | ☐ | 9.  Landfill, Dump, Refuse Site or Incinerator; |
| ☒ | ☐ | 10. Port Authorities or Terminals |
| ☒ | ☐ | 11. Child care facilities operating as a: |
| ☒ | ☐ | a.  Day Care |
| ☒ | ☐ | b.  Day Camp |
| ☒ | ☐ | c.  Nursery or similar facility; |
| ☒ | ☐ | 12. Public Transportation System or Transit Authority, including but not limited to transport, operations and premises; |
| ☐ | ☒ | 13. Dams over 25 feet in height or any Levees, Dikes; |
| ☒ | ☐ | Other: |
| | | **Utilities:** |
| ☒ | ☐ | 14. Utility – Public Gas |
| ☐ | ☒ | 15. Utility – Public Water |
| ☐ | ☒ | 16. Utility – Public Electric |
| ☐ | ☒ | 17. Utility – Sewer System |
| ☒ | ☐ | Other: |

| EXCLUSION APPLIES | EXCLUSION DOES NOT APPLY | |
|---|---|---|
| | | **Recreational:** |
| ☒ | ☐ | 18. Firework Display or Exhibition; |
| ☒ | ☐ | 19. Ski Facility; |
| ☒ | ☐ | 20. Waterslide; |
| ☒ | ☐ | 21. Organized or sponsored racing or stunting involving wheeled vehicles including skateboards and roller skating; |
| ☒ | ☐ | 22. Golf Course; |
| ☒ | ☐ | 23. Rodeo; |
| ☒ | ☐ | 24. Circus, amusement park or traveling enterprise offering amusement; |
| ☒ | ☐ | Other: |
| | | **School:** |
| ☒ | ☐ | 25. Public School District or System, Public School, School Board(s), or other similar educational units, entities or institutions; |
| ☒ | ☐ | Other: |
| | | **Law Enforcement:** |
| ☒ | ☐ | 26. Activity or function by or on behalf of any law enforcement agency or any agent thereof and/or activity or function related to the administration of the criminal justice system; |
| ☒ | ☐ | 27. Jail, Penal Institution or similar type facility; |
| ☒ | ☐ | Other: |

**APPLICATION OF ENDORSEMENT** (Enter below any limitations, clarifications or special conditions on the application of this endorsement):

**ARGONAUT INSURANCE COMPANY**
225 West Washington Street, 24th Floor
Chicago, IL 60606

# EMPLOYMENT PRACTICES LIABILITY COVERAGE PART DECLARATIONS

**IMPORTANT NOTICE:  THIS COVERAGE PART PROVIDES CLAIMS-MADE COVERAGE.  PLEASE READ THE ENTIRE POLICY CAREFULLY  TO DETERMINE  YOUR RIGHTS AND DUTIES AND WHAT IS AND IS NOT COVERED.**

**POLICY NO.:** EP-4640484-01                    **RENEWAL OF:** EP-4640484-00

**Named Insured and Mailing Address\***

Village of Wellington
115 Willard Memorial Sq.
Wellington, OH  44090

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| |
|---|
| **ITEM 1:  POLICY PERIOD:** |
| **Policy covers From:** 02/15/2022 **To:** 02/15/2023 **at 12:01 A.M. Standard Time at your mailing address shown above.\*** <br><br> This Insurance does not apply to claims which arose from a "wrongful act" commencing before the Retroactive Date shown below.  Enter NONE if no Retroactive Date applies to this coverage part. <br><br> RETROACTIVE  DATE: 02/15/2011 |

**ITEM 2:  LIABILITY LIMIT:**

| | |
|---|---|
| Each Wrongful Act: | $1,000,000 |
| Annual Aggregate: | $3,000,000 |
| Back Wages Limit: | $250,000 |

**ITEM 3:  DEDUCTIBLE:**

| | |
|---|---|
| Deductible:  Each Wrongful Act: | $10,000 |
| Deductible:  Back Wages: | $10,000 |

**ITEM 4:   FORMS AND ENDORSEMENTS  CONTAINED  IN THIS POLICY AT ITS INCEPTION:**

See Schedule of Forms and Endorsements

**ITEM 5:  PREMIUM:**

| | |
|---|---|
| Premium: | $9,034 |
| Minimum Premium: | $ |

**\*Information  may be omitted if shown elsewhere  in the policy**

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY DECLARATIONS, IF APPLICABLE, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

Includes copyrighted material of Insurance Service offices, Inc.,  with its permission.
Copyright Insurance Service Offices, Inc., 1996

# EMPLOYMENT PRACTICES LIABILITY COVERAGE PART – PUBLIC ENTITY EMPLOYEES

In return for the payment of premium and subject to the terms and conditions of this policy, we agree with you as follows:

## INTRODUCTION

Various provisions in this Coverage Part restrict coverage.  Read the entire Coverage Part carefully to determine rights, duties and what is and is not covered.

Throughout this coverage part the words *you* and *your* refer to *the Public Entity shown first as Named Insured in the Declarations*.  The words *we, us* and *our* refer to the company providing this insurance.

The word **insured** means any person or organization qualifying as such under WHO IS AN INSURED (**Section II**).

Other words and phrases that appear in quotation marks have special meaning.  Refer to DEFINITIONS (**Section VI**).

# SECTION I – COVERAGES

## A.  Insuring Agreement

We will pay on behalf of the insured those sums that the insured becomes legally obligated to pay as damages because of a "wrongful employment act" committed anywhere in the world to which this insurance applies.  This insurance DOES NOT apply to any "claim" resulting from a "wrongful employment act" that commenced prior to the Retroactive Date shown in the declarations.

This insurance applies only to a "claim" for "damages" first made against any insured during the policy period or any Extended Reporting Period we provide under SECTION V EXTENDED REPORTED PERIODS.  A "claim" will be deemed to have been made when notice of such "claim" is received and recorded by you or your "designee" or by us, whichever comes first;

All "claims" arising out of the same "wrongful employment act" will be deemed to have been made at the time the first of those "claims" is made against any insured.

We will have the right and duty to defend the insured against any "suit" seeking "damages".  However, we will have no duty to defend the insured against any "suit" seeking "damages" for a "wrongful employment act" to which this insurance does not apply.  We may, at our discretion, investigate any "wrongful employment act" and settle any "claim" or "suit" that may result. However:

    a.  The amount we will pay for "damages" is limited as described in Section III   Limits Of Insurance And Deductible; and

    b.  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments (Section I. C.).

## B.  Exclusions

This insurance does not apply to:

1.  Any "claim", or any portion of any "claim", alleging "bodily injury", "property damage", "personal injury", "advertising injury" or "employee benefits injury".

AG EP P001 01 02/09                              Argo Group US                              Page 1 of 10

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright  Insurance  Service  Offices,  Inc.

2.  Any "claim" arising out of a breach of contract, including but not limited to amounts owed under any written employ-ment-related contract or agreement or liability assumed under any contract or agreement.

3.  Any "claim" arising out of:

    a.  a dishonest, malicious, fraudulent or criminal act, error or omission by any person, or

    b.  a knowing violation of any law, statute or governmental regulation.

    This exclusion applies only to the insured(s) who committed or had knowledge of the fraudulent, criminal or dishonest act, error, omission or violation of law. However if it is later established by a judgment or other final adjudication that the was not proven, we will reimburse the insured for the reasonable costs of defense

4.  Any civil or criminal fines or penalties levied by any federal, state or local governmental regulatory agency or court.

5.  Any "claim" arising out of:

    a.  Any collective bargaining agreements; or

    b.  Any lockout, strike, picket line, replacement of workers or other labor disputes or labor negotiations, union griev-ances or any "claim" filed by or on behalf of a union.

6.  Any "claim" arising out of any liability based upon or attributable to any insured gaining profit, advantage, or remunera-tion to which that insured is not legally entitled.

7.  Any "claim" arising out of any obligation of the insured under the following laws and any subsequent amendments thereto, or any similar laws, rules or regulations:

    a.  Fair Labor Standards Act.

    b.  National Labor Relations Act.

    c.  Worker Adjustment and Retraining Notification Act.

    d.  Consolidated Omnibus Budget Reconciliation Act of 1985.

    e.  Employee Retirement Income Security Act of 1974.

    f.  The Pension Benefit Act,

    g.  The Occupational Safety and Health Act

    h.  Section 89 of the Internal Revenue Code

8.  Any "claim" arising out of disputes over benefits made by anyone including any beneficiary, related to their employment or application for employment by you. This includes, but is not limited to, an employee benefit plan, welfare plan, re-tirement plan, self insurance fund, or any obligation under the Employee Retirement Income Security Act, or COBRA, and any subsequent amendments thereto or any similar local, state or federal law or regulation.

9.  Any "claim" arising out of the cost of employment reinstatement, continued employment or complying with any order for, grant of, or agreement to provide injunctive or other non-monetary relief.

10.  Any "claim" for relief that is equitable in nature and is not payable in money, or any request for equitable or injunctive relief, or the insured's cost to comply with any such non-monetary relief.

    The most we will pay to defend any "suit" that is solely seeking non-monetary or equitable or injunctive relief is limited under Supplementary Payments (Section I.C.).

    If a "suit" seeks both monetary damages and non-monetary relief, we will defend the "suit".

11.  Any "claim" arising out of:

    a.  Any prior and/or pending litigation as of the effective date of this Coverage Part set forth in the Declarations, or

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

b.   Any fact, circumstance, situation, transaction or event underlying or alleged in such litigation, regardless of the legal theory upon which such "claim" is predicated.

12.  Any "claim" arising out of:

a.   The activities or operations of any school, school board, school district, or other similar educational unit, entity or institutions;

b.   The activities or operations of any boards, commissions, agencies, authorities, administrative departments or other similar units operated by, under the jurisdiction, and within the budget of an entity described in 1 above;

c.   The liability of any insured for their administration, supervision or oversight of any person, entity, department, agency, or institution described in 1 or 2 above.

## C. Supplementary Payments

1.  We will pay, with respect to any "claim" we investigate or settle, or any "suit" against an insured we defend:

a.   All expenses we incur.

b.   The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $300 a day because of time off from work.

d.   All costs taxed against the insured in the "suit" that result from a verdict covered by this policy.

e.   Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

Our obligation to defend an insured and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

2.  Non-Monetary Defense Limit

a.   The most we will pay for defense costs, to defend any and all "suits" brought that are solely seeking non-monetary or equitable or injunctive relief and/or for legal fees awarded to the plaintiff in such "suits" is $50,000 per "suit". The most we will pay is $50,000 in the aggregate for the policy period.

b.   We will not pay to defend any "suits" initiated by a governmental entity that are solely seeking non-monetary or equitable or injunctive relief.

This limit only applies when the "suit" would otherwise be covered by this Coverage Part, but for the fact it solely seeks non-monetary damages.

3.  Equal Employment Opportunity Commission (EEOC) Defense Limit

While not a "claim" for "damages" otherwise covered by this Coverage Part, if we receive notification from you that an EEOC compliant has been filed against you during the policy period:

The most we will pay for defense costs to respond to an EEOC complaint or to attend related hearings and/or for legal fees that are awarded to a complainant is $10,000 in excess of $2,500 for each EEOC complaint that is filed against you. The most we will pay to defend any and all EEOC complaints filed against you during the policy period is $50,000 in the aggregate.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

These payments will not reduce the Limits of Insurance.

## SECTION II – WHO IS AN INSURED

You are an insured and.

Each of the following is an insured but only for acts that are both within the scope of his or her duties for you, and motivated, at least in part, by a purpose to serve you:

1. Any member of the governing body of the named insured.

2. Any board, commission, agency, authority, administrative department, or other similar unit operated by you and under your jurisdiction and within your budget.

3. All your past, present, and future elected, appointed, or employed officials..

4. Any employee or authorized volunteer of the named insured.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture, or any other entity, that is not shown as a named insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
   a. Insureds; or
   b. "Claims" made or "suits" brought; or
   c. Persons or organizations making "claims" or bringing "suits".

2. The most we will pay for all "claims", "suits" or actions covered by this Coverage Part is the ANNUAL AGGREGATE shown in the Declarations.

3. Subject to 2. above, the Each "Wrongful Employment Act" Limit is the most we will pay for the sum of all "damages" arising out of any one ""wrongful employment act"".

4. Deductible
   a. Our obligation to pay "damages" on your behalf and to pay "loss adjustment expense" applies only to the amount of "damages" and "loss adjustment expense" in excess of the Deductible shown in the Declarations. The Deductible shown in the Declarations applies to the total amount of all "damages" and related "loss adjustment expense" because of all "claims" resulting from any one ""wrongful employment act"".
   b. The terms of this insurance, including those with respect to:
      i. Our right and duty to defend any "suits" seeking those "damages"; and
      ii. Your duties in the event of a ""wrongful employment act"", "claim", or "suit"

      Apply irrespective of the application of the Deductible amount.
   c. We may pay any part, or all, of the Deductible amount applicable to "damages" and "loss adjustment expense" to effect settlement of any "claim" or "suit", and, upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible amount as has been paid by us.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

If we file suit seeking recovery for amounts paid by us as a deductible which is to be reimbursed by you, then you are responsible for all costs of collection, including reasonable attorney's fees and interest on the amount I question in the full amount allowed by law.

5.  Back Wages Limit

Subject to the Aggregate Limit shown in the Declarations, the Back Wages Limit shown in the Declarations, after payment of the Back Wages Deductible shown in the Declarations, is the most we will pay under this Coverage Part for the sum of all "back wages" for any one "wrongful employment act", regardless of the number of:

a.  Insureds;

b.  "Claims" made or "suits" brought; or

c.  Persons or organizations making "claims" or bringing "suits".

This limit does not apply unless an amount is shown in the Declarations.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Coverage Part period shown in the Declarations, unless the Coverage Part period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - CONDITIONS

**A.  Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**B.  Duties of the Named Insured**

1.  The Named Insured in the Declarations, or if multiple entities are named, the first of such entities, shall be the sole agent, and shall act on behalf, of each insured with respect to all matters under this Coverage Part, including but not limited to:

a.  Giving notice of any "claim";

b.  Giving or receiving notice of cancellation;

c.  Receiving any other written notice or correspondence from us;

d.  Consenting to the settlement of any "suit";

e.  The receipt and acceptance of this Coverage Part and any endorsements to this Coverage Part;

f.  The payment of any premium due under this Coverage Part;

g.  The receipt of any return premiums that may become due under this Coverage Part; and

h.  The exercise of any rights under Section V  Extended Reporting Periods; and

2.  Each insured agrees that the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, shall act on their behalf.

**C.  Duties In The Event Of A "Claim", "Suit" or ""Wrongful Employment Act""**

1.  You must see to it that we are notified of a ""wrongful employment act"" which may result in a "claim" covered by this Coverage Part as soon as practicable *after* the ""wrongful employment act"" is known by you, or your "designee".

To the extent possible, notice should include:

a.  How, when and where the ""wrongful employment act"" took place;

b.  The names and addresses of any injured persons or witnesses; and

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

    c.  The nature and location of any injury or damage arising out of the ""wrongful employment act"".

Notice of a ""wrongful employment act"" is not notice of a "claim".

2.  If a "claim" is made or "suit" is brought against any insured, you must:

    a.  Record the specifics of the "claim" or "suit" and the date received as soon as you, or your "designee" is notified of it;

    b.  Notify us as soon as practicable after you or your "designee" learns of the "claim" or "suit".

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

3.  You and any other involved insured must:

    a.  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

    b.  Authorize us to obtain records and other information;

    c.  Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

    d.  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

4.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent

5.  Notice given by or on behalf of:

    a.  The insured;

    b.  The injured person;

    c.  Any other claimant;

to a licensed agent of ours with particulars sufficient to identify the insured shall be deemed notice to us.

## D.  Assignment

Assignment of interest under this Coverage Part shall not bind us until our consent is endorsed hereon; however, subject otherwise to the terms hereof, this Coverage Part shall cover the estate, heirs, legal representative or assigns of the insured in the event of the insured's death, bankruptcy, insolvency or being adjudged incompetent.

## E.  Legal Action Against Us

No person or organization has a right under this Coverage Part:

1.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

2.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## F.  Other Insurance

The insurance provided by this Coverage Part is excess over any other collectible insurance. We will have no duty to defend the insured against any "suit" or "claim" for "damages" if any other insurer has a duty to defend the insured against that "suit".

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

1. The total amount that all other insurance would pay in the absence of this insurance; and

2. The total of all deductible and self-insured amounts under the other insurance.

If we share the loss, we will do so by equal share contribution if allowed by the other insurance.  If equal share contribution is not permitted, we will contribute by the ratio our limit bears to the total applicable limits of all insurance.

## G. Conformity to Statute

This Coverage Part is intended to be in full conformity with the laws of the state in which it is issued. If any provision of this Coverage Part (including endorsements which modify the Coverage Part) conflicts with any law, it is changed to comply with that law.

## H. Premium Audit

Unless required by law, premiums for this Coverage Part shall not be subject to audit.

## I. Consent To Settle

We will not settle any "suit" without your consent. If , however, you refuse to consent to any settlement recommended by us and elect to contest the "claim" or to continue any legal proceedings in connection with such "claim," then:

1. We will not be obligated to pay defense costs incurred by you subsequent to such refusal. and

2. If a settlement or adverse judgment occurs subsequent to such refusal, we will not be obligated to pay any amount in excess of the amount for which the "claim" could have been settled prior to such refusal.

Such amounts are subject to the provisions of Section III Limits of Insurance and Deductible of this Coverage Part.

## J. Representations

By accepting this Coverage Part, you agree:

1. The application and the declarations are the basis of this Coverage Part and are to be considered as incorporated in and constituting part of this Coverage Part.

2. The statements in your application are accurate and complete;

3. Those statements are representations you made to us; and

4. We have issued this Coverage Part in reliance upon your representations.

## K. Transfer Of Rights Of Recovery Against Others To Us

If an insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. No insured should do anything after a ""wrongful employment act"" to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

## L. When We Do Not Renew

If we decide not to renew this Coverage Part we will mail or deliver to the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing as required by state law will be sufficient proof of notice.  Proof of mailing requirements may vary by state.

## M. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the Named Insured in the Declarations, or if multiple entities are named, the first of such entities, this insurance applies:

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

1. As if each Named Insured were the only Named Insured; and
2. Separately to each insured against whom "claim" is made or "suit" is brought.

**N. Title of Paragraphs**

The titles of the various paragraphs of this Coverage Part and endorsements, if any, attached to this Coverage Part, are inserted solely for convenience or reference and are not deemed in any way to affect the provisions to which they relate.

## SECTION V - EXTENDED REPORTING PERIODS

A. We will provide one or more Extended Reporting Periods, as described below, if:

1. This Coverage Part is cancelled or not renewed; or

2. We renew or replace this Coverage Part with insurance that:

    a. Has a Retroactive Date later than the date shown in the Declarations of this Coverage Part; or

    b. Does not apply to "wrongful employment acts" on a claims-made basis.

B. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" for:

1. "Wrongful Employment Acts" that first occur before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.

Once in effect Extended Reporting Periods may not be cancelled.

C. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 90 days. Please refer to Section IV - Conditions, C. Duties in the Event of a "Claim", "Suit" or "Wrongful Employment Act", for your responsibilities when reporting an incident to us. The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such "claims".

D. The Basic Extended Reporting Period does not reinstate or increase the Limits of Insurance.

E. A Supplemental Extended Reporting Period of 12, 24 or 36 months is available, but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in paragraphs C. and D. above, ends.

1. You must give us a written request for the endorsement within 90 days after the end of the policy period. If you have chosen to purchase a Supplemental Extended Reporting Period for a period of less than 36 months, you may extend the period for up to a combined total of 36 months if you request the extension in writing no later than 60 days before the expiration of the Supplemental Extended Reporting Period originally elected.

2. The Supplemental Extended Reporting Period(s) will not go into effect unless you pay the additional premium, determined in accordance with our rates, promptly when due. The additional premium for each 12-month Supplemental Extended Reporting Period will be equal to 50% of the annual premium for this Coverage Part.

3. The insurance afforded for "claims" first made during the Supplemental Extended Reporting period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period(s) starts.

F. The Limit of Liability that applies to the Supplemental Extended Reporting period is equal to the limit entered on the declarations in effect at the end of the policy period.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

## SECTION VI - DEFINITIONS

1. "Advertising Injury" means

   a. The use of another's advertising idea in your advertisement; or

   b. Infringement of copyright, patent, slogan, trademark, trade secret, trade dress, or other intellectual property rights.

2. "Back wages" means wages that would have been earned in the past if a person had been employed or promoted or received a wage increase. "Back wages", as used in this Coverage Part, includes future wages and overtime, but "back wages" does not include:

   a. Any wage loss resulting from any lockout, strike, picket line, replacement of workers or other similar actions in connection with labor disputes, labor negotiations, or collective bargaining agreements; or

   b. Any future wages or other compensation paid to reinstated or rehired "employees" or claimants due and payable beyond the date of reinstatement or rehire.

3. "Bodily Injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these at any time.

4. "Claim" means written or oral demand, including a "suit", to hold the insured responsible for an alleged or actual "wrongful employment act" where payment of "damages" is sought.

5. "Damages" means money damages including "back wages". "Damages" does not include any amount awarded as liquidated damages pursuant to any federal or state statute. "Damages" does not include punitive damages, unless required by state law.

6. "Designee" means one of your officers, your legal department or an employee you designate to give notice to us.

7. "Employee" includes a "leased worker".

8. "Employee Benefits Injury" means injury that arises out of any act, error or omission in the administration of your "Employee Benefit Programs" or alleged violation of any employment related state or federal code, regulation or statute.

9. "Employee Benefits Programs" means a program or programs of employee benefits maintained in connection with your business or operations, such as but not limited to, Group Life Insurance, Group Accident or Health Insurance, Pension Plans, Employee Stock Subscription Plans, Workers Compensation, Unemployment Insurance, Social Security and Disability Benefits.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.

11. "Loss adjustment expense" means expenses allocated to a specific loss, "claim" or "suit" we incur or the insured incurs with our consent for the investigation, negotiation, arbitration, adjustment, settlement or defense of any "claim" or suit, whether paid by us or by the insured with our consent. "Loss adjustment expense" does not include salaries and expenses of our employees.

12. "Personal Injury" means:

    a. False arrest, detention, imprisonment, abuse of process or malicious prosecution.

    b. Wrongful entry or eviction, or other invasion of the right of private occupancy.

13. "Property Damage" means:

    a. Physical injury to tangible property including all resulting loss of use of that property; or

AG EP P001 01 02/09                        Argo Group US                              Page 9 of 10

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

    b.  Loss of use of personal property that is not physically injured; or

    c.  Disappearance of tangible property (including money).

    d.  Impairment, deprivation or destruction of property, including loss of use thereof, resulting from proceedings in eminent domain, adverse possession, unlawful or unconstitutional taking of property or inverse condemnation, by whatever named called.

14.  "Suit" means a civil proceeding in which "damages" to which this insurance applies are alleged.  "Suit" includes:

    a.  An arbitration proceeding in which "damages" may be awarded and to which the insured must submit or does submit with our consent; or

    b.  Any other alternative dispute resolution proceeding in which "damages" may be awarded and to which the insured submits with our consent.

15.  "Volunteer " means a person who:

    a.  Is not an "employee" of any insured; or

    b.  Donates his or her work; or

    c.  Acts at the direction of, and within the scope of duties determined by, an insured; and

    d.  Is not paid a fee, salary or other compensation by any insured or anyone else for their work performed for the insured.

16.  "Wrongful employment act" means any actual or alleged wrongful dismissal, discharge, termination of employment, wrongful failure or refusal to employ or to promote, or violation of employment discrimination or workplace harassment laws.

All such acts, errors or omissions committed by one or more insureds that are substantially the same or are in any way directly or indirectly related -- either logically, causally or temporally -- shall be deemed to constitute one Wrongful Employment Act, regardless of the number of "claims" or claimants.  The entire Wrongful Employment Act will be considered to have been committed on the date of the first act, error or omission.

Includes copyrighted material of Insurance Service offices, Inc., with its permission.
Copyright Insurance Service Offices, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL EXCLUSIONS

This endorsement modifies insurance provided under the following:

EMPLOYMENT PRACTICES LIABILITY COVERAGE PART

No coverage for any claim shall apply under this Coverage Part if coverage has been excluded below

| EXCLUSION APPLIES | EXCLUSION DOES NOT APPLY | | |
|---|---|---|---|
| | | | **Miscellaneous:** |
| ☒ | ☐ | 1. | Ski Facility; |
| ☒ | ☐ | 2. | Airport or activity related to aviation administration, supervision or operations; |
| ☒ | ☐ | 3. | Medical Clinic; |
| ☒ | ☐ | 4. | Hospital, Nursing Home or other type of medical facility; |
| ☒ | ☐ | 5. | Public Housing Project or Authority; |
| ☒ | ☐ | 6. | Jail, Penal Institution or similar type facility; |
| ☒ | ☐ | 7. | Child care facilities operating as a: |
| ☒ | ☐ | | a. Day Care |
| ☒ | ☐ | | b. Day Camp |
| ☒ | ☐ | | c. Nursery or similar facility; |
| ☒ | ☐ | 8. | Public Transportation System, including but not limited to transport, operations and premises; |
| ☒ | ☐ | 9. | Golf Course; |
| ☒ | ☐ | 10. | Fire District or Department; |
| ☒ | ☐ | 11. | Emergency Medical Service; |
| ☐ | ☐ | | Other: |
| | | | **Utilities:** |
| ☒ | ☐ | 12. | Public Gas Utility; |
| ☐ | ☒ | 13. | Public Water Utility; |
| ☐ | ☒ | 14. | Public Electric Utility; |
| ☐ | ☒ | 15. | Public Sewer Utility |
| ☐ | ☐ | | Other: |

| EXCLUSION APPLIES | EXCLUSION DOES NOT APPLY | | |
|---|---|---|---|
| | | | **Law Enforcement:** |
| ☐ | ☒ | 16. | Activity or function by or on behalf of any law enforcement agency or any agent thereof and/or activity or function related to the administration of the criminal justice system; |
| ☐ | ☐ | | Other: |
| | | | **Schools:** |
| ☒ | ☐ | 17. | Public School District or System, Public School, School Board(s), or other similar educational units, entities or institutions; |
| ☒ | ☐ | 18. | Operations of public or private entities or of political subdivisions other than schools, school boards, school districts or similar educational units, entities or institutions. |
| ☐ | ☐ | | Other: |

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations, clarifications or special conditions on the application of this endorsement):

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) AND SIMILAR STATE AGENCY OR COMMISSION HEARING EXPENSE LIMIT

This endorsement modifies insurance provided under the following:

EMPLOYMENT PRACTICES LIABILITY COVERAGE PART

**SECTION I – COVERAGES, ITEM C. Supplementary Payments, 3. Equal Employment Opportunity Commission (EEOC) Hearing Expense Limit,** is deleted in its entirety and replaced with the following:

3.  Equal Employment Opportunity Commission (EEOC) or Similar State Agency or Commission Hearing Expense Limit

    While not a "claim" for "damages" otherwise covered by this Coverage part policy, if we receive notification from you that a Charge of Discrimination has been filed against you with the EEOC, or similar state agency or commission:

    a.  The most we will pay for your defense costs to respond to the Charge of Discrimination or to attend related hearings and/or for legal fees that are awarded to a complainant is $25,000 in excess of $2,500 for each Charge of Discrimination.. The most we will pay to defend any and all Charges of Discrimination filed against you with the EEOC or similar state agency or commission during the policy period is $100,000 in the aggregate.

These payments will not reduce the Limits of Insurance.

## COMMERCIAL EXCESS LIABILITY POLICY DECLARATIONS

Policy No. <u>UMB-4640484-01</u>        Renewal of: <u>UMB-4640484-00</u>

### 1. NAMED INSURED AND MAILING ADDRESS

☒ Argonaut Insurance Company

(A Stock Insurance Company)

The issuing company is designated by an "x"

Village of Wellington

115 Willard Memorial Sq.

Wellington, OH  44090

### 2. POLICY PERIOD

From <u>02/15/2022</u>  To  <u>02/15/2023</u>

12:01 A.M. standard time at your mailing address shown above.

### 3. LIMITS OF EXCESS LIABILITY INSURANCE

EACH OCCURRENCE, OFFENSE, ACCIDENT OR WRONGFUL ACT LIMIT    <u>$10,000,000</u>

ANNUAL AGGREGATE LIMIT (APPLICABLE PER EACH UNDERLYING COVERAGE)    <u>$10,000,000</u>

### 4. COVERAGE – FOLLOWING FORM EXCESS LIABILITY INSURANCE

FOR APPLICABLE UNDERLYING COVERAGE *SEE SCHEDULE OF UNDERLYING* COVERAGE

### 5. FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION:

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

### 6. TOTAL PREMIUM    <u>$22,787</u>

THESE DECLARATIONS, TOGETHER WITH THE COMMERCIAL EXCESS LIABILITY COVERAGE PART AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

COUNTERSIGNED _____ BY _____

DATE                              AUTHORIZED SIGNATURE

XS-DEC (01/09)                © Copyright Argo Group US. All rights reserved

**EXCESS FOLLOWING FORM - SCHEDULE OF UNDERLYING COVERAGE**

Effective date of this schedule: 02/15/2022
Attached to and forming part of Policy Number: UMB-4640484-01
Issued to: Village of Wellington

| CARRIER, POLICY NUMBER AND POLICY PERIOD | TYPE OF COVERAGE, RETROACTIVE DATE (If Applicable) | APPLICABLE LIMITS OF UNDERLYING COVERAGE |
|---|---|---|
| Company: Argonaut Insurance Company<br><br>Policy No:  PE-4640484-01<br>Effective Date:  02/15/2022<br>Expiration Date: 02/15/2023 | Commercial General Liability<br><br>Retroactive Date:<br>(Where Applicable) | Bodily Injury and Property Damage<br><br>$1,000,000  Each Occurrence<br>$3,000,000  Each Annual Aggregate<br><br>**Excluding Medical Payments** |
| Company: Argonaut Insurance Company<br><br>Policy No:  BA-4640484-01<br>Effective Date:  02/15/2022<br>Expiration Date: 02/15/2023 | Business Automobile Liability | Bodily Injury and Property Damage<br><br>$1,000,000 - Combined Single Limit<br>            - Each Person<br>            - Each Accident<br><br>**Excluding U.M./U.I.M., P.I.P., Medical Payments or any other No-fault coverages** |
| Company: Argonaut Insurance Company<br><br>Policy No:  PO-4640484-01<br>Effective Date:  02/15/2022<br>Expiration Date: 02/15/2023 | Public Officials Liability<br><br>Retroactive Date:02/15/2011<br>(Where Applicable) | $1,000,000  Each Wrongful Act<br>$3,000,000  Annual Aggregate |
| Company: N/A<br><br>Policy No:<br>Effective Date:<br>Expiration Date: | Educators Legal Liability<br><br>Retroactive Date:<br>(Where Applicable) | Each Wrongful Act<br>Annual Aggregate |

 Copyright Argo Group US 2008<br>All rights reserved.

**EXCESS FOLLOWING FORM**
**SCHEDULE OF UNDERLYING COVERAGE**

| | | | |
|---|---|---|---|
| Company: Argonaut Insurance Company<br><br>Policy No:      EP-4640484-01<br>Effective Date:  02/15/2022<br>Expiration Date: 02/15/2023 | Employment Practices Liability<br><br>Retroactive Date:02/15/2011<br>(Where Applicable) | $1,000,000<br><br>$3,000,000 | Each Wrongful<br>Employment Act<br>Annual Aggregate |
| Company: Argonaut Insurance Company<br><br>Policy No:      LE-4640484-01<br>Effective Date:  02/15/2022<br>Expiration Date: 02/15/2023 | Law Enforcement Liability<br><br>Retroactive Date:<br>(Where Applicable) | $1,000,000<br>$1,000,000 | Each Wrongful Act<br>Annual Aggregate |
| Company: N/A<br><br>Policy No:<br>Effective Date:<br>Expiration Date: | Employers Liability | **Minimum Applicable Limits:**<br><br>Each Accident<br>Each Employee<br>Each Policy | |

Copyright Argo Group US 2008<br>All rights reserved.

# COMMERCIAL EXCESS LIABILITY POLICY

This liability insurance policy provides excess coverage over scheduled underlying limits of insurance as stated in the Schedule of Underlying Insurance.

Various provisions in this policy restrict coverage. Read the entire policy and any "underlying insurance" carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" refers to any person or organization which qualifies as such in the "Underlying Insurance."

Other words and phrases which appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I – COVERAGE

### 1. Insuring Agreement

Subject to the applicable limits of insurance, we will pay those sums that the insured becomes legally obligated to pay as "damages" in excess of all "underlying insurance", but only after all "underlying insurance" has been exhausted by payment of the limits of such insurance.

This insurance is subject to the same terms, conditions, agreements, exclusions and definitions as the "underlying insurance" except with respect to any provisions to the contrary contained in this insurance. No other obligation or liability to pay sums or perform acts or services is covered.

## SECTION II - DEFENSE

We will not be obligated to investigate, settle or defend any claim made, or suit brought, or proceedings instituted against you. We will, however, have the right to participate in the investigation, settlement or defense of any suit or proceeding which relates to any occurrence or claim that we feel may create liability on our part under the terms of this policy.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in theDeclarations and the rules below establish the most we will pay under the terms of this insurance regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or suits brought; or

   **c.** Coverages provided under this policy; or

   **d.** Persons or organizations making claims or bringing suits.

2. The Limits of Insurance of this policy will apply as follows:

   **a.** The limit for Each Occurrence, Offense, Accident or Wrongful Act specified in the Declarations is the most we will pay for all "damages" arising out of any one occurrence, offense, accident or wrongful act.

   Any amount paid for "damages" arising out of an occurrence, offense, accident or wrongful act will reduce the amount of the applicable aggregate limit of insurance available for payment of "damages" arising out of any other occurrence, offense, accident or wrongful act.

   If the applicable aggregate limit of insurance has been reduced by payment of "damages" to an amount that is less than the limit for Each Occurrence, Offense, Accident or Wrongful Act stated in the Declarations, the remaining aggregate limit of insurance is the most that will be available for payment of "damages" arising out of any other occurrence, offense, accident or wrongful act.

   **b.** Subject to paragraph 2.a. above:

   **i.** If the limits of "underlying insurance" have been reduced by payment of "damages", then this policy will drop down to become immediately excess of the reduced underlying limits.

   However when b.i. applies, we will not pay that portion of the "damages" that is within the underlying limits of insurance, which the insured has

Copyright Argonaut Insurance Group 2000.

agreed to fund by self-insurance or means other than insurance.

3. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – CONDITIONS

1. **Appeals**

   In the event the insured or any other insurer elects not to appeal a judgment in excess of the amount of "underlying insurance," we may elect to do so at our own expense. If we elect to make such an appeal, we will pay, in addition to the applicable limit of liability of this policy, all costs and interest incidental to the appeal.

2. **Bankruptcy**

   In the event of bankruptcy or insolvency of any "underlying insurer", this policy shall apply as if the "underlying insurance" is valid and collectible.

3. **Cancellation**

   a. The "first named insured" may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this policy by delivering to the "first named insured" written notice of cancellation at least:

      i. 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

      ii. 30 days before the effective date of cancellation if we cancel for any other reason.

   c. We will mail or deliver our notice to the "first named insured" last mailing address known to us.

   d. Notice of cancellation will state the cancellation. The policy period will end on that date.

   e. If this policy is canceled, we will send the "first named insured" any premium fund due. If we cancel, the refund will be pro-rata. If the "first named insured" cancels, the refund may be less than pro-rata. The cancellation will be effective even if we have not made or offered a refund.

   f. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. **Duties In The Event Of Incident, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an incident which may result in a claim to which this policy applies. Notice of an incident is not notice of a claim. Also, to the extent possible, notice should include:

      1) How, when and where the incident took place;

      2) The names and addresses of any injured persons and witnesses; and

      3) The nature and location of any injury or damage arising out of the incident.

   b. If the claim is made or suit is brought against any insured, you must:

      1) Promptly record the specifics of the claim or suit and the date received; and

      2) Notify us as soon as practicable.

   c. You and any other involved insured must:

      1) Promptly send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

      2) Authorize us to obtain records and other information;

3) Cooperate with us in the investigation or settlement of the claim, or in the defense against the suit;

4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this policy may also apply; and

5) Notify us promptly of any judgment or settlement of any claim or suit brought against any insured.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**5. Legal Action Against Us**

As a condition precedent, no legal action may be brought against us unless there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us until we agree in writing that the insured has an obligation to pay or until the amount of that obligation has been finally determined by judgment after trial. No person or organization has any right under this policy to bring us into any action to determine the liability of the insured.

**6. Maintenance Of Underlying Insurance**

**a.** You agree to maintain the "underlying insurance" in full force and effect during the policy period of this policy, and to inform us within 60 days of any replacement of that "underlying insurance" by the same or another insurer. You may not replace the "underlying insurance" without our written consent.

**b.** You must notify us promptly:

1) Of any changes to the "underlying insurance". We may adjust our premium accordingly from the effective date of the change to the "underlying insurance."

2) If any "underlying insurance" is canceled or not renewed and you do not replace it.

**c.** If you fail to maintain the "underlying insurance," this policy will respond as if the "underlying insurance" is valid and collectible.

**7. Premium Audit**

**a.** The premium for this policy is a flat Premium and is not subject to adjustment unless otherwise indicated in the Declarations.

**b.** If the premium for this policy is subject to adjustment, the advance premium shown in the Declarations is a deposit premium only. The advance premium is based on the estimated exposure for the policy period shown in the Declarations. At the end of the policy period we will compute the earned premium based on the actual exposures for the policy period. Audit premiums are due and payable upon notice to the "first named insured". If the earned premium exceeds the sum of the advanced premium and any other premium payments made during the policy period, the "first named insured" we will pay us the additional premium. If the earned premium is less than the sum of the advanced premium and any other premium payments made during the policy period, we will return the unearned portion to the "first named insured", subject to retention of the minimum premium shown in the declarations.

**c.** If the aggregate limits of insurance of this policy are used up prior to the end of the policy period, the premium is fully earned.

**d.** The "first named insured" must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**8. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**9. Other Insurance**

This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent or on any other basis, except other insurance written specifically to be excess over this insurance

The other insurance will be deemed valid and collectible regardless of any defense asserted by any other insurer because of the insured's failure to comply with the terms of that other insurance.

**10. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after "loss" to impair those rights. At our request, the insured will bring suit or transfer those rights to us and help us enforce those rights.

**12. When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the "first named insured" shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

# SECTION V – DEFINITIONS

**1.** "First named insured" means the person or organization first named in the Declarations. The "first named insured" is primarily responsible for the payments of all premiums, and will act on behalf of all other insureds for the giving and receiving of notice of cancellation and the receiving of any return premiums that become payable.

**2.** "Underlying insurance" means the liability insurance provided under the policy or policies shown in the Schedule of Underlying Insurance.

**3.** "Damages" means money damages.

 Copyright Argonaut Insurance Group 2000.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED COVERAGE FOR UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY POLICY

### SCHEDULE

| Limit Of Insurance |
| --- |
| **Unmanned Aircraft Excess Liability Aggregate Limits:** |
| ☐ **General Liability: $** |
| ☐ **Law Enforcement Liability: $** |

A. The Policy is amended by the addition of the following exclusion:

This insurance does not apply to:

**Unmanned Aircraft**

"Damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and loading or unloading.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the event which caused the "damages" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

As used in this exclusion, loading or unloading means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an "unmanned aircraft";

**b.** While it is in or on an "unmanned aircraft"; or

**c.** While it is being moved from an "unmanned aircraft" to the place where it is finally delivered;

but loading or unloading does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the "unmanned aircraft".

However, this exclusion does not apply to "unmanned aircraft" to the extent that coverage is provided in B., below.

B. If coverage is provided in an underlying policy and an Unmanned Aircraft Liability Aggregate Limit is shown in the SCHEDULE above, the following provision is added to **SECTION III – LIMITS OF INSURANCE, 2.:**

Subject to the aggregate limit, the Unmanned Aircraft Liability Aggregate Limit shown in the SCHEDULE above is the most we will pay because of all "damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

C. With respect to the coverage provided by this endorsement, **SECTION III – LIMITS OF INSURANCE, 2.b.i.** is deleted.

D. The **DEFINITIONS** Section is amended by the addition of the following:

"Unmanned aircraft" means an aircraft that is not:

**a.** Designed;

**b.** Manufactured; or

**c.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY.  <u>PLEASE READ IT CAREFULLY</u>.**

# EXCLUSIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL  EXCESS  LIABILITY  POLICY**

If excluded below, this insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or "wrongful act" arising out of:

| EXCLUSION APPLIES | EXCLUSION DOES NOT APPLY | |
|---|---|---|
| ☒ | ☐ | Employee Benefits Liability |
| ☒ | ☐ | Medical Payments |
| ☒ | ☐ | Personal Injury Protection required under State No Fault Insurance Laws |
| ☒ | ☐ | Uninsured and Underinsured Motorists |
| ☐ | ☐ | |

          © Copyright  Argo Group  US.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – INSURING AGREEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY POLICY**

The following is added to **SECTION 1 – COVERAGE**, paragraph **1. Insuring Agreement**:

This insurance does not apply whenever the underlying policy has been endorsed to provide coverage with any reduced limits different from the limits stated in the Schedule of Underlying Insurance, whether it be referred to as a sublimit, or on any other basis.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

**A.**  The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Injury or damage arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the coverage territory. However, this exclusion applies only when one or more of the following are attributed to such act:

1.  The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2.  Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    a.  Physical injury that involves a substantial risk of death; or

    b.  Protracted and obvious physical disfigurement; or

    c.  Protracted loss of or impairment of the function of a bodily member or organ; or

3.  The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4.  The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.**  The following definitions are added:

1.  "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    a.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

AG CX 2131  0115                                                   Argo Group                                                   Page 1 of 2

Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

    **b.**  The act resulted in damage:

        **(1)**  Within the United States (including its territories and possessions and Puerto Rico); or

        **(2)**  Outside of the United States in the case of:

            **(a)**  An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

            **(b)**  The premises of any United States mission; and

    **c.**  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

  **2.**  "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

      Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.**  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**D.**  If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

<div align="center">ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.</div>

AG CX 2131 0115                        Argo Group                        Page 2 of 2
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO COVERAGE – EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "underlying insurance" does not apply to this excess insurance.

**A.** The provisions of this endorsement:

    **1.** Apply only to injury or damage arising out of the ownership, maintenance or use of any auto that is a covered auto under this Coverage Part; and

    **2.** Supersede the provisions of any other endorsement addressing terrorism attached to this Coverage Part only with respect to injury or damage arising out of the ownership, maintenance or use of any auto that is a covered auto.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks:

    **1.** "Terrorism" means activities against persons, organizations or property of any nature:

        **a.** That involve the following or preparation for the following:

            **(1)** Use or threat of force or violence; or

            **(2)** Commission or threat of a dangerous act; or

            **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

        **b.** When one or both of the following applies:

            **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

            **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for injury or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Any injury or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

    **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

    **2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

    **3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    **4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to any injury or damage that is otherwise excluded under this Coverage Part.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

AG CX 2156 0908                    Argo Group                    Page 2 of 2
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INJURY, ELECTRONIC DATA, AND CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS COVERAGE PART

A. The exclusion below is added for all coverages, with the exception of any medical payments coverage, and replaces any existing exclusions related to electronic data and/or confidential or personal information.

This insurance does not apply to:

**Cyber Injury, Electronic Data, And Confidential Or Personal Information**

Damages, loss, costs and expenses, including all fines and penalties, arising out of:

**(1)** "Cyber injury";

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data";

**(3)** Any access to, or loss, destruction, disclosure, disruption, inspection, modification, recording, release, review, use, collection, processing, or storage of, any person's or organization's confidential or "personal information", including but not limited to patents, trade secrets, processing methods, customer lists, financial information, credit card information, biometric or health information or any other type of nonpublic information; or

**(4)** Any claim, suit, or other legal proceeding, administrative action or hearing arising out of Paragraphs **(1)** through **(3)** above, including but not limited to those initiated prior to, or pending as of, the inception date of this policy.

B. The following definitions are added with respect to the provisions of this endorsement:

"Cyber injury" means any actual, alleged or suspected, intentional or unintentional, breach of or unauthorized access to any data, software, hardware, or computer system, wherever located, that results in:

    **a.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **b.** Inability to access any website or any computer system;

    **c.** Release, introduction, transmission or facilitation of any "malicious code";

    **d.** Forensic or investigative expenses;

    **e.** Extortion or terrorism acts or threats;

    **f.** Monitoring or notification costs or expenses;

    **g.** Crisis management or public relations expenses;

    **h.** Data or system recovery, repair, replacement or restoration expenses;

    **i.** Business interruption-related losses or expenses; or

    **j.** Losses arising out of fraudulent instructions transmitted by electronic means, including through social engineering.

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy

disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

"Malicious code" means, but is not limited to, any virus, Trojan horse, worm, spyware, logic bomb, adware, malware or other similar software program.

"Personal information" means any personally identifying information or data about an individual, as defined by foreign, federal, state or local laws, statutes or regulations.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.